IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROGER EUGENE FAIN, § | | |
| § | | |
| *Plaintiff,* § | | SA-20-CV-01149-DAE |
| § | | |
| vs. § | | |
| § | | |
| BOBBY LUMPKIN, DIRECTOR, TEXAS § | | |
| DEPARTMENT OF CRIMINAL § | | |
| JUSTICE; PHONSO RAYFORD, CASEY § | | |
| CELUM, RUSSELL BRILEY, SENIOR § | | |
| CHAPLAIN; AND RAUL ANDRADE, § | | |
| § | | |
| *Defendants.* § | | |

## ORDER TERMINATING APPOINTMENT OF COUNSEL

On April 20, 2021, this matter was referred to the undersigned to conduct a non-binding settlement conference/mediation with the parties [#40]. The undersigned thereafter appointed Christopher S. Johns to represent Plaintiff in the mediation. The parties were unable to resolve this case through mediation. Because Mr. Johns was only appointed to represent Plaintiff during mediation,

**IT IS HEREBY ORDERED** that Christopher S. Johns is **TERMINATED** as counsel for Plaintiff.

SIGNED this 14th day of September, 2021.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE