**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ROGER EUGENE FAIN,** *Plaintiff,* | § § § | |
| **v.** | § § | **Civil Action No. 5:20-CV-01149** |
| **BOBBY LUMPKIN, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE,** *et al.,* *Defendants.* | § § § § § | |

## ORDER

This day the Court considered Defendants' Motion for Summary Judgment Limited to the Defense of Exhaustion of Administrative Remedies. After considering the pleadings and the evidence filed, the Court is of the opinion that the following order should issue:

It is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**.

Plaintiff's claim against Defendants is hereby **DISMISSED WITHOUT PREJUDICE**.

This order disposes of all claims against Defendants and operates as a final judgment in this case. Any relief not granted herein is specifically denied.

SIGNED on this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE