IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROGER EUGENE FAIN, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 5:20-CV-01149 |
| BOBBY LUMPKIN, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, *et al.*, | § | |
| *Defendants.* | § | |

---

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT LIMITED TO THE
DEFENSE OF EXHAUSTION OF ADMINISTRATIVE REMEDIES**

---

# Exhibit 1

AFFIDAVIT

THE STATE OF **TEXAS** §

COUNTY OF **WALKER** §

BEFORE ME, the undersigned authority, on this day personally appeared Jessica Riley, who, being by me duly sworn, deposed as follows:

My name is Jessica Riley and I am an employee of the Texas Department of Criminal Justice (TDCJ), a governmental agency. I am over 21 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of records for the Inmate Grievance Department, a part of the TDCJ located in Huntsville, Texas. Attached are true and correct copies of *the grievance records for Inmate Fain, Roger E., TDCJ #700474, CN#5.20-CV-001149, for the time period of 1/1/2016 to 12/12/2020*, which are kept by the TDCJ in the regular course of its business activity. The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ, and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

I declare under penalty of perjury that the foregoing is true and correct.

"Further Affiant sayeth not."

**Jessica Riley**
Manager II
Offender Grievance, ARRM
Texas Department of Criminal Justice

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned notary public, on the 14th day of DECEMBER, 2020.

NOTARY PUBLIC, STATE OF TEXAS

**CATHY MARTINEZ**
Notary Public-State of Texas
Notary ID #13259225-6
Commission Exp. JULY 22, 2024
**Notary without Bond**

Cathy Martinez
Notary's Printed Name

My Commission Expires:
July 22, 2024

**Exhibit 1**                    **001**



**Texas Department of Criminal Justice**

**STEP 1** OFFENDER
GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _2018183011_

Date Received: _8-17-18_

Date Due: _9-26-18_

Grievance Code: _500_

Investigator ID #: _2632 | 1956_

Extension Date: _____

Date Retd to Offender: _09-28-18_

Offender Name: __Roger Fain__   TDCJ # _00700474_

Unit: _McConnell_   Housing Assignment: _19 Y-007_

Unit where incident occurred: _McConnell Food Service_

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? _Several I-60's to Capt. Salazar_   When? _August 2018_

What was their response? _That salt wasn't available at this time_

What action was taken? _Nothing_

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate
This Step-I pertains to the fact that the Food Service Department is denying the Offender Pop-

ulation salt, whereas the ODR has salt & pepper available to the Officers to season their foods.

Salt hasn't been available to the Offender population for the past several weeks. The salt I'm

told is only available in the Officer's dining area, thus denying the Offender population ac-

cess to salt to season our food, but most importantly salt is necessary to the Offender popula-

tion to replace the body's salt that is lost during the day due to sweating.

If salt isn't replace, this places the individual in dire straits for heat stroke and other heat

related illnesses, and possible death. Salt that is used to preserve foods isn't adequate to

properly replace the salt that is lost during sweating. TDCJ-CID requires able body Offenders

to work, and during working the body sweats out salt. Then there are those that don't work but

due to the heat in the buildings, and lack of A/C sweating is a common practice, thus the loss

of bodily salt happens.

If the Offender population is denied the ability to replace the lost salt, then health issues

arise, and that becomes an issue for TDCJ-CID & UTMB-CHMC.

I-127 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

**Exhibit 1**     **002**

Appendix F

_(ruled lines)_

**Action Requested to resolve your Complaint.**
The Food Service Department needs to give the Offender population access to salt. THe Offender population has more need of salt than the Officers who are eating the Offender's food rations.

Offender Signature: _(signature)_                                    Date: __August 16th 2018__

**Grievance Response:**

Your complaint has been reviewed. Investigation revealed that the Food Service Department contends at the time of your grievance there was a shortage of salt; however as of 8/27/18 salt was received and was sent out. No further action is warranted by this office.

Warden G. Miller

Signature Authority: _(signature)_                                    Date: **SEP 2 6 2018**

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (1-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:        *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2ⁿᵈ Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3ʳᵈ Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

003

**Exhibit 1**

Appendix 1

# TEXAS
# DEPARTMENT OF CRIMINAL JUSTICE

## OFFENDER GRIEVANCE PROGRAM

# NOTICE

All documentation that follows this sheet is <u>restricted and confidential</u> and is not to be released without the authorization of the administrator of offender grievances.

# RESTRICTED AND CONFIDENTIAL

**Exhibit 1**

**004**

OG-006 (11/1/02)

# GRIEVANCE INVESTIGATION WORKSHEET

500--0926

| | | | | Official Statement | | | |
|---|---|---|---|---|---|---|---|

| Unit: | ML | Staff Name: | Food Service | Grievance #: | 2018183011 | Date: | 08/17/18 |
|---|---|---|---|---|---|---|---|

| Offender Name: | | FAIN, ROGER | TDCJ#: 700474 | | Housing Location: | 19Y-007 |
|---|---|---|---|---|---|---|

In accordance with BP-03.77, you are required to participate in this investigation as noted. Address each allegation thoroughly. **Do not respond with indefinite answers** such as "I don't know" or "I have no knowledge of". If you have no knowledge, explain the reason why, (e.g., I was on vacation, I was not assigned there, etc.). Your answers are to be factual, professional, and complete. Do not include opinions or unrelated comments. Remember, the Executive Director, Office of the Inspector General (OIG), Attorney General's Office and State and Federal Court Officials may review your response. **All grievances are confidential and may not be discussed between you and the offender or with other individuals.** You are expected to return this investigation within 10 working days of receipt. Additional time may be requested by contacting the grievance investigator. Sign and date the form in the designated locations when completed and return it to the Unit Grievance Office. If you were provided a narrative copy of the grievance, it must also be returned to the Unit Grievance Office. **The grievance may not be duplicated or shared with the accused staff member.**

## Please Provide the Following Documents

| ☐ | Participant(s) Statement | | |
|---|---|---|---|
| ☐ | Witness (es) Statement (signed) | | |
| ☐ | Activity Logs (Recreation, Shower, Feeding) | ☐ | Other |
| ☐ | Shift Roster | ☐ | Staff or Offender Protection Investigation |
| ☐ | Ingress/Egress Log | ☐ | Property Inventory Forms |
| ☐ | Property Confiscation Form | ☐ | Property Logs |

**ALLEGATIONS:**

Please see attached and address all allegations.

**EMPLOYEE STATEMENT:**

_____

_____

_____

_____

| PRINTED NAME | SIGNATURE | DATE |
|---|---|---|

| RANK/TITLE | SHIFT/DEPARTMENT | |
|---|---|---|

SUPERVISOR COMMENTS: When we have items that is provided
that we are to hand avilable for the offender Doptor
he do prived borever, we have not told had any
Self to prized for over a month. 8/27/18 is when
we finally recived salt on cur order, it was put out Simod

| PRINTED NAME | SIGNATURE | DATE |
|---|---|---|
| Sr. | Fst/ | 8-28-18 |

| RANK/TITLE | SHIFT/DEPARTMENT | |
|---|---|---|

**Exhibit 1**

Restricted & Confidential

| | | | | | | STEP 1 ✕ |
|---|---|---|---|---|---|---|
| **GRIEVANCE OFFICE USE ONLY** | | | | | | **STEP 2** |

| Unit: ML | Investigator ID: | 1950 | Date Initiated: 08/17/18 | Date Completed: 09/26/18 | Date Due: 09/26/18 |
|---|---|---|---|---|---|
| Offender Name: FAIN, ROGER | | | TDCJ No: | 700474 Grievance Number: | 2018183011 |

| Issue Code: 500 | EMERGENCY | ADA | ( ) | Property | ( ) | Use of Force (UOF) | ( ) |
|---|---|---|---|---|---|---|---|
| | YES ( ) | Disciplinary | ( ) | Religion | ( ) | Harassment or Retaliation* | ( ) |
| | NO (✕) | Medical | ( ) | OPI Investigation | ( ) | PREA | ( ) |

*Harassment or Retaliation of Use of the Grievance Procedure, Access to Courts, or other Legal Activity*

Note: *Offenders are not allowed to review the grievance investigation worksheet at any time. For claims of sexual abuse, sexual assault, criminal acts by staff, Excessive or Unreported UOF, the investigation must be conducted by the Office of Inspector General (OIG) and the OIG Fact Sheet completed.*

**Summary of Issue:** *(Include date, time and location):*

See Attached Narrative

**Requested Remedy:**

Give the offender population access to salt.

The following is to be completed and signed by the Investigating Official. Attach statements/supporting documentation, if applicable.

**Summary of Fact Finding Activity:**

Statement - Food Service

**Suggested Response to Offender:**

Your complaint has been reviewed. Investigation revealed that the Food Service Department contends at the time of your grievance there was a shortage of salt; however as of 8/27/18 salt was received and was sent out. No further action is warranted by this office.

**OUTCOME CODE:** D    **RESOLUTION CODE:** 2.01

Investigating official completes the section below:

| **Printed Name:** | J. Garcia | **Signature:** | |
|---|---|---|---|
| **Title:** | Investigator III | **Date:** | 09/26/18 |

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP-03.77 and AD-0382. It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures.

**Exhibit 1**                                    **006**

OG-01 Rev. 07/2016

**Texas Department of Criminal Justice**

OFFICE USE ONLY

**STEP 1**

**OFFENDER GRIEVANCE FORM**

| | |
|---|---|
| Grievance #: | 2021 010196 |
| Date Received: | SEP 2 4 2020 |
| Date Due: | 11-03-2020 |
| Grievance Code: | 102 |
| Investigator ID #: | I1978 |
| Extension Date: | 12-13-2020 |
| Date Retd to Offender: | NOV 0 5 2020 |

Offender Name: ROGER FAIN  TDCJ # 700474

Unit: J.B. CONNALLY  Housing Assignment: 19 Y-087

Unit where incident occurred: CONNALLY

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? CHAPLAIN, I-60   When? 09-22-2020

What was their response? I WAS NOT APPROVED TO GROW MY HAIR

What action was taken? NONE

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

ON SEPT, 10TH 2020, I WAS REASSIGNED TO THIS UNIT BASED ON MY RELIGION, NATIVE AMERICAN. OVER THE PAST SEVERAL DAYS, I HAVE BEEN CONFRONTED BY OFFSITE OFFICERS WORKING OVER TIME CONCERNING MY HAIR. I EXPLAINED THAT I AM A NATIVE AMERICAN, AND A FEDERAL COURT, SOUTHERN DISTRICT OF TEXAS, RESOLVED THE ISSUE. I WAS TOLD THIS WASN'T TRUE, AND I WROTE THE CHAPLAIN. HE STATED THAT THE NATIVE AMERICAN LAW SUIT "WAS NOT" A CLASS ACTION LAW SUIT, AND EVEN THO I AM RECOGNIZED AND DESIGNATED NATIVE AMERICAN BY STATE CLASSIFICATION COMMITTEE AND TDCJ-CID, I STILL CANNOT PRACTICE MY RELIGIOUS BELIEFS TOTALLY BECAUSE I STILL HAD TO ABIDE BY TDCJ-CID GROOMING STANDARDS. I HOW MUST BEGIN FROM THE GRIEVANCE PROCEDURE FORWARD TO TAKE THIS MATTER INTO FEDERAL COURT, IRONICALLY THE SOUTHERN DISTRICT, THAT GRANTED RELIEF IN THE ORIGINAL CASE IN JANUARY OF 2019.

MY ISSUES WILL BE A VIOLATION OF THE 1ST AMENDMENT TO THE U.S CONSTITUTION, FREEDOM OF RELIGION, VIOLATION OF THE 14TH AMENDMENT TO THE U.S CONSTITUTION, EQUAL PROTECTION OF THE LAW, I.E. TDCJ-CID CANNOT TREAT ONE OFFENDER DIFFERENTLY WHEN THEY ARE SIMILARLY SITUATED, EVEN THE KUIZ OPINION STATES THIS, ALSO IN THE MUSLIM RELIGIOUS BOARD CASE A FEW YEARS AGO.

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

**Exhibit 1**

007

Appendix F

I+ MAI Case 5:20-cv-01149-DAE Document 94-3 Filed 03/31/22 Page 9 of 76 GROW
THEIR HAIR FOR RELIGIOUS REASONS, AND DENYING HUNDREDS
OF OTHERS OF THE SAME RELIGION. ALL I AM ASKING IS TO
BE ALLOWED TO PRACTICE MY RELIGION, RELIGIOUS FREEDOM,
IN ITS ENTIRETY.
IF THIS MATTER IS LEFT UNRESOLVED, I'M SURE THAT
THE FEDERAL COURT WILL ALLOW THE NEXT PROCEEDINGS
TO BECOME CLASS ACTION FOR ALL TDCS-CID OFFENDERS
SIMILAR TO WHAT HAPPENED WITH THE BEARDS.

**Action Requested to resolve your Complaint.** I WOULD LIKE TO BE ALLOWED TO GROW MY HAIR IN ACCOR-
DANCE WITH MY RELIGION, WITHOUT HARASSMENT, THREATS & RETICATION.

Offender Signature: _____     Date: 09-23-2020

Grievance Response:

Your request has been forwarded to Huntsville for processing. There is no further action warranted by this office.

Assistant Warden J. Cirone

Signature Authority: _____     Date: 11/5/2020

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant. Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

**OFFICE USE ONLY**

Initial Submission _____ UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission     UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission     UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

I-127 Back (Revised 11-2010)

**Exhibit 1**

008 append

# TEXAS
# DEPARTMENT OF CRIMINAL JUSTICE

## OFFENDER GRIEVANCE PROGRAM

# NOTICE

All documentation that follows this sheet is restricted and confidential and is not to be released without the authorization of the administrator of offender grievances.

# RESTRICTED
# AND
# CONFIDENTIAL

**Exhibit 1**                                                                 **009**

OG-006 (11/1/02)

## GRIEVANCE INVESTIGATION WORKSHEET

Restricted & Confidential

| | | STEP 1 |
|---|---|---|
| **GRIEVANCE OFFICE USE ONLY** | | STEP 2 |

| Unit: CY | Investigator ID: 1978 | Date Initiated: 09/24/20 | Date Completed: 11/04/20 | Date Due: 12/13/20 |
|---|---|---|---|---|
| Offender Name: Fain,Roger | | TDCJ No: 700474 | Grievance Number: 2021010196 | |

| Issue Code: 102 | EMERGENCY YES ( ) NO (×) | ADA ( ) Disciplinary ( ) Medical ( ) | Property ( ) Religion ( ) OPI Investigation ( ) | ( ) (×) ( ) | Use of Force (UOF) ( ) Harassment or Retaliation* ( ) PREA ( ) |
|---|---|---|---|---|---|

*Harassment or Retaliation of Use of the Grievance Procedure, Access to Courts, or other Legal Action

Note Offenders are not allowed to review the grievance investigation worksheet at any time. For claims of sexual abuse, sexual assault, criminal acts by staff, Excessive or Unreported UOF, the investigation must be conducted by the Office at Inspector General (OIG) and the OIG Fact Sheet completed

**Summary of Issue:** *(Include date, time and location):*

09-10-2020 he was assigned to this unit due to his native American religion and over the past several days has been confronted by several officers about his hair. Has explained that he is native American and federal court resolved the issue. Wrote the Chaplain and he stated that the native American law suit was not a class action lawsuit and even though he is recognized and designated as native American by SCC and TDCJ he still cannot practice his religious beliefs because he still has to abide by TDCJ grooming standards. His issues will be a violation of the 1st amendment freedom of religion.

**Requested Remedy:**

to be allowed to grow his hair in accordance with his religion without harassment and threats and retaliation

The following is to be completed and signed by the Investigating Official. Attach statements/supporting documentation, if applicable.

**Summary of Fact Finding Activity:**

*Chaplain states the offender submitted a HQ-150 request to grow long hair. The request has been forward to Huntsville and is being processed.
*extension form

**Suggested Response to Offender:**

Your request has been forwarded to Huntsville for processing. There is no further action warranted by this office.

**OUTCOME CODE:** D       **RESOLUTION CODE:** 2 01

**Investigating official completes the section below:**

| **Printed Name:** | R. Guerra | **Signature:** | |
|---|---|---|---|
| **Title:** | Investigator II | **Date:** | 11/04/20 |

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP-03.** and AD-0382. It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures.

**Exhibit 1**       **010**

OG-01 Rev. 07 2016

Offender Grievance Operations Manual
Appendix H

## GRIEVANCE INVESTIGATION WORKSHEET

Restricted & Confidential

| | | STEP 1 |
|---|---|---|
| **GRIEVANCE OFFICE USE ONLY** | | STEP 2 |

| Unit: CY | Investigator ID: 1978 | | Date Initiated: 09/24/20 | Date Completed: | Date Due: 11/03/20 |
|---|---|---|---|---|---|
| Offender Name: Fain,Roger | | | TDCJ No: | 700474 Grievance Number: | 2021010196 |

| Issue Code: 102 | EMERGENCY YES ( ) NO (×) | ADA ( ) Disciplinary ( ) Medical ( ) | Property ( ) Religion ( ) OPI Investigation ( ) | Use of Force (UOF) ( ) Harassment or Retaliation* (×) PREA ( ) | |
|---|---|---|---|---|---|

*Harassment or Retaliation of Use of the Grievance Procedure, Access to Courts, or other Legal activity

Note: Offenders are not allowed to review the grievance investigation worksheet at any time. For claims of sexual abuse, sexual assault, criminal acts by staff. Excessive or Unreported UOF the investigation must be conducted by the Office of Inspector General (OIG) and the OIG Fact Sheet completed

## Summary of Issue: *(Include date, time and location):*

09-10-2020 he was assigned to this unit due to his native American religion and over the past several days has been confronted by several officers about his hair. Has explained that he is native American and federal court resolved the issue. Wrote the Chaplain and he stated that the native American law suit was not a class action lawsuit and even though he is recognized and designated as native American by SCC and TDCJ he still cannot practice his religious beliefs because he still has to abide by TDCJ grooming standards. His issues will be a violation of the 1st amendment freedom of religion.

## Requested Remedy:

to be allowed to grow his hair in accordance with his religion without harassment and threats and retaliation

The following is to be completed and signed by the Investigating Official. Attach statements/supporting documentation, if applicable.

## Summary of Fact Finding Activity:

*Chaplain

## Suggested Response to Offender:

**OUTCOME CODE:** _____ **RESOLUTION CODE:** _____

Investigating official completes the section below:

| **Printed Name:** | R. Guerra | Signature: | |
|---|---|---|---|
| **Title:** | Investigator II | Date: | |

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP-03.77 and AD-0382. It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures.

**Exhibit 1**                                                                          **011**

OG-01 Rev. 07/2016

| Step 1 | ☒ | Grievance # | Offender Name | TDCJ # | Unit |
|--------|---|-------------|---------------|--------|------|
| Step 2 | ☐ | 2021010196 | Fain, Roger | 700474 | CY |



# Texas Department of Criminal Justice

## *NOTICE OF EXTENSION*

## *Offender Grievance Office*

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82, "Management of Offender Grievances,", you are hereby notified that additional time is necessary to complete the investigation of your:

**Step 1 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☒ An additional 40 days is needed for appropriate response to your grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 1 grievance.

**Step 2 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

R. Guerra/Investigator II                                       11-03-2020

Name and Title                                                        Date

**Original – Send to the Offender**
Copy – Attach to the Grievance

**Exhibit 1**                Offender Grievance Operations Manual 012
Appendix M

**Texas Department of Criminal Justice**
**Institutional Division**

# Inter-Office Communications

| To: | Whom It May Concern | Date: | 11/03/2020 |
| --- | --- | --- | --- |

| From: | Chaplain Hall | Subject: | Grievance #2021010196 |
| --- | --- | --- | --- |

**RE: Offender Fain, Roger #700474**

On 10/01/2020 the offender submitted a HQ-150 request to grow long hair due to his religious beliefs. This request was forwarded to Huntsville and is now being processed.

Until such time that the Religious Practices Committee makes a final decision, the offender is obligated to follow grooming standards according to existing policy.

Chaplain Hall
11/03/2020

**Exhibit 1**                                    **013**

SO-4

Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2020013075

Date Received: SEP 2 7 2019

Date Due: 11-06-19

Grievance Code: 200

Investigator ID #: 209 72534

Extension Date: _____

Date Retd to Offender: MAR 2 7 2021

Offender Name: ROGER FAIN     TDCJ # 00700474

Unit: STILES     Housing Assignment: 4D3 60B

Unit where incident occurred: STILES UNIT

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? SEVERAL I-60's TO CLASSIFICATION     When? DURING SEPT. 19

What was their response? IGNORED, NO REPLY

What action was taken? NONE, OFFICIALS REFUSED TO ADDRESS NUMEROUS 1-60's

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

IT IS MY BELIEF, AND UNDERSTANDING OF TDCJ-CID REGULATIONS AND POLICY CONCERNING HOUSING ASSIGNMENT, AND WHO CAN BE HOUSED TOGETHER, THAT I AM INAPPROPRIATELY HOUSED WITH A CELLIE WHO DOES NOT MEET THE PROPER CRITERIA OF AGE DIFFERENCE, WEIGHT DIFFERENCE THAT TDCJ-CID HAS SET FORTH. FURTHERMORE, IT IS MY BELIEF THAT I AM HOUSED BASED ON CONVENIENCE OF THE UNITS CLASSIFICATION AND COUNT ROOM, NOT BASED ON PROPER TDCJ-CID POLICY WHICH THERE IS TO BE A WEIGHT DIFFERENCE OF ABOUT 20 POUNDS, AND AGE DIFFERENCE OF ABOUT 15 YEARS OF AGE.

BASED ON THESE FACTS THE AGE DIFFERENCE BETWEEN MY CELLIE AND I IS 40 YEARS, WEIGHT DIFFERENCE OF ABOUT 35 TO 40 POUNDS.

I HAVE WRITTEN THE COUNTROOM AND CLASSIFICATION NUMEROUS TIMES CONCERNING LIVING IN THE OUTSIDE DORMS. I WAS ASSIGNED TO 19 BUILDING Y-DORM ON THE WM. G. McCONNELL UNIT ON EB- APRIL 2014, LIVED IN THE SAME CUBICLE UNTIL I WAS BENCH WARRANTED BACK TO TARRANT COUNTY ON MARCH 19th 2019, 5 YEARS I WAS ALLOWED TO BE HOUSED ON 19 BUILDING, PRIOR TO THAT, I HAVE LIVED IN DORMS ON EASTHAM AND ELLIS UNITS SINCE OCTOBER OF 1998.

ON INTAKE UCC THE REVIEWING MAJOR HAD NO PROBLEM WITH ME GOING TO THE OUTSIDE DORMS, SINCE I HAVE 25 YEARS FLAT

I-127 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     **014** (OVER)

Exhibit 1

Appendix F

COMPLETED ON MY SENTENCE.

THE ONE AND ONLY REPLY I'VE RECEIVED FROM THE COURT ROOM, UNSIGNED, WAS TO TELL ME I WAS NOT DORM ELIGIBLE. THE MATTER PRESENTED HAS NEVER AROSE BEFORE DUE TO MY LIVING IN A DORM ENVIRONMENT. THIS MATTER CAN BE RESOLVED IF I AM ALLOWED TO LIVE IN 18 OR 19 DORM, IN A CUBICLE. I WOULD LIKE TO MAKE THIS CLEAR, I AM NOT HAVING ANY PROBLEM WITH MY CELLIE, ALL I'M STATING IS I'M INAPPROPRIATELY HOUSED AND I'VE LIVED IN A OPEN DORM ENVIRONMENT FOR THE PAST 21 YEARS.

**Action Requested to resolve your Complaint.** WOULD LIKE TO BE ALLOWED TO LIVE IN THE DORMS, THIS WOULD RESOLVE THIS MATTER.

**Offender Signature:** _Robert Tain_ #700474   **Date:** 09-26-2019

**Grievance Response:**

Your grievance was investigated. You are appropriately housed according to your restrictions and custody classification. You do not meet the eligibility requirements for dorm housing at the Stiles Unit, and it is noted you are not assigned a cellmate. No further action is warranted.

_Kevin Smith_

**Signature Authority:** _____   **Date:** 3-25-20

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

**Medical Signature Authority:** _____   **Exhibit 1**

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission    UGI Initials: _____

Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2nd Submission    UGI Initials: _____

Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission    UGI Initials: _____

Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____ **015**
Date Returned to Offender: _____

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## OFFENDER GRIEVANCE PROGRAM

# NOTICE

All documentation that follows this sheet is restricted and confidential and is not to be released without the authorization of the administrator of offender grievances.

# RESTRICTED AND CONFIDENTIAL

Exhibit 1

016

OG-006 (11/1/02)

## GRIEVANCE INVESTIGATION WORKSHEET

Restricted & Confidential

| GRIEVANCE OFFICE USE ONLY | | | STEP 1 ✕ |
| --- | --- | --- | --- |
| | | | STEP 2 |

| Unit: ST | Investigator ID: 2619 | | Date Initiated: 9/27/19 | Date Completed: 3/26/20 | Date Due: 11/6/19 |
| --- | --- | --- | --- | --- | --- |
| Offender Name: Fain Roger | | | TDCJ No: | 700474 Grievance Number: | 2020013075 |

| Issue Code: | EMERGENCY | ADA | ( ) | Property | ( ) | Use of Force (UOF) | ( ) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 200 | YES ( ) | Disciplinary | ( ) | Religion | ( ) | Harassment or Retaliation* | ( ) |
| | NO (✕) | Medical | ( ) | OPI Investigation | ( ) | PREA | ( ) |

*Harassment or Retaliation of Use of the Grievance Procedure, Access to Courts, or other Legal Activity*

*Note: Offenders are not allowed to review the grievance investigation worksheet at any time. For claims of sexual abuse, sexual assault, criminal acts by staff, Excessive or Unreported UOF, the investigation must be conducted by the Office of Inspector General (OIG) and the OIG Fact Sheet completed.*

**Summary of Issue:** *(Include date, time and location):*
Claims he is inappropriately housed with another offender that does not meet proper criteria of age difference and weight difference. Claims he was housed on a dorm on McConnell, Eastham and Ellis and upon Intake UCC the Major had no problem with him going to the outside dorm. Classification only answered an I-60 stating he was not eligible, but did not tell him why.

**Requested Remedy:**
Investigate

The following is to be completed and signed by the Investigating Official. Attach statements/supporting documentation, if applicable.

**Summary of Fact Finding Activity:**

1. Extension
2. Case Manager II T. Brazil - offender not eligible for dorm due to offense (Capital Murder) housing assignment screening criteria in place by unit administration. Offender is not assigned a cellmate at this time.
2. Classification Procedure Manual 4.0 Housing Assignment
3. HSIN screen, assignment history screen

**Suggested Response to Offender:**
Your grievance was investigated. You are appropriately housed according to your restrictions and custody classification. You do not meet the eligibility requirements for dorm housing at the Stiles Unit. and it is noted you are not assigned a cellmate. No further action is warranted.

OUTCOME CODE: D            RESOLUTION CODE: 2.01

Investigating official completes the section below:

| Printed Name: M. Ponder | Signature: M. Ponder |
| --- | --- |
| Title: INV III | Date: 3/26/20 |

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP-03.77 and AD-03.82. It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures.

OG-01 Rev. 07/2016

**Exhibit 1**            **017**
Offender Grievance Operations Manual
Appendix H

**GRIEVANCE INVESTIGATION WORKSHEET**

| | | |
|---|---|---|
| **Official Statement** | | |

| Unit: | ST | Staff Name: | T Brazile Classification | Grievance #: | 2020013075 | Date: | 9/27/19 |
|---|---|---|---|---|---|---|---|

| Offender Name: | | Fain, Roger | TDCJ#: 700474 | | Housing Location: 4 -D 60 b |
|---|---|---|---|---|---|

In accordance with BP 03.77, you are required to participate in this investigation as noted. Address each allegation thoroughly. **Do not respond with indefinite answers** such as "I don't know" or "I have no knowledge of". If you have no knowledge, explain the reason why. (e.g., I was on vacation, I was not assigned there, etc.) Your answers are to be factual, professional, and complete. Do not include opinions or unrelated comments. Remember, the Executive Director Office of the Inspector General (OIG), Attorney General's Office and State and Federal Court Officials may review your response. All grievances are confidential and may not be discussed between you and the offender or with other individuals. You are expected to return this investigation within 10 working days of receipt. Additional time may be requested by contacting the grievance investigator. Sign and date the form in the designated locations when completed and return it to the Unit Grievance Office. If you were provided a narrative copy of the grievance, it must also be returned to the Unit Grievance Office. **The grievance may not be duplicated or shared with the accused staff member.**

**Please Provide the Following Documents**

| | | | |
|---|---|---|---|
| ☐ | Participant(s) Statement | | |
| ☐ | Witness (es) Statement (signed) | | |
| ☐ | Activity Logs (Recreation, Shower, Feeding) | ☐ | Other |
| ☐ | Shift Roster | ☐ | Staff or Offender Protection Investigation |
| ☐ | Ingress/Egress Log | ☐ | Property Inventory Forms |
| ☐ | Property Confiscation Form | ☐ | Property Logs |

**ALLEGATIONS:**

Claims he is inappropriately housed with another offender that does not meet proper criteria of age difference and weight difference. Claims he was housed on a dorm on McConnell. Eastham and Ellis and upon Intake UCC the Major had no problem with him going to the outside dorm. Classification only answered an I-60 stating he was not eligible. Wants to be moved to dorm. CLASSIFICATION WHY IS OFFENDER NOT ELIGIBLE FOR DORM? IS THERE AN AGE/WEIGHT CRITERIA FOR CELLMATES?

**EMPLOYEE STATEMENT:**

_____

_____

_____

| | | |
|---|---|---|
| PRINTED NAME | SIGNATURE | DATE |

| | |
|---|---|
| RANK/TITLE | SHIFT/DEPARTMENT |

SUPERVISOR COMMENTS: Offender Fain, Roger 700474 is not eligible for the dorms due to his offense of Capital Murder. Njes there is an age/weight criteria for cellmates

| | | |
|---|---|---|
| T. Brazil | Q. Bg | 3/16/20 |
| PRINTED NAME | SIGNATURE | DATE |
| COM II | | |
| RANK/TITLE | SHIFT/DEPARTMENT | |

**Exhibit 1**

```
CSHS1802              T.D.C.J. - INSTITUTIONAL DIVISION       DATE: 03/12/20
                 HEALTH SUMMARY FOR CLASSIFICATION SYSTEM     TIME: 08:30:38
                                   INQUIRY
   TDCJ-ID #: 00700474  SID #: 04497012            P   U   L   H   E   S
   NAME: FAIN, ROGER                             ----------------------------
   HT 6'00"   WT 222                              3 | 3 | 1 | 1 | 2 | 1 |
   DOB: ███████                                  |---|---|---|---|---|---|
   UNIT: ST      HOUSING: 4D32-60B                C | C | A | A | B | A |
   JOB: UTILITY GEN SQ 1ST A SIDE                |---|---|---|---|---|---|
                                                  P | P |   |   | P |   |
   RESTRICTIONS     HEAT SENSITIVITY SCORE: I    ----------------------------
   UNIT: NO RESTRICTION           EXTENDED MED HRS:    TRUSTY CAMP SUITABLE:
   HOUSING: NO RESTRICTION             WHEELCHAIR USE: NO RESTRICTI
   BUNK: LOWER ONLY           ROW: NO RESTRICTIONS
   WORK: W09 W14 W16
   DISCIPLINARY PROCESS: NO RESTRICTION

   INDIVIDUALIZED TREATMENT PLAN:

   TRANSPORTATION RESTRICTIONS: NO RESTRICTION
   REVISED BY: UTMBFTP                      REVISED DATE: 01 06 2020
   PF1 -HELP  PF3 -MENU  PF4 -ADDITIONAL INFO  PF7 -UP  PF8 -DOWN
   ENTER NEXT REQUEST:/TDCNO: _____    OR SIDNO: _____
```

**Exhibit 1**                                    **019**

```
CSIUCR15/CSUC15       TDC UNIT CLASSIFICATION REVIEW        CURRENT DATE: 03/12
INMTCICS/MPO1664       HOUSING/JOB ASSIGNMENT HISTORY           AND TIME: 08:39:
7200/UC15  INMATE NAME: FAIN,ROGER                         TDCNO: 00700474

HOUSING      |--HOUSING--| INM/HSG   JOB ASGN |---------JOB----------|
   DATE   UNIT |--ASGNMNT--|  CUST AUTH    DATE   |------ASSIGNMENT------| AUT
|-----------HOUSING COMMENT----------|   |------------JOB  COMMENT-----------
08/30/19  ST  4D32       60 B G2   GA JW   08/30/19 UTILITY GEN SQ 1ST A SID JW
JW/MLG                                     JW/MLG
08/30/19  ST  UNASGN        G2   TR        08/28/19 TRANSIENT CUSTODY OVERFL UC
08/28/19  ST  11TRA     35 B G2   TR UCC   UCC/RDO
UCC/RDO                                    08/21/19 UNASGN PENDING SCC DOCKE PA
08/28/19  DU  UNASGN        G2   TR        08/12/19 TRANSIENT PEND DIAG PROC RP
08/12/19  DU  C10       03 B G2   TR RRW   INTAKE
08/12/19  NE  UNASGN        G2   TR        08/07/19 TRANSIENT NON-ROUTINE TR SE
08/07/19  NE  GTR       17 B G2   TR SB    12/04/18 I/S MED SQ 01              KF
03/19/19  ML  UNASGN        G2   G2        05/30/18 I/S MED SQ 03              RS
04/17/14  ML  19Y      007   G2   G2 MEA   11/18/14 QUALITY ASSURANCE TECH 1 GM
DORM ELIG                                  02/24/14 GARMENT INSPECTOR 1ST      OC
    MORE HOUSING/JOBS AVAILABLE

NEXT TRANS CODE: 02 AND/OR TDCNO  _____
                    AND/OR SIDNO  _____
F1-HELP   F3-MAIN MENU                     F7/F8-UP/DOWN   F10-MAX UP     F12-ME
```

Exhibit 1                                                    020

| Step 1 | ☒ | Grievance # | Offender Name | TDCJ # | Unit |
|--------|---|-------------|---------------|--------|------|
| Step 2 | ☐ | 2020013075 | Fain, Roger | 700474 | ST |



## Texas Department of Criminal Justice

### *NOTICE OF EXTENSION*

### *Offender Grievance Office*

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82, "Management of Offender Grievances,", you are hereby notified that additional time is necessary to complete the investigation of your:

**Step 1 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☒ An additional 40 days is needed for appropriate response to your grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 1 grievance.

**Step 2 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

S. THOMAS, UGI III              11/9/19

Name and Title                Date

**Original – Send to the Offender**
Copy – Attach to the Grievance

**Exhibit 1**

```
CS1UCR01/CSUC01.   XXX UNIT CLASSIFICATION REVIEW   DATE OF REVIEW: 03 24 20
INMTCICS/MPO1664   CUSTODY ASSIGNMENT WORKSHEET   CST/REVIEW CDE: G2 /    /
7200/UC01                                SUBSEQ REVIEW DTE/CDE:           /
INMATE NAME: FAIN,ROGER          RACE/SEX: W/M  HSG AT REVIEW: ST 4D32      60
TDCNO: 00700474  STAT: S3                  1
*************************************** ************** *******************************
*INIT CLASSIFICATION* DISCP HISTORY:3MTH/6MTH/1YR/2YR/3YR* ADDT'L INFORMATION
*************************************** ************** *******************************
*VIOLENT CRIME       * LVL 1 OR 2 . . 00   00   00   00   00 *DETAINER. . . . . N
* AGAINST PERSON   Y * STAFF ASLTS . 00   00   00   00   00 *HOMOSEXUAL. . . . N
*********************  INMATE ASLTS. 00   00   00   00   00 *SEX ASLT VICTIM   N
*PREV 2-YR ASLT HIST* ASLTS W/WP-SM 00   00   00   00   00 *POTENTIAL VICTIM. N
*********************  INCIDENTS: MA 00   00   00   00   00 *
*          STAFF/INM*           MM 00   00   00   00   00 *PAROLE CALC CODE. E
* TDC . . . . N   N *           MI 00   00   00   00   00 *RISK
* JAIL. . . . N   N * ESCAPE. . . . 00   00   00   00   00 *PREC:
* HOSPITAL. . N   N * LVL 3. . . . . 00   00   00   00   00 *TTL 00000  07/29/9
* JUVENILE. . N   N *                                      *P/V N
* OTH PRISONS N   N * ASLT HIST (MAJORS ONLY): 1-YR: N      *
*          *                                  2-YR: N      *
RECOMMENDATIONS: GP LEVEL 2                    / DORM
ENTER THE NEXT TRANS CODE 01 AND/OR TDCNO _____
                          AND/OR SIDNO _____
PF1-HELP,PF3-PREV,PF4-CURR,PF10-GC ONLY
```

Exhibit 1                                    022

Texas Department of Criminal Justice

## STEP 1   OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Roger Fain _____ TDCJ # 00700474

Unit: Mark W. Stiles _____ Housing Assignment: 4 F 2 - 40B

Unit where incident occurred: Stiles _____

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Grievance Process April 28th 2020 _____ When? _____

What was their response? Wardens Response was "Your Claims Noted. No Evidence found..."

JUN 2 6 2020

What action was taken? None. Warden Kevin Smith stated "No Further Action Warranted By This Office."

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

The Grievance Process, I-127 is the avenue of an Offender against a Agency Employee. This ave-

nue is also required to pursue a 42 USC §1983 into the Federal Courts. Pursuant to PATTERSON v.

STANLEY, 547 Fed.Appx. 510(Fifth Curcuit Court of Appeals 2013), states:"The primary purpose of

a grievance is to 'alert' prison officials to a problem, not to provide personal notice for a

particular official that may be sued." JUN 2 6 2020

April 28th 2020, I brought to the attention of the Administration a problem concerning the DFH

the lack of it being denied to those of us that are on it. On June 20th 2020, Warden Kevin Smith

signed off on the Grievance, #2020112559, stating that the Food Service department was aware of

my DFH, and he further stated that I was being afforded a DFH meal daily in accordance with the

food service policy. Here Warden Smith either knowingly, or unknowingly signed off on a document

that was "Fraudulent" thus is in violation of TDCJ-CID PD-22, Rule 10, Falsification of Records.

Furthermore, Warden Smith is in violation of the 8th Amendment to the United States Constitution

for "Cruel & Unusual Punishment," i.e. deliberate Administrative Indifference to a serious men-

ical need, I am on this Unit for medical reasons, yet the Medical Department has taken my heat

restrictions, and now the Food Service Department is denying me my DFH meals during this lockdown.

Because Warden Smith "rubber stamped" the Grievance Investigator's answer, he has failed to do

his job, thus has violated PD-22 Rule #7, Substandard Duty Performance. Furthermore, by failing

to properly investigate, and intervene, he is also in violation of Texas Penal Codes §39.02(a)(1)

and §39.03(a)(1)(2). These allegations can be substantiated by the actual kitchen daily meal out

put or by the record that I have from April 15th 2020 til present concerning what was given to

me and other DFH people, and it sure isn't what is required by the UTMB-CMHC Therapeutic Dietary

Policy & Procedure Manual that is available to population thru the Law Library. This Manual is

what the Food Service Department/Manager is supposed to follow, yet has totally ignored because

---

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM

**Exhibit 1**

JUN 2 6 2020 (OVER)

023

Appendix F

those on the Unit who are to oversee these matters has chosen to ignore the matter, it is very apparent that the TDCJ-CID Motto, which is on State Agency issued hats, "We Take Care Of Our Own" thus meaning that no matter if an Employee is right or wrong, the Offender is never right. By granting relief to an Offender's Grievance means that they are taking care of the Offender, not their own. Also by denying me and others our Medically prescribed DFH, Food Service and this Administration is putting the Offender's in a position to become seriously ill, and possibly leading to our deaths. I have brought this matter to the attention of the Administration thru the Grievance and I-60's to Food Service, Grievance on June 2nd. 2020, #2020112559, stating it as an Emergency, it was returned as being "Redundant" #9. The matter hasn't been addressed properly, nor am I satisfied with what is happening. I DO NOT WISH TO HAVE HEALTH ISSUES OR DEATH!!!

Action Requested to resolve your Complaint.
By the very fact of the indifference to my medical needs this Administration has put me and other in harm's way, and without intervention, the lack of proper DFH meals can and will cause problems

Offender Signature: _____  700474  Date: June 24th 2020

Grievance Response:

Signature Authority: _____  Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:       *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☒ 9. Redundant. Refer to grievance # 2020141143
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: S. Thomas

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:_____

1-127 Back (Revised 11-2010)

OFFICE USE ONLY

Initial Submission       UGI Initials: ST
Grievance #: 2020141143
Screening Criteria Used: 09 #594
Date Recd from Offender: 06-26-20
Date Returned to Offender: 06-26-20

2nd Submission           UGI Initials:_____
Grievance #:_____
Screening Criteria Used:_____
Date Recd from Offender:_____
Date Returned to Offender:_____

3rd Submission           UGI Initials:_____
Grievance #_____
Screening Criteria Used:_____
Date Recd from Offender:_____
Date Returned to Offender:_____

**Exhibit 1**                                    **024**

Appendix F

Texas Department of Criminal Justice

**OFFENDER**

**STEP 1 GRIEVANCE FORM**

EMERGENCY FOR HEALTH REASONS

Offender Name: ROGER FAW   TDCJ # 700474

Unit: STILES   Housing Assignment: 4F 2-40B

Unit where incident occurred: STILES

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? NUMEROUS I-60's, I-127 TO RIF CMT.  When? APRIL - JUNE

What was their response? IGNORED, NO RESPONSE

What action was taken? NONE

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I AM ON THE DIET FOR HEALTH FOR MEDICAL REASONS, THIS DIET IS PRESCRIBED BY UTMB-CMHC PROVIDER, AND BY THE CHIEF DIETITION, ASHOK R. KUCHUKULLA. I AM UTILIZING THE FY 19 AFH MENU PROVIDER BY THE LAW LIBRARY, CMHC-THERAPEUTIC DIETARY POLICY & PROCEDURES MANUAL DATED SEPTEMBER 2018.

THE KITCHEN MANAGER CONTAINS OBSERVANCE OF POLICY, IS SOLELY LACKING. WE KNOW THAT OBSERVANCE OF POLICY IS NOT ALWAYS CONVENIENT, BUT SHE OPERATES HER KITCHEN TO HER CONVENIENCE. SHE SERVES/PREPARES MENUS THAT ARE NOT APART OF THE CMHC-THERAPEUTIC DIETARY POLICY SET FORTH IN THE HEALTH SERVICES DEPARTMENTS GUIDELINES. IT IS CONVENIENT FOR THE KITCHEN TO FEED "EVERYONE" THE SAME MEAL, THAN TO FOLLOW AFH POLICY.

THIS GRIEVANCE IS FILED OUT OF NEED FOR HEALTHIER SACK MEALS, BY HER NOT FOLLOWING POLICY, SHE IS INDIFFERENT TO MY HEALTH ISSUES, SHE IS KNOWINGLY, INTENTIONALLY, INDIF-FERENT TO UTMB-CMHC PROVIDER'S DIETARY ORDERS, AS TO WHAT I AM TO BE FED, THUS OVER RIDING THE MEDICAL PRO-VIDER DUE TO THE FACT THAT TO FOLLOW THE APPROVED AFH IS TO MUCH OF AN INCONVENIENCE, INSTEAD OF FOLLOWING AFH POLICY SHE FEEDS WHATEVER IS ON THE REGULAR LINE FOR THE GENERAL POPULATION. THIS UNIT IS DESIGNATE

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   **Exhibit 1**   **025** (OVER)

Appendix F

AS A MEDICAL FACILITY, THAT INCLUDES THE DIET. THUS SHE IS VIOLATING THE 8TH AMENDMENT TO THE U.S. CONSTITUTION, THE 14th AMENDMENT TO THE U.S. CONSTITUTION AS WELL AS VIOLATING THE RUIZ SETTLEMENT. THE GRIEVANCE PROCEDURE IS NECESSARY TO PURSUE THIS MATTER IF THIS MATTER CANNOT OR WILL NOT BE RESOLVED, MEANING THAT THE KITCHEN FOLLOW THE CMHC DIETARY GUIDELINES.

JUN 04 2020

Action Requested to resolve your Complaint. WOULD LIKE TO RECEIVE THE PROPER DFH. SACK WORKS DURING A LOCK DOWN, AND DURING REGULAR DAILY CHOW HALL WORKS.

Offender Signature: _____  Date: JUNE 2ND 2020

Grievance Response:

Signature Authority: _____  Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     "Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☒ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #: _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____  **Exhibit 1**

I-127 Back (Revised 11-2010)

OFFICE USE ONLY

First Submission: _____ | UGI Initials: _____
Date Reed: 2020 13 126 1
Screening Criteria Used: 02 1599
Date Recd from Offender: JUN 04 2020
Date Returned to Offender: JUN 04 2020

2nd Submission _____  UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission _____  UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

026

Appendix 1

Texas Department of Criminal Justice

**OFFENDER**

**STEP 1 GRIEVANCE FORM**

EMERGENCY FOR HEALTH REASONS

Offender Name: ROGER FAW    TDCJ # 700474

Unit: STILES    Housing Assignment: 4F Z-40B

Unit where incident occurred: STILES

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? NUMEROUS I-60's, I-127 TO RIP CHT.   When? APRIL - JUNE

What was their response? IGNORED, NO RESPONSE

What action was taken? NONE

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I AM ON THE DIET FOR HEALTH FOR MEDICAL REASONS, THIS DIET IS PRESCRIBED BY UTMB - CMHC PROVIDER, AND BY THE CHIEF DIETITIAN, ASHOK R. KUCHUKULLA. I AM UTILIZING THE FY 19 AFH MENU PROVIDED BY THE LAW LIBRARY, CMHC - THERAPEUTIC DIETARY POLICY & PROCEDURES MANUAL DATED SEPTEMBER 2018.

THE KITCHEN MANAGER MAINTAINS OBSERVANCE OF POLICY IS SOLELY LACKING. WE KNOW THAT OBSERVANCE OF POLICY IS NOT ALWAYS CONVENIENT, BUT SHE OPERATES HER KITCHEN TO HER CONVENIENCE. SHE SERVES / PREPARES MEALS THAT ARE NOT APART OF THE CMHC - THERAPEUTIC DIETARY POLICY SET FORTH IN THE HEALTH SERVICES DEPARTMENTS GUIDELINES. IT IS CONVENIENT FOR THE KITCHEN TO FEED "EVERYONE" THE SAME MEAL, THAN TO FOLLOW AFH POLICY.

THIS GRIEVANCE IS FILED OUT OF NEED FOR HEALTHIER SACK MEALS, BY HER NOT FOLLOWING POLICY, SHE IS INDIFFERENT TO MY HEALTH ISSUES, SHE IS KNOWINGLY, INTENTIONALLY, INDIF-FERENT TO UTMB - CMHC PROVIDER'S DIETARY ORDERS, AS TO WHAT I AM TO BE FED, THUS OVER RIDING THE MEDICAL PRO-VIDER. DUE TO THE FACT THAT TO FOLLOW THE APPROVED AFH IS TO MUCH OF AN INCONVENIENCE, INSTEAD OF FOLLOWING AFH POLICY SHE FEEDS WHATEVER IS ON THE REGULAR LINE FOR THE GENERAL POPULATION. THIS UNIT IS DESIGNATE

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM

Exhibit 1

027 (OVER)

Appendix F

AS A MEDICAL FACILITY, THAT INCLUDES THE DIET.
THUS SHE IS VIOLATING THE 8TH AMENDMENT TO THE U.S.
CONSTITUTION, THE 14TH AMENDMENT TO THE U.S. CONSTITUTION
AS WELL AS VIOLATING THE RUIZ SETTLEMENT. THE GRIE
VANCE PROCEDURE IS NECESSARY TO PURSUE THIS MATTER IF
THIS MATTER CANNOT OR WILL NOT BE BE SOLVED, MEANING
THAT THE KITCHEN FOLLOW THE CMHC DIETARY GUIDELINES.

JUN 04 2020

Action Requested to resolve your Complaint.
WOULD LIKE TO RECEIVE THE PROPER DFM SACK MEALS DURING
A LOCK DOWN, AND DURING REGULAR DAILY CHOW HALL MEALS.

Offender Signature: _____  Date: JUNE 2ND 2020

Grievance Response:

Signature Authority: _____  Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

Returned because:     "Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☒ 2. Submission in excess of 1 every 7 days.  *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #____.
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

Medical Signature Authority: _____       **Exhibit 1**

I-127 Back (Revised 11-2010)

OFFICE USE ONLY
Initial Submission:        1 GI Initials: YR
date received    2020 3 26 1
Screening Criteria Used: 02 / 599
Date Recd from Offender: JUN 04 2020
Date Returned to Offender: JUN 04 2020
2nd Submission            UGI Initials:_____
Grievance #:
Screening Criteria Used:
Date Recd from Offender:
Date Returned to Offender:
3rd Submission            UGI Initials:_____
Grievance #:
Screening Criteria Used:
Date Recd from Offender:
Date Returned to Offender:       **028**

Appendix 1

Texas Department of Criminal Justice

**STEP 1** **OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #. _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Roger Eugene Fain _____ TDCJ # 00700474

Unit: Mark W. Stiles ____ Housing Assignment: 4D − 3 − 60B

Unit where incident occurred: Stiles / Huntsville Administrative Bldg

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? I was not afforded the opportunity to speak to When? anyone

What was their response? N/A

What action was taken? N/A          MAR 1 2 2020

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On February 09 2020, I filed a legal Complaint Application on two Nurse Practioners to the Texas Board of Nursing in Austin, Texas. These Complaint forms were provided to me by the Texas Board of Nursing to file the Complaints. MAR 1 2 2020

On March 11th 2020, I received a form letter from the TDCJ Health Services Division, Office of Professional Standards, Patient Liaison Program. I was informed by this unsigned form letter that the Patient Liaison Program no longer accepts complaints from the Offender population. The pro-blem with this is I never sent any complaint to the Patient Liaison Program, due to the fact I'm aware that this alleged agency is an "Oxymoron" agency and has, even in its early stages never accepted complaints from the offender population. MAR 1 2 2020

My complaint is this, the Patient Liaison Program people have shortstopped my complaint, this is a legitimate complaint, the complaint was sent to me by the Texas Board of Nursing, a Anthony Digg is the Director, this was on their Official Complaint Applications, and mailed back to Austin, TX. By the Patient Liaison Program acting as if I complained to them they have deliberately, knowingl with malious obstructed my claim to the appropriate agency over complaints of Texas Nurses. The Patient Liaison Program group, by their actions is deliberately denying me access to the prope channels to make this claim, they are also protecting the Nurse Practioner's that I filed the Complaints on, as well as protecting UTMB-CMHC. MAR 1 2 2020

Thus the Patient Liaison Program group has left me no choice other than to pursue this matter into the Federal Court with a USC 42 Section 1983 Lawsuit for violating my 8th Amendment Right, under the United Sattes Constitution. Adminstrative, & Deliberate Medical Indifference Claim. This Step-1, I-127, is a requirement to proceed into the Federal Court, unless this matter can be properly resolved and my Complaints allowed to be processed by the Texas Board of Nursing as stated by the Complaints. MAR 1 2 2020

MAR 1 2 2020

MAR 1 2 2020

Action Requested to resolve your Complaint.

I realize that this Grievance is outside and beyond the Units reveiw but it is necessary to proceed into the Federal Court.

Offender Signature: _____ 00474   Date: March 11th 2020

Grievance Response:

Signature Authority: _____   Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days.  *
☐ 3. Originals not submitted.  *
☐ 4. Inappropriate/Excessive attachments.  *
☐ 5. No documented attempt at informal resolution.  *
☐ 6. No requested relief is stated.  *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language.  *
☒ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible.  *
☐ 11. Inappropriate.  *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____   **Exhibit 1**

I-127 Back (Revised 11-2010)

OFFICE USE ONLY

Initial Submission: _____  UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
2nd Submission               UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission               UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____  030

Appendix I



**ACCEPT AS ORIGINAL**

**Texas Department of Criminal Justice**

## STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: _Roger Fain_                          TDCJ # _00700474_

Unit: _J.B. Connally_          Housing Assignment: _19 Y-087_

Unit where incident occurred: _John B. Connally_

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2021027245 |
| UGI Recd Date: | 11-20-20 |
| HQ Recd Date: | 11-20-20 |
| Date Due: | 12-5-20 |
| Grievance Code: | 930-508 |
| Investigator ID#: | 2448 |
| Extension Date: | NOV 20 2020 |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

It fails to address the issues presented, basically the Warden's Response is a "Party Line" of TDCJ-CID concerning Policy Directive 03.83, Grooming Standards, to the point it violates TDCJ-CID's new, in place, COVID 19 Virus Guidelines, these Guidelines are in place to protect the Offender population, and Employees.

TDCJ-CID Policy mandates that Offenders maintain 6' spacing in the dayroom area, 3 to a bench, 2 to a table, no board games, wearing masks inside the cubicles, unless they are reclining on their bunks. Offenders are allowed 2 to a table, every other row in the chow hall, on the Rec yard Offenders are not allowed to use balls, weights, and have to wear masks and maintain 6' distancing. In the Law Libray 6' spacing at the tables, a controlled amount of Offenders in the General Library, at all times wearing masks.

Now the Administration says its ok to get a hair cut, that proper safety policies & procedures are in place, masks worn by barbers, face shields, golves, and aprons, equipment properly sanitized, but this is not the case on this Unit, and several Unit barbers have been allegedly warned. Furthermore, Offenders are still being denied religious meetings in the Chapel, due I believe because it is something for the Offender population that isn't related to any TDCJ-CID sponsorship, like no visitation with family members, outside volunteers coming to the Unit, or full classes for education, WSD, and College programs.

Also, nowhere in the Warden's Response was any addressing the fact that I am Native American, and my religion is Native American, the Culture, Customs, & Heritage, and it is apart of these things that I wish to grow my hair. I am not an isolated individual in this matter, TDCJ-CID has already allowed several others similarly situated to grow their hair, this concerns the Goodman v. Davis lawsuit into the Southern District Court that was ruled on on January 24th 2019.

Exhibit 1

Appendix G

This matter is presently in Huntsvile for consideration. See Grievance # 2021010196, 09/22/20.

It is also in the Western District Court in San Antonio, Cause # 5:20-CV-01149.

All I am requesting is to be allowed that in which TDCJ-CID has already allowed on a limited

basis, allowing me to grow my hair without harassment, hassles, or disciplinary action, TDCJ-

has allowed beards, and that lawsuit wasn't a class action lawsuit, neither was Goodman v. Davi

Offender Signature: _____ #700174 _____   Date: November 19th 2020

Grievance Response:

An investigation has been completed into your complaint.  Chaplaincy was contacted regarding your request to grow long hair due to your religious beliefs.  This request is now being processed; however, until the Religious Practices Committee makes a final decision, you are obligated to follow grooming standards according to existing policy.  All precautionary measures are taken while in the barbershop to prevent the spread of COVID-19.  No further action is warranted by this office.

H. M. Anderson

DEC 0 4 2020

Signature Authority: _____   Date: _____

Returned because:   *Resubmit this form when corrections are made.

☒ 1. Grievable time period has expired.

☒ 2. Illegible/Incomprehensible.*

☒ 3. Originals not submitted. *

☒ 4. Inappropriate/Excessive attachments.*

☒ 5. Malicious use of vulgar, indecent, or physically threatening language.

☒ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

2nd Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____ **032**

**Exhibit 1**

Appendix G

ACCEPT AS
ORIGINAL



**Texas Department of Criminal Justice**

# STEP 1   OFFENDER
GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance # | 2021027245 |
| Date Received: | NOV 02 2020 |
| Date Due: | 11-17-2020 |
| Grievance Code: | 930-508 |
| Investigator ID #: | L1733 |
| Extension Date: | |
| Date Retd to Offender: | NOV 1 8 2020 |

Offender Name: __Roger Fain__    TDCJ # __00700474__

Unit: __J.B. Connally__   Housing Assignment: __19 Y - Q57__

Unit where incident occurred: __19 Building Entry__

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? __Sgt. Julio Martinez__    When? __10/30/20__

What was their response? __Told me to get a haircut, and threatened disciplinary action__

What action was taken? __None__

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Coming back from p.m. chow, Sgt. Martinez, who was working 19 Building told me that I was to

get a haircut, he asked me where I lived, what cubicle. I told, then inquired about the rule

being lifted for us to wear masks, he told me that I was still having to wear a mask, but I was

going to get a haircut. I stated to Sgt. Martinez that 1) I was Native American and my religion

didn't permit me to cut my hair, and that I was in the process in resolving this matter with

Huntsville, the Unit & Regional Chaplaincy. He told me he didn't care what religion I was I

was going to get my haircut. Then2) I reminded Sgt. Martinez that TDCJ, the Unit, and in fact

the entire Country was practicing social distancy, and for me to get a haircut I would have to

remove my mask, in violation of TDCJ & the Unit's IOC's that are posted, and in fact Sgt. Mar-

tinez first thing this a.m., came onto the dorm and threatened to lock the dorm down for 23

hours if he caught anyone without a face mask on.

It is my belief that Sgt. Martinez will violate my Constitutional Rights, as well as violate

posted TDCJ & Unit Directives by attempting to force me to cut my hair, and when I stand up

and assert my rights to receive disciplinary action.

This matter is in Huntsville, Regional Chaplaincy Office, and in the Western District Federal

Court in San Antonio. I have repeatedly attempted to resolve this matter informally, and what

is going on is I'm being harrassed, hassled, and threatened with retalitory disciplinary action

because I am asserting my right to practice my religion, and secondly not wishing to remove my

mask to get my hair cut due to the COVID 19 Virus. I am 66 years old, and have some health

issues, and all Sgt. Martinez is concerned about is attempting to enforce rules that are not

enforceable due to the COVID pandemic.

---

1-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Exhibit 1   033

Appendix F

Copy to the United States District Court, Western District of Texas, 655 East Cesar E. Chavez
Blvd., Suite G-65, San Antonio, Texas  78206

**Action Requested to resolve your Complaint.**
Would like to be left alone from being harassed concerning my hair langht until such time the
matter is resolved in Huntsville, State Classification, and the Federal Court.

Offender Signature: _____   Date: _10/30/20 Mailed 5:48PM_

**Grievance Response:**

Your complaint has been reviewed. All offenders are required to maintain and follow tdcj grooming standards according to policy. The unit barbers are taking all precautions necessary when conducting offender haircuts. No further action is warranted from this office.

Signature Authority: _____   Senior Warden Rayford Date: _11-18-20_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**         *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

OFFICE USE ONLY

Initial Submission          UGI Initials: _____
Grievance #: _____
Screening Criteria Used _____
Date Recd from Offender _____
Date Returned to Offender _____
2nd Submission          UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender _____
Date Returned to Offender _____
3rd Submission          UGI Initials: _____
Grievance # _____
Screening Criteria Used _____
Date Recd from Offender _____
Date Returned to Offender _____

**Exhibit 1**

034

Appendix F

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

OFFENDER GRIEVANCE PROGRAM

# NOTICE

All documentation that follows this sheet is <u>restricted and confidential</u> and is not to be released without the authorization of the administrator of offender grievances.

# RESTRICTED AND CONFIDENTIAL

**Exhibit 1**

```
CSIUCR07/CSUC07              TEXAS DEPARTMENT OF CRIMINAL JUSTICE          11/25/20
GM00162  / 1BYF                UNIT CLASSIFICATION REVIEW (UCR)            11:35:11
                          CURRENT INSTITUTIONAL ADJUSTMENT RECORDS
OFFENDER NAME: FAIN, ROGER                            TDCJ #: 00700474 SID #: 04497012
ACTIVE DETAINERS: 00 WARRANTS: 00  UNIT: CY                    CMT: US
SEL CODE     ADJ DATE    ADJUSTMENT RECORD DETAILS
_   DRBRD   11-02-2020  PERMANENT DENIAL OF RELIGIOUS BEARD ON 11/02/2020
_   NADES   09-11-2020  REQUIRES DESIGNATED NATIVE AMERICAN UNIT
_   COVIX   08-13-2020  COVID-19 POST MEDICAL RESTRICTION
_   COVIX   06-03-2020  COVID-19 POST MEDICAL RESTRICTION
_   NADES   05-06-2020  REQUIRES DESIGNATED NATIVE AMERICAN UNIT
_   BWCHN   08-07-2019  BENCH WARRANT CASE HISTORY NOTIFICATION
_   BWCHN   02-13-2014  N/A
_   BWCHN   09-20-2013  BENCH WARRANT CASE HISTORY NOTIFICATION
_   EZ      02-16-2012  ESCAPE DESIGNATOR (OVER 10 YEARS AGO)
_   BWCHN   02-11-2011  N/A
_   NFSUA   02-05-2008  00708840 SMITH, DANNY RENE
_   NFSUA   12-11-2007  00708840 SMITH, DANNY RENE
_   NFSUA   07-11-1996  00727672 JEFFERSON, MELVIN RAY
_   DRUGS   04-13-1995  DRUG USE
ID STATUS: ACTIVE FOR TDCJ# 00700474
ENTER TRAN CODE __ AND TDCJ# _____  OR SID# _____      PRINTER ID E MASK T
F1=HELP  F4=ALIAS     F6=CODE LIST      F7=UP     F9=PRINT  F10=DETAINERS F12=MENU
F3=PREV                                 F8=DOWN             F11=WARRANTS
```

**Exhibit 1**                                         **036**

```
CSIMF100              TEXAS DEPARTMENT OF CRIMINAL JUSTICE
1MMH       OFFENDER SOCIAL SECURITY NUMBER AND RELIGIOUS PREFERENCE INQUIRY
                     DATE:  12/04/2020   TIME:  10:28:01

TDC NUMBER    00700474                    NAME FAIN,ROGER

PRIOR NUMBER 00603982                     UNIT CY      ICE STATUS

SOC SEC NBR  ███████████████              ICE NATL

RELIG.PREF NATIVE AMERICAN                PRIMARY LANGUAGE ENGLISH

RELIG. PREFERENCE DATE 01/16/2020 I       SID NUMBER 04497012

LEGAL C.O.R.        246 WILLIAMSON         TYC TRANSFER NO

POB COUNTY, IF TEXAS                      PLACE OF BIRTH ████████████

FBI NUMBER   ████████                     CITIZENSHIP UNITED STATES

ENTER NEXT REQUEST / OR TDC NUM  _____
                     OR SID NUM  _____
                     OR SSN NUM  ___ - __ - ____
```

**Exhibit 1**                                        **037**

Restricted & Confidential

|  |  |  |  |  |  |  | STEP 1 |  |  |
|---|---|---|---|---|---|---|---|---|---|
| **GRIEVANCE OFFICE USE ONLY** |  |  |  |  |  |  | STEP 2 | X |  |

| Unit: CGO | Investigator ID: | I-2448 | Date Initiated: | 11/25/20 | Date Completed: 11/25/20 | Date Due: | 12/05/20 |
|---|---|---|---|---|---|---|---|
| Inmate Name: | FAIN, ROGER |  |  | TDCJ No: 00700474 | Grievance Number: | 2021027245 |  |

| Issue Code: | EMERGENCY |  | ADA | ( ) | Property | ( ) | Use of Force (UOF) | ( ) |
|---|---|---|---|---|---|---|---|---|
| | YES | ( ) | Disciplinary | ( ) | Religion | ( ) | Harassment or Retaliation* | ( ) |
| 930/508 | NO | (X) | Medical | ( ) | OPI Investigation | ( ) | PREA | ( ) |

*Harassment or Retaliation of Use of the Grievance Procedure, Access to Courts, or other Legal Activity

Note: Inmates are not allowed to review the grievance investigation worksheet at any time. For claims of sexual abuse, sexual assault, criminal acts by staff, Excessive or Unreported UOF, the investigation must be conducted by the Office of Inspector General (OIG) and the OIG Fact Sheet completed.

**Summary of Issue:** *(Include date, time, and location):*

Claims on 10/30/20 Sgt. Martinez told him he needed to get a haircut. He told the Sargeant that he is Native American, and his religion did not allow him to cut his hair and he was in the process of getting this resolved through the Unit Chaplaincy. He reminded the Sargeant that if he got his hair cut, he would need to remove his mask which would be a violation of TDCJ posted rules. Claims Sgt. Martinez stated he did not care about his religion and he needed to get a haircut. States he is being harassed, hassled, and threatened with retaliatory disciplinary action for practicing his religion.

**Requested Remedy:**

Request to be left alone from being harassed concerning his hair length until such time the matter is resolved in Huntsville, State Classification, and Federal Court.

The following is to be completed and signed by the Investigating Official. Attach statements/supporting documentation, if applicable.

**Summary of Fact-Finding Activity:**

1. Reviewed Step 1 and Step 2.
2. Statement from Major Davis. The inmate is on the approved religious bread as of 11/2/20 and is approved to be on a Native American Unit as of 5/6/20. However, inmates are required to maintain a TDCJ haircut.
3. IOC from Chaplain Hall. On 10/01/20 the inmate submitted a HQ-150 request to grow long hair due to his religious beliefs. This request was forwarded to Huntsville and is now being processed. Until such time the Religious Practices Committee makes a final decision, the inmate is obligated to follow grooming standards according to existing policy.
4. UCR07. Inmate was permanently denial of religious beard as of 11/2/20.
5. Statement from Sgt. Martinez. I ordered the Inmate Fain to get a haircut. Inmate Fain stated he is in process of a permit with Huntsville, the barber shops on CY are open and taking all precaution when cutting hair on inmates.
6. No further action warranted.

**Suggested Response to Inmate:**

An investigation has been completed into your complaint. Chaplaincy was contacted regarding your request to grow long hair due to your religious beliefs. This request is now being processed; however, until the Religious Practices Committee makes a final decision, you are obligated to follow grooming standards according to existing policy. All precautionary measures are taken while in the barbershop to prevent the spread of COVID-19. No further action is warranted by this office.

| OUTCOME CODE: | D | RESOLUTION CODE: 2.02 |  |
|---|---|---|---|
| Investigating official completes the section below: |  |  |  |
| Printed Name: | M. Goebel |  | Signature: M. Goebel |
| Title: | Admin. Asst. IV |  | Date: 11/25/20 |

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP-03.77 and AD-03.82. It is expressly prohibited to subject the grievant, other inmates, or staff to any form of reprisal for the use of these procedures.

**Exhibit 1** **038**

OG-01 Rev. 07/2016



**Texas Department of Criminal Justice**

**STEP 2**     **OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
| --- |
| Grievance #: |
| UGI Recd Date: |
| HQ Recd Date: |
| Date Due: |
| Grievance Code: |
| Investigator ID#: |
| Extension Date: |

Offender Name:  Roger Fain                    TDCJ #  00700474

Unit: Mark W. Stiles    Housing Assignment:  4Bldg. F - 2-40B

Unit where incident occurred:  Stiles

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**     *I am dissatisfied with the response at Step 1 because...*
Having filed my Step-1 in good faith, the Warden's Response does not address any of the raised issues, nor does he give me any indication that this alleged "Medical Lock Down" has any end in sight.

On May 15th 2020, me as well as others on my pod were tested enmasse, along with the rest of the Unit. After almost 2 weeks, the results came back and I along with many others were negative yet on May 29th 2020, in a kneejerk reaction, one person tested positive, and he was moved to a isolation pod, and 2 section was then locked down, and because of one positive test my section was punished. This Administration & Medical Department can say that they were only thinking of the welfare of the Offenders, their safety, yet this is only lip service that would go "Off Unit" when in fact the opposite is in fact the norm "on Unit." Officers, who are in fact the carriers of the COVID 19 virus due to the fact that they live "Outside" of the Unit don't practice what the Administration is preaching, most don't wear PPE, i.e. mask, gloves, sheilding clothing, this can be, and should be verified by the use of the camera system, but this will be ignored based on the reality that it is fact.

We are punished because the Administration & Medical can't deal with what is going on, where I and others are eating "sack meals" Officers & Employees are eating hot meals in ODR prepared by Offenders, the laundry is working so the Officers & Employees can get their clothing washed and pressed, the Unit states that we're on a "Medical Lock Down," when in fact we're not when other Offenders are allowed to work throughout the Unit, infected areas as well, and return to their living areas where other Offenders are housed, allowed out of cell for a very limited time, and thus come in contact with these "working" Offenders. Doesn't make any sense to keep pods locked

down when certain Offenders are allowed to go to work, assist the Officer's in their duties to feed the population, clean the Offender's living areas. I am asking that my Step-1 be reviewed evaluated and acted upon. This "Medical Lock Down" referenced by the Warden's Response is a sham, it is being used to accommodate the convenience of the Unit not to serve hot meals, to lessen Offender traffic, and to deny us our privileges and Rights, Chapel, Law Library, etc.

**Offender Signature:** _____     **Date:** June 06 2020

**Grievance Response:**

Your Step 2 grievance has been investigated by this office. Records reflect you are post medical restriction. This should resolve your complaint. Be advised, Covid-19 protocols and guidelines are still in place. Unit Administration will continue to monitor the situation closely. Based on the information available at this time, no further action is warranted.

**Signature Authority:** _____   V. BARROW     **Date:** JUN 1 3 2020

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |

**Exhibit 1**

I-128 Back (Revised 11-2010)

**040**

**Appendix G**



**Texas Department of Criminal Justice**

## STEP 1    OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _____

Date Received: __ 'JUN 0 2 2020'

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to offender: JUN 0 5 2020

Offender Name: Roger Fain      TDCJ # 00700474

Unit: Mark W. Stiles Unit Housing Assignment: 4 F 2-2-40B

Unit where incident occurred: Mark W. Stiles Unit

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Rovers for the building were asked for rank. When? May. 29th 2020

What was their response? Rank I was told was unavailable for a informal resolution of this matter

What action was taken? None, the Rovers and/or Rank ignored my request for seeing Rank

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On May 15th 2020, 4F section was tested, in mass for the COVID 19 virus, the results were not made available until the week of May 26th 2020, on May 29th 2020, Offender in 39 cell of 2 secti was packed up, and placed on 4F Pod quanatine, then 4F 2 Pod was then put on quanatine. The irony here is that on May 15th 39 cell was already "hot" with the COVID 19 virus, and 14 days later, on May 29th when they came and quanatined him, and subsequently 2 section, the 14 day isolation period had already expired. The virus had run it's course, 39 cell was not sick when he was placed on 4f 3 pod, and no one else on F 2 showed any symptons of the virus, yet we are once again placed on a 14 day isolation quanatine for something that was detected on May 15th without anyone else being affected.

This Unit's Administration, as well as the Medical Department are totally clueless as to what they are doing. How can a section be locked down for quanatine 14 days after the fact as in this case?? The crisis that going on isn't the COVID 19 virus, but the fact that TDC cannot, and will not follow their own Policies, Procedures, Protocols that are in place for just this reason. The COVID 19 virus has a 14 day incubation period, and if symphons are not shown withi that period of time, then the person's chances of the contracting of the virus is nil. That being the case, the quanatining of F Pod 2 section is exercise in ignorance and if no one is showing any signs or symphons of the virus we show be allowed to resume our daily routines and be al- low to function as in the past.

We are presently being treated as if the COVID 19 virus is in affect on F 2 Pod, when in fact no oneis sick, is showing any signs of sickness, or has symphoms of the virus. We on F 2 Pod are being treated differently than other similar situated Offenders who live on the Stiles Unit who are in fact working. going throughout the Unit to any section they wish to visit. without any restrictions, these Offenders are not essential workers, but are used to ease the Officer's

I-127 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     **Exhibit 1**     **041** (OVER)

loads, kitchen, laundry, SSI

Quanatine Policy & Protocol is, no Offender will be out and about until the COVID 19 virus has run it's course, this Policy & Protocol are not being followed.

Action Requested to resolve your complaint

The restrictive lockdown needs to be lifted, it needs to be properly, and safely dealt with, an presently that isn't the case.

Offender Signature:                          Date:    June 1st 2020

Grievance Response:

Your complaint has been reviewed. The Stiles unit is under medical lock down. The unit is following the guidelines set forth by the agency regarding COVID-19 procedures. All staff and offenders are receiving the necessary items to combat the spread of the coronavirus throughout the unit.  Procedures are being implemented daily and privileges are being restored in stages within guidelines to combat the spread of the coronavirus. Remember to contact a building supervisor if there is an immediate need. No action is warranted.

Signature Authority:                                           Date: 6-9-2020

If dissatisfied with the Step 1 response you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 form.

Your Step 2 appeal will be responded to in 40 working days.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 6 months.

☐ 3. Originals not submitted.

☐ 4. Inappropriate/Excessive attachments.

☐ 5. No documented attempt at informal resolution.

☐ 6. No requested relief is stated.

☐ 7. Malicious use of vulgar, indecent, or physically threatening language.

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #

☐ 10. Illegible/Incomprehensible.

☐ 11. Inappropriate.

UGI Printed Name/Signature:

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:                    **Exhibit 1**

I-127 Back (Revised 11-2010)

OFFICE USE ONLY

Initial submission          CGT Recd date:

Grievance #

Screening Criteria Used:

Date Recd from Offender:

Date Returned to Offender:

2nd Submission          UGI Initials:

Grievance #

Screening Criteria Used:

Date Recd from Offender:

Date Returned to Offender:

3rd Submission          UGI Initials:

Grievance #

Screening Criteria Used:

Date Recd from Offender:

Date Returned to Offender:          042

Recd 06-

Appendix F

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## OFFENDER GRIEVANCE PROGRAM

# NOTICE

All documentation that follows this sheet is <u>restricted and confidential</u> and is not to be released without the authorization of the administrator of offender grievances.

# RESTRICTED AND CONFIDENTIAL

**Exhibit 1**   Offender Grievance Operations Manual
Appendix W   043

## GRIEVANCE INVESTIGATION WORKSHEET

Restricted & Confidential

| GRIEVANCE OFFICE USE ONLY | | | | STEP 1 X |
|---|---|---|---|---|
| | | | | STEP 2 |

| Unit: ST | Investigator ID: 2534 | | Date Initiated: 06/02/20 | Date Completed: 06/04/20 | Date Due: 06/17/20 |
|---|---|---|---|---|---|
| Offender Name: Fain,Roger | | | TDCJ No: 700474 | Grievance Number: 2020129759 | |

| Issue Code: 930/523 | EMERGENCY YES ( ) NO (X) | ADA Disciplinary Medical ( ) ( ) ( ) | Property Religion OPI Investigation ( ) ( ) ( ) | Use of Force (UOF) Harassment or Retaliation* PREA ( ) ( ) ( ) |
|---|---|---|---|---|

*Harassment or Retaliation of Use of the Grievance Procedure - access to courts, or other Legal Action*

*Offenders are not allowed to review the grievance investigation worksheet at any time. For claims of sexual abuse, sexual assault, criminal acts by staff, excessive or inappropriate, the investigation must be contacted by the Office of Inspector General (OIG) and the OIG Fact Sheet completed*

**Summary of Issue:** *(Include date, time and location):*

Claims that 4bldg F pod 2 section does not have any sick offenders and the 14 quarantine for coronavirus has expired  Claims that TDCJ is not following there own policy and protocolso restrictions should be lifted

**Requested Remedy:**

The restrictive lockdown nees to be belified it needs to be properly and safely dealt with an presently that isnt the case

The following is to be completed and signed by the Investigating Official  Attach statements supporting documentation, if applicable

**Summary of Fact Finding Activity:**

ee IOC frm Warden Smith

**Suggested Response to Offender:**

our complaint has been reviewed  The Stiles unit is under medical lock down  The unit is following the guidelines set forth by the agency garding COVID-19 procedures  All staff and offenders are receiving the necessary items to combat the spread of the coronavirus throughout e unit  Procedures are being implemented daily and privileges are being restored in stages within guidelines to combat the spread of the ronavirus  Remember to contact a building supervisor if there is an immediate need  No action is warranted

**OUTCOME CODE:** D       **RESOLUTION CODE:** 2 01

Investigating official completes the section below:

| Printed Name: | S THOMAS | Signature: | |
|---|---|---|---|
| Title: | INV III | Date: | 06/04/20 |

This grievance is being processed in an effort to resolve a problem through the established procedure identified in BP-03.__ and AD-03.82  It is expressly prohibited to subject the grievant, other offenders, or staff to any tion of reprisal for the use of these procedures

**Exhibit 1**       **044**

Offender Grievance Operations Manual
Appendix H

```
CSIUCR15/CSUC15         TDC UNIT CLASSIFICATION REVIEW       CURRENT DATE: 06/11/20
INMTCICS/LSA5473        HOUSING/JOB ASSIGNMENT HISTORY           AND TIME: 10:12:59
1A5H/UC15  INMATE NAME: FAIN,ROGER                          TDCNO: 00700474


HOUSING         |--HOUSING--| INM/HSG     JOB ASGN |---------JOB----------|
  DATE   UNIT |--ASGNMNT--| CUST  AUTH      DATE   |------ASSIGNMENT------| AUTH
|-----------HOUSING COMMENT----------|  |-----------JOB  COMMENT-----------|
04/02/20  ST  4F22      40 B G2  GA TC   08/30/19 UTILITY GEN SQ 1ST A SID JW
TC/RDO                                   JW/MLG
08/30/19  ST  4D32      60 B G2  GA JW   08/28/19 TRANSIENT CUSTODY OVERFL UCC
JW/MLG                                   UCC/RDO
08/30/19  ST  UNASGN       G2    TR      08/21/19 UNASGN PENDING SCC DOCKE PAS
08/28/19  ST  11TRA    35 B G2  TR UCC   08/12/19 TRANSIENT PEND DIAG PROC RRW
UCC/RDO                                   INTAKE
08/28/19  DU  UNASGN       G2    TR      08/07/19 TRANSIENT NON-ROUTINE TR SB
08/12/19  DU  C10     03 B G2  TR RRW    12/04/18 I/S MED SQ 01              KS
08/12/19  NE  UNASGN       G2    TR      05/30/18 I/S MED SQ 03              RS
08/07/19  NE  GTR     17 B G2   TR SB    11/18/14 QUALITY ASSURANCE TECH 1  GM
03/19/19  ML  UNASGN       G2  G2        02/24/14 GARMENT INSPECTOR 1ST      OC
    MORE HOUSING/JOBS AVAILABLE


NEXT TRANS CODE: 02 AND/OR TDCNO _____
                     AND/OR SIDNO _____
F1-HELP    F3-MAIN MENU                   F7/F8-UP/DOWN   F10-MAX UP     F12-MENU
```

**Exhibit 1** **045**

```
CSIUCR07/CSUC07              TEXAS DEPARTMENT OF CRIMINAL JUSTICE          06/11/20
LSA5473  / 1A5H                UNIT CLASSIFICATION REVIEW (UCR)            10:12:36
                            CURRENT INSTITUTIONAL ADJUSTMENT RECORDS
OFFENDER NAME: FAIN,ROGER                          TDCJ #: 00700474 SID #: 04497012
ACTIVE DETAINERS: 00 WARRANTS: 00  UNIT: ST                    CMT: US
SEL CODE    ADJ DATE    ADJUSTMENT RECORD DETAILS
    COVIX   06-03-2020  COVID-19 POST MEDICAL RESTRICTION
    NADES   05-06-2020  REQUIRES DESIGNATED NATIVE AMERICAN UNIT
    BWCHN   08-07-2019  BENCH WARRANT CASE HISTORY NOTIFICATION
    BWCHN   02-13-2014  N/A
    BWCHN   09-20-2013  BENCH WARRANT CASE HISTORY NOTIFICATION
    EZ      02-16-2012  ESCAPE DESIGNATOR (OVER 10 YEARS AGO)
    BWCHN   02-11-2011  N/A
    NFSUA   02-05-2008  00708840 SMITH,DANNY RENE
    NFSUA   12-11-2007  00708840 SMITH,DANNY RENE
    NFSUA   07-11-1996  00727672 JEFFERSON,MELVIN RAY
    DRUGS   04-13-1995  DRUG USE



ID STATUS: ACTIVE FOR TDCJ# 00700474
ENTER TRAN CODE __ AND TDCJ# _____ OR SID# _____        PRINTER ID 6759__
F1=HELP  F4=ALIAS     F6=CODE LIST     F7=UP    F9=PRINT  F10=DETAINERS F12=MENU
F3=PREV                                F8=DOWN            F11=WARRANTS
```

7 screen

X media Restriction proximity PJ

Could Texted Patata

**Exhibit 1**                    **046**

# GRIEVANCE INVESTIGATION WORKSHEET

Restricted & Confidential

| GRIEVANCE OFFICE USE ONLY | | | STEP 1 | |
|---|---|---|---|---|
| | | | STEP 2 | X |

| Unit: ST | Investigator ID: I-1364 | | Date Initiated: 06/11/20 | Date Completed: 06/11/20 | Date Due: 06/23/20 |
|---|---|---|---|---|---|
| Offender Name: Fain, Roger | | | TDCJ No: 700474 | Grievance Number: 2020129759 | |

| Issue Code: | EMERGENCY | | ADA | ( ) | Property | ( ) | Use of Force (UOF) | ( ) |
|---|---|---|---|---|---|---|---|---|
| 930/523 | YES | ( ) | Disciplinary | ( ) | Religion | ( ) | Harassment or Retaliation* | ( ) |
| | NO | ( X ) | Medical | ( ) | OPI Investigation | ( ) | PREA | ( ) |

*Harassment or Retaliation of Use of the Grievance Procedure, Access to Courts, or other Legal Activity

*Note:* **Offenders are not allowed to review the grievance investigation worksheet at any time.** *For claims of sexual abuse, sexual assault, criminal acts by staff, Excessive or Unreported UOF, the investigation must be conducted by the Office of Inspector General (OIG) and the OIG Fact Sheet completed.*

## Summary of Issue: *(Include date, time and location):*

The offender claims 4 building, F pod, 2 section does not have any sick offenders and the 14 day quarantine for coronavirus has expired. The offender claims that TDCJ is not following their own policy and protocols.

## Requested Remedy:
The offender wants the restrictive lockdown to be lifted.

The following is to be completed and signed by the Investigating Official. Attach statements/supporting documentation, if applicable.

## Summary of Fact Finding Activity:

1. Step 1
2. UCR 02 – Offender housed in 4 Building F Pod, 2 section.
3. UCR 07 – Covid 06/03/20 , Covid 19 Post Medical Restriction – The offender was on medical restriction due to an offender in proximity testing positive. The 14 days is over and the offenders are off restriction- Per ST Unit CUC.
4. IOC ST per Warden K. Smith – Covid-19 protocols listed.

## Suggested Response to Offender:

Your Step 2 grievance has been investigated by this office. Records reflect you are post medical restriction. This should resolve your complaint. Be advised, Covid-19 protocols and guidelines are still in place. Unit Administration will continue to monitor the situation closely. Based on the information available at this time, no further action is warranted.

| OUTCOME CODE: D | RESOLUTION CODE: 2.01 | |
|---|---|---|
| Investigating official completes the section below: | | |
| Printed Name: L. Sanford | Signature: | |
| Title: Administrative Assistant V | Date: 06/11/20 | |

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP-03.77 and AD-0382. It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures.

**Exhibit 1**     **047**

OG-01 Rev. 07/2016

Offender Grievance Operations Manual
Appendix H



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance #: 2020112559

UGI Recd Date: 06-24-20

HQ Recd Date: JUN 27 2020

Date Due: 8-3

Grievance Code: 500

Investigator ID#: I2725

Extension Date: 9-12

Offender Name: Roger Fain           TDCJ # 00700474

Unit: Stiles           Housing Assignment: 4F 2 - 40B

Unit where incident occurred: ~~Stiles~~ Stiles

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

Once again the Warden's Response did not adequently answer the issues set forth in the Step-1 Grievance, in fact all the Response did was to rubber stamp the matter, validate what the Kitchen Manager/Captain was doing even though it was in violation of the Food Service Policy conconcerning DFH Sack Meals.

It is obvious that no Administrative investigation took place. The Grievance Investigators write out the Warden's Response, and the Warden signs off on the matter, thus denying whatever Administrative remedies I might be so entitled to.

It is hard for me to understand what the Unit's Grievance procedure has to lie on each and every Grievance when they deny an Offender a fair and impartial hearing of the Grievance filed. As stated in this Step-1 Response, "You are afforded a DFH meal daily in accordance with the food service policy." This is a blantant misstatement because the Kitchen does not follow the DFH as stated in the Food Service Policy, and this can be verified just by looking at what is being served in the lockdown johnnies, but again, no Administrative investigation was done, no other than the Grievance investigator calling up the kitchen, asking them if they are or aren't doing something, and that is the extent of the investigation. I guess the slogan on the back of the Agencies issued hats states it all, "We Take Care Of Our Own." Which means we take care of the Employees and the Offender population suffers for this policy of taking care of our own. Once again I am stating that the kitchen is deliberately ~~denx~~ denying me my DFH because it is inconvenient to follow the Food Service Policy Meal, thus the kitchen Manager/Captain is indifferent to the Medical Department's order of a DFH, and for my health and well being.

---

I-128 Front (Revised 11-2010)      **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**      (OVER)

Exhibit 1      048

Appendix G

Offender Signature: _____  Date: JUNE 23ᴿᴰ 2020

Grievance Response:

An investigation has been conducted into your complaint. There was no conclusive evidence found to
substantiate your claims that food is not being served in accordance with policy. No further action
warranted by this office.

Offender Signature: _____  _M. M. Pederson_

Grievance Response:

Signature Authority: _____  Date: _____  OCT 0 2 2020

Returned because: *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

Signature Authority: _____

Returned because: *Resubmit this form when corrections are made.*

CGO Staff Signature: _____

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

I-128 Back (Revised 11-2010)

**OFFICE USE ONLY**

| Initial Submission | CGO Initials: _____ |
|---|---|

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

2ⁿᵈ Submission        CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3ʳᵈ Submission        CGO Initials: _____

Date CGO Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**Exhibit 1**

049

Appendix G

**Texas Department of Criminal Justice**

# STEP 1 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2020112559

Date Received: APR 29 2020

Date Due: 06-08-2020

Grievance Code: 500

Investigator ID #: I 27581 78(

Extension Date: 07-18-2020

Date Rcrd to Offender: JUN 2 2 2020

Offender Name: Roger Fain  TDCJ # 00700474

Unit: Mark W. Stiles  Housing Assignment: 4F 2 - 40B

Unit where incident occurred: Stiles

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Food Services Captain / Manager I-60's  When? Most recent 4.21.20

What was their response? Ignored, thus denied any attempt at a informal resolution

What action was taken? None

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On April 14th 2020, at approximately 8:00PM we were put on quarantine lock down.

On April 15th 2020, I received my first or several Diet For Health,(DFH) johnnie, this DFH sack

meal was not what was prescribed by the Correctional Managed Health Care Therapeutic Dietary

Policy & Procedures Manual.

My numerous I-60's to Food Service Manager/Captain concerned if the DFH Menu's, both for daily

and lock downs, were the same as the FY 2018 - 2019 as stated in the Policy & Procedures Manual.

I received no reply from any of my I-60's.

DFH aren't allow per Policy regular jelly, we are to receive Dietary jelly, with 2 tablespoons

of peanut butter, this isn't happening.  To date I've received out of a total of 42 served sack

meals 33 peanut butter and jelly sandwiches; out of these 42 sack meals, 13 were not DFH.

CMHC Therapeutic Dietary Policy & Procedure states that I am to receive, daily; Mustardtwice a

day, haven't received it once; Powdered Milk, 8 oz. twice a day, I received it only 9 meals; I

am to receive Raisins, or Prunes, 2 oz. 3 times per day, I have received 19 out of 42; I have

received one odd meal that wasn't covered in the Dietary Policy, and that was on April 26th

this is lunch, a hamburger patty on 2 pancakes, but I did receive a PB & J on bread at the same

meal.  Furthermore, the Policy & Procedure s Manual also states that I am to receive either Tea

or punch to drink, haven't seen either to DFH or for others on the pod, I have noticed that the

outside dorms enjoy Tea or Punch delivered to them.

I am not sure if it is the Food Service Captain/Manager who is at fault for the incomplete DFH

sack meals or those of her workers not wanting to do their jobs, at least for them they are

receiving hot meals for working in the kitchen.

---

I-127 Front (Revised 11-2010)  YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM  **050** (OVER)

Exhibit 1

Appendix F

**Action Requested to resolve your Complaint.**
Would like to see the DFH menu followed, and delivered as is posted in the CMHC Therapeutic

Policy & Procedures Manual, if this isn't the Policy, I'd like to receive it to read what is

Offender Signature: _____                    Date: April 28th 2020; PM drop of:

Grievance Response:

Your claims noted. Food service department is aware of your Diet for Health diet. You are afforded a
DFH meal daily in accordance with the food service policy. No evidence was found to sustain your claims
of being denied this daily meal. No further action is warranted by this office.

Kevin Smith

Signature Authority: _____                    Date: 6-20-20

If you are dissatisfied with the Step 1 response, you may submit a step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

Returned because:        *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant. Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

OFFICE USE ONLY

Initial Submission        UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2nd Submission        UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission        UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

**Exhibit 1**

051

RECD 06-22-20

Appendix F

# TEXAS
# DEPARTMENT OF CRIMINAL
# JUSTICE

OFFENDER GRIEVANCE PROGRAM

# NOTICE

All documentation that follows this sheet is restricted and confidential and is not to be released without the authorization of the administrator of offender grievances.

# RESTRICTED
# AND
# CONFIDENTIAL

**Exhibit 1**                                                    **052**

DC-206 (11/1/02)

## GRIEVANCE INVESTIGATION WORKSHEET

Restricted & Confidential

| GRIEVANCE OFFICE USE ONLY | | STEP 1 X |
| --- | --- | --- |
| | | STEP 2 |

| Unit: ST | Investigator ID: 2758 /75/ | Date Initiated: 04/29/20 | Date Completed: JUN 1 6 2020 Date Due: 06/08/20 |
| --- | --- | --- | --- |
| Offender Name: Fain, Roger | | TDCJ No: 700474 | Grievance Number: 2020112559 |

| Issue Code: 500 | EMERGENCY | | ADA | ( ) | Property | ( ) | Use of Force (UOF) | ( ) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | YES | ( ) | Disciplinary | ( ) | Religion | ( ) | Harassment or Retaliation* | ( ) |
| | NO | (×) | Medical | ( ) | OPI Investigation | ( ) | PREA | ( ) |

*Harassment or Retaliation of Use of the Grievance Procedure, abuse of authority or other Legal Action*

*Note: Offenders are not allowed to review the grievance investigation worksheet at any time. For claims of sexual abuse, sexual assault, consensual sex or rape, Excessive or Unreported UOF the investigation must be conducted by the Office of Inspector General (OIG) and the OIG Fact Sheet completed.*

**Summary of Issue:** *(Include date, time and location):*

Claims he has not received a proper diet for health meal during the lockdown and he has sent several I-60's to food service manager with his concerns  Please explain

**Requested Remedy:**

Would like to see DFH menu followed

The following is to be completed and signed by the Investigating Official  Attach statements/supporting documentation, if applicable.

**Summary of Fact Finding Activity:**

FSM IV Gilder supervisor comments
Extension Applied

**Suggested Response to Offender:**

Your claims noted. Food service department is aware of your Diet for Health diet. You are afforded a DFH meal daily in accordance with the food service policy. No evidence was found to sustain your claims of being denied this daily meal. No further action is warranted by this office.

**OUTCOME CODE:** ___)___   **RESOLUTION CODE:** 2. C/.

Investigating official completes the section below:

| Printed Name: Reynolds. Y. | Signature: |
| --- | --- |
| Title: UGI II | Date: JUN 1 6 2020 |

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP-03.77 and AD-03.82.  It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures.

**Exhibit 1**        **053**

OGI-01 Rev  07 2016

# GRIEVANCE INVESTIGATION WORKSHEET

| Official Statement | | | | | |
|---|---|---|---|---|---|

| Unit: | ST | Staff Name: | Food Service | Grievance #: | 2020112559 | Date: | 04/29/20 |
|---|---|---|---|---|---|---|---|

Offender Name:  Fain, Roger   TDCJ#: 700474   Housing Location: 4F-40B   06/08   YR

In accordance with BP 03 77, you are required to participate in this investigation as noted. Address each allegation thoroughly. Do not respond with indefinite answers such as "I don't know" or "I have no knowledge of". If you have no knowledge, explain the reason why (e.g. I was on vacation, I was not assigned there, etc.). Your answers are to be factual, professional, and complete. Do not include opinions or unrelated comments. Remember, the Executive Director, Office of the Inspector General (OIG), Attorney General's Office and State and Federal Court Officials may review your response. All grievances are confidential and may not be discussed between you and the offender or with other individuals. You are expected to return this investigation within 10 working days of receipt. Additional time may be requested by contacting the grievance investigator. Sign and date the form in the designated locations when completed and return it to the Unit Grievance Office. If you were provided a narrative copy of the grievance, it must also be returned to the Unit Grievance Office. **The grievance may not be duplicated or shared with the accused staff member.**

## Please Provide the Following Documents

- ☐ Participant(s) Statement
- ☐ Witness (es) Statement (signed)
- ☐ Activity Logs (Recreation, Shower, Feeding)
- ☐ Shift Roster
- ☐ Ingress/Egress Log
- ☐ Property Confiscation Form

- ☐ Other
- ☐ Staff or Offender Protection Investigation
- ☐ Property Inventory Forms
- ☐ Property Logs

## ALLEGATIONS:

Claims he has not received a proper diet for health meal during the lockdown and he has sent several I-60's to food service manager with his concerns. Please explain

## EMPLOYEE STATEMENT:

_____

_____

_____

| PRINTED NAME | SIGNATURE | DATE |
|---|---|---|

| RANK/TITLE | SHIFT/DEPARTMENT | |
|---|---|---|

SUPERVISOR COMMENTS: Offender Fain # 700174 is listed on the DFH medical Diet. He is served a DFH Sack meal according to PUFH. The DFH Sack meal is served according to AFC DFH menu.

| PRINTED NAME | SIGNATURE | DATE |
|---|---|---|
| _____ | _____ | 5/4/2 |
| RANK/TITLE | SHIFT/DEPARTMENT | |

**Exhibit 1** 054

OG-01 Rev. 07/2016

Offender Grievance Operations Manual
Appendix H

| Step 1 | ☒ | Grievance # | Offender Name | TDCJ # | Unit |
|--------|---|-------------|---------------|--------|------|
| Step 2 | ☐ | 2020112559 | Fain, Roger | 700474 | ST |



## Texas Department of Criminal Justice

### *NOTICE OF EXTENSION*

### *Offender Grievance Office*

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82, "Management of Offender Grievances,", you are hereby notified that additional time is necessary to complete the investigation of your:

**Step 1 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☒ An additional 40 days is needed for appropriate response to your grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 1 grievance.

**Step 2 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

Y. Reynolds  UGI II
_____
Name and Title

06/01/2020
_____
Date

**Original – Send to the Offender**
Copy – Attach to the Grievance

**Exhibit 1**                                               **055**
Offender Grievance Operations Manual
Appendix M

| Step 1 | ☐ | Grievance # | Offender Name | TDCJ # | Unit |
|--------|---|-------------|---------------|--------|------|
| Step 2 | ☒ | 2020112559 | FAIN,ROGER | 00700474 | ST |

*(Check which box applies (Step 1 or Step 2)*



Texas Department of Criminal Justice
Offender Grievance Office

## NOTICE OF EXTENSION

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82,

"Management of Offender Grievances,", you are hereby notified that additional time is necessary to

complete the investigation of your:

**Step 1 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your grievance.

**Step 2 Grievance:** *(check the applicable box)*

☒ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

____B. Ferguson_____
Name

____8/4/2020_____
Date

Original – Send front page only to the Offender.
Copy – Attach front and back to the Grievance.

REV
March 6, 2017

**Exhibit 1**

**056**

Offender Grievance Operations Manual
Appendix M

## GRIEVANCE INVESTIGATION WORKSHEET

Restricted & Confidential

| GRIEVANCE OFFICE USE ONLY | | | STEP 1 | |
|---|---|---|---|---|
| | | | STEP 2 | X |

| Unit: CGO | Investigator ID: J-2725 | Date Initiated: 10/01/20 | Date Completed: 10/01/20 | Date Due: 09/12/20 |
|---|---|---|---|---|
| Offender Name: Fain, Roger | | TDCJ No: 00700474 | Grievance Number: 2020112559 | |

| Issue Code: 500 | EMERGENCY<br>YES ( )<br>NO (X) | ADA ( )<br>Disciplinary ( )<br>Medical ( ) | Property ( )<br>Religion ( )<br>OPI Investigation ( ) | Use of Force (UOF) ( )<br>Harassment or Retaliation* ( )<br>PREA ( ) |
|---|---|---|---|---|

*Harassment or Retaliation of Use of the Grievance Procedure, Access to Courts, or other Legal Activity

Note: Offenders are not allowed to review the grievance investigation worksheet at any time. For claims of sexual abuse, sexual assault, criminal acts by staff, Excessive or Unreported UOF, the investigation must be conducted by the Office of Inspector General (OIG) and the OIG Fact Sheet completed.

**Summary of Issue:** *(Include date, time and location):*
Offender claims on 4/15/20 he received a DFH johnnie; however, it was not what was prescribed by the Correctional Managed Health Care Therapeutic Dietary Policy and Procedures Manual. He states he is not being provided diet jelly and out of 42 sack meals, 13 have not been DFH.

**Requested Remedy:**
To have the DFH menu followed.

The following is to be completed and signed by the Investigating Official. Attach statements/supporting documentation, if applicable.
**Summary of Fact Finding Activity:**

1. Reviewed Step 1 and Step 2.
2. Reviewed statement from M. Gilder, FSM IV, which states, "Offender Fain is listed on the DFH medical diet. He is served a DFH sack meal according to policy. The DFH sack meal is served according to the DFH menu."

**Suggested Response to Offender:**
An investigation has been conducted into your complaint. There was no conclusive evidence found to substantiate your claims that food is not being served in accordance with policy. No further action warranted by this office.

| OUTCOME CODE: D | RESOLUTION CODE: 2.01 | |
|---|---|---|
| Investigating official completes the section below: | | |
| Printed Name: H. Beltran | Signature: H. Beltran | |
| Title: Admin. Assistant IV | Date: 10/01/20 | |

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP-03.77 and AD-03.82. It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures.

**Exhibit 1** 057

OG-01 Rev. 07/2016

Offender Grievance Operations Manual
Appendix H



**Texas Department of Criminal Justice**

# STEP 2   OFFENDER
GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: 2020090028 |
| UGI Recd Date: 4-27-2020 |
| HQ Recd Date: APR 29 2020 |
| Date Due: |
| Grievance Code: 200 |
| Investigator ID#: 312 |
| Extension Date: 7-16 |

Offender Name: Roger Fain                    TDCJ # 00700474

Unit: Mark W. Stiles        Housing Assignment: 4 F 2 - 40B

Unit where incident occurred: 4 Building - Stiles Unit

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).   *I am dissatisfied with the response at Step 1 because...*

The issues in the Grievance were not addressed, not due to the Senior Warden's response due to the fact that Senior Warden Williams did not have all of the facts necessary to make a proper evaluation, and respond to that evaluation.  The fault lays with the Grievance Investigator.

If the Senior Warden had known what time of night, what the circumstances were for the 03/17/20 move, the Warden's Response would have been different.  But since Senior Warden Williams only signs off on the Grievance without reading it, and making an independant assessment of the facts he is just rubber stamping what the Grievance Investigator/Coordinator is stating on the response portion of the Grievance.

If the facts had been available to the Senior Warden the outcome would be different and in my favor, not just merely stating that"...a housing change was provided on 03/17/20." As if in that response the matter was settled.

A second Grievance was filed on 03/17/20 another Grievance was filed with the Grievance Office, this Grievance stated that Offender Eddie Williams had become violent, which I stated was my concern on the 03/12/20 Grievance, which was ignored until I was attacked in the middle of the night by Eddie Williams.  That he had heated my hot pot to the point of melting, and then when I attempted to unplug it, he took it, and started swinging it at me, burning me with the melted plastic, when I got him under control, called out to some on the run to get a guard, the guard came and I was questioned as to what happened, I stated that he had attacked me and destroyed my hot pot in the process.

My 03/17/20 Grievance stated these facts, and I asked for my hot pot to be replaced, and

I-128 Front (Revised 11-2010)        YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM        **058** (OVER)

**Exhibit 1**

Appendix G

I was called up to the Grievance Office, offered a replacement for my hot pot, and to sign a stat-
ment withdrawing the 03/17/20 Grievance. The fact of the matter is, my 03/12/20 Grievance which
was marked "Emergency" several places was ignored, it was only responded to after I was attacked
in the middle of the night by an Offender who has had a history of being moved due to problems
with his cellies. This matter should have been handled differently, but was ignored, as usual.

Offender Signature: Roger Tain #00700479          Date: April 24th 2020

Grievance Response:

An investigation was conducted into your allegations. Your Step 1 response was appropriate. Be advised, if at any
time you feel you are being subjected to a clear and present danger from another offender, it is imperative that you
contact a TDCJ ranking officer for immediate assistance. No further action warranted.

Signature Authority: M. LEWANDOWSKI          Date: JUN 2 8 2020

Returned because:   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature:

**OFFICE USE ONLY**

Initial Submission          CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) __ Screened __ Improperly Submitted
Comments: _____
Date Returned to Offender: _____
2nd Submission          CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) __ Screened __ Improperly Submitted
Comments: _____
Date Returned to Offender: _____
3rd Submission          CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) __ Screened __ Improperly Submitted
Comments: _____
Date Returned to Offender: _____       059

**Exhibit 1**

**Texas Department of Criminal Justice**

EMERGENCY **OFFENDER**

**STEP 1** **GRIEVANCE FORM**

EMERGENCY GRIEVANCE

Offender Name: ROGER PAIN   TDCJ # 2008474

Unit: STILES   Housing Assignment: 4D 3-60B

Unit where incident occurred: STILES 4 BUILDING

OFFICE USE ONLY

Grievance #: 2020090028

Date Received: MAR 13 2020

Date Due: 04-22-2020

Grievance Code: 200

Investigator ID #: I 2758

Extension Date: _____

Date Retd to Offender APR 2 2 2020

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? BUILDING SGT.   When? 9:45 PM 03/12/20

What was their response? TOLD ME TO CALM DOWN, WALKED AWAY

What action was taken? NOTHING, SAID THEY WERE GOING TO MOVE HIM 18 RUN

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

EDDIE WILLIAMS WAS MOVED FROM 4D 3 5E TO 4D 3 60T. THE MOVE WAS THE RESULT OF THE OFFENDER IN 5E5 NOT BEING ABLE TO LIVE WITH HIM. WHY BECAUSE HE REFUSED TO BATH, PULLED TRASH FROM THE TRASH CAN, BROUGHT IT INTO THE CELL, AS WELL AS SPREADING IT AROUND THE DAYROOM. FURTHER MORE EDDIE WILLIAMS EATS FOOD FROM THE TRASHCAN, FROM THE POD DAYROOM FLOOR. HE IS A MENTAL CASE, TALKS TO HIMSELF, AT ALL HOURS OF THE DAY AND NIGHT, SINGS, DANCES AND PICKS UP OTHERS PROPERTY, TAKES CUPS AND SPOONS FROM THE CHOW HALL, PLACES THEM WITH TRASH AROUND THE EN- TIRE POD.

EDDIE WILLIAMS IS A HEALTH PROBLEM TO HIMSELF AND TO THOSE AROUND HIM. THIS MAN SHOULD HAVE BEEN PLACED IN A NUT WARD, NOT IN GP. HIS MOVE FROM D3 5E TO D3 60T WAS BASED SOLELY ON THE FACT THAT I HAD A BUNK AVAILABLE. (THERE ARE SEVERAL OTHER BUNKS ALSO OPEN) AND HE IS BLACK AND I'M WHITE, WITH US WITHOUT ANY TYPE OF RACIAL RESTRICTIONS.

I DO NOT BELIEVE MYSELF SAFE LIVING IN THE SAME CELL AS EDDIE WILLIAMS. I BELIEVE HE COULD BECOME VIOLENT DURING THE NIGHT AND ATTACK ME WITHOUT ANY SANE REASON.

I'VE GIVEN PROPER NOTICE TO THE ADMINISTRATION T
A PROBLEM EXISTS, AND NEEDS TO BE DEALT WITH
FORE ANY FURTHER PROBLEMS ARISE. (SHOWER WAS ALLOWED AT 2:00PM
HAD EDDIE WILLIAMS AGREEING TO A SHOWER, GUARDS REFUSED TO
OPEN THE CELL TO DO SO; OFFERED HIM CLEAN CLOTHES, BUT HE
COULD SHOWER; TOLD ME AT 10:15 PM, AFTER RETURNING FROM H
BUILDING THEY WERE GOING TO MOVE HIM TO 10 BUILDING, DIDN'T
HAPPEN; OFFICERS ON THIS UNIT, IGNORE OFFENDERS PROBLEMS BE-
CAUSE THEY DON'T CARE, AND DON'T WANT TO RESOLVE THE ISSUE

THIS MATTER NEEDS IMEDIATE ATTENTION BY THE ADMINISTRATION
AND THIS OFFENDER OR ME MOVED. (DROPPED IN BOX AT ABOUT 4:00AM

Offender Signature: _____ Roger Tai   700474   Date: 03/12/20  10:28A

Grievance Response:

An inquiry into your grievance was conducted and the investigation revealed that a housing change was provided on 03/17/2020. No further action warranted.

**Bryan Williams**
**Warden**

Signature Authority: _____   Date: 4-24-2020

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

| OFFICE USE ONLY |  |
| --- | --- |
| Initial Submission | UGI Initials: |
| Grievance #: |  |
| Screening Criteria Used: |  |
| Date Recd from Offender: |  |
| Date Returned to Offender: |  |
| 2nd Submission | UGI Initials: |
| Grievance #: |  |
| Screening Criteria Used: |  |
| Date Recd from Offender: |  |
| Date Returned to Offender: |  |
| 3rd Submission | UGI Initials: |
| Grievance #: |  |
| Screening Criteria Used: |  |
| Date Recd from Offender: |  |
| Date Returned to Offender: |  |

1-127 Back (Revised 11-2010)    **Exhibit 1**    **061**

REC'D 04-22-20    Appendix F

# TEXAS
# DEPARTMENT OF CRIMINAL JUSTICE

OFFENDER GRIEVANCE PROGRAM

# NOTICE

All documentation that follows this sheet is restricted and confidential and is not to be released without the authorization of the administrator of offender grievances.

# RESTRICTED
# AND
# CONFIDENTIAL

**Exhibit 1**   Offender Grievance Operations Manual **062**
Appendix W

| Step 1 | ☐ | Grievance # | Offender Name | TDCJ # | Unit |
|---|---|---|---|---|---|
| Step 2 | ☒ | 2020090028 | FAIN,ROGER | 700474 | ST |

*(Check which box applies (Step 1 or Step 2)*



Texas Department of Criminal Justice
Offender Grievance Office

## NOTICE OF EXTENSION

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82,

"Management of Offender Grievances,", you are hereby notified that additional time is necessary to

complete the investigation of your:

**Step 1 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your grievance.

**Step 2 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☒ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

| V. Barrow | 05/01/20 |
|---|---|
| Name | Date |

**Original – Send front page only to the Offender.**
**Copy – Attach front and back to the Grievance.**

**Exhibit 1**

```
CSIUCR15/CSUC15       TDC UNIT CLASSIFICATION REVIEW       CURRENT DATE: 06/26/20
INMTCICS/JWA5446      HOUSING/JOB ASSIGNMENT HISTORY              AND TIME: 10:58:03
1FSD/UC15  INMATE NAME: FAIN,ROGER                         TDCNO: 00700474

HOUSING        |--HOUSING--| INM/HSG     JOB ASGN  |---------JOB----------|
   DATE   UNIT |--ASGNMNT--|  CUST AUTH    DATE    |------ASSIGNMENT------| AUTH
|-----------HOUSING COMMENT-----------|  |------------JOB  COMMENT------------|
04/02/20  ST  4F22     40 B G2  GA TC   08/30/19 UTILITY GEN SQ 1ST A SID JW
TC/RDO                                  JW/MLG
08/30/19  ST  4D32     60 B G2  GA JW   08/28/19 TRANSIENT CUSTODY OVERFL UCC
JW/MLG                                  UCC/RDO
08/30/19  ST  UNASGN      G2  TR        08/21/19 UNASGN PENDING SCC DOCKE PAS
08/28/19  ST  11TRA    35 B G2  TR UCC  08/12/19 TRANSIENT PEND DIAG PROC RRW
UCC/RDO                                 INTAKE
08/28/19  DU  UNASGN      G2  TR        08/07/19 TRANSIENT NON-ROUTINE TR SB
08/12/19  DU  C10      03 B G2  TR RRW  12/04/18 I/S MED SQ 01             KS
08/12/19  NE  UNASGN      G2  TR        05/30/18 I/S MED SQ 03             RS
08/07/19  NE  GTR      17 B G2  TR SB   11/18/14 QUALITY ASSURANCE TECH 1 GM
03/19/19  ML  UNASGN      G2  G2        02/24/14 GARMENT INSPECTOR 1ST     OC
     MORE HOUSING/JOBS AVAILABLE

NEXT TRANS CODE: 02 AND/OR TDCNO _____  AND/OR OPTION I
                      AND/OR SIDNO _____
F1-HELP    F3-MAIN MENU                   F7/F8-UP/DOWN  F10-MAX UP    F12-MENU
```

**Exhibit 1**                                                **064**

# GRIEVANCE INVESTIGATION WORKSHEET

Restricted & Confidential

| | | | | | | | STEP 1 | |
|---|---|---|---|---|---|---|---|---|
| GRIEVANCE OFFICE USE ONLY | | | | | | | STEP 2  X | |

| Unit: CGO | Investigator ID: I1312 | Date Initiated: 6/26/20 | Date Completed: 6/26/20 | Date Due: 7/16/20 |
|---|---|---|---|---|

Offender
Name:   Fain, Roger          TDCJ No:  700474          Grievance Number:  2020090028

| Issue Code: | EMERGENCY | | ADA | ( ) | Property | ( ) | Use of Force (UOF) | ( ) |
|---|---|---|---|---|---|---|---|---|
| 200 | YES | ( ) | Disciplinary | ( ) | Religion | ( ) | Harassment or Retaliation* | ( ) |
| | NO | ( ) | Medical | ( ) | OPI Investigation | ( ) | PREA | ( ) |

*Harassment or Retaliation of Use of the Grievance Procedure, Access to Courts, or other Legal Activity

*Note: Offenders are not allowed to review the grievance investigation worksheet at any time. For claims of sexual abuse, sexual assault, criminal acts by staff, Excessive or Unreported UOF, the investigation must be conducted by the Office of Inspector General (OIG) and the OIG Fact Sheet completed.*

Summary of Issue: (Include date, time and location):

Offender states that a housing move should not have been necessary. The offender is mental and a harm to himself and others.

Requested Remedy: Offender states that he should not have had to deal with the violence.

The following is to be completed and signed by the Investigating Official. Attach statements/supporting documentation, if applicable.

Summary of Fact Finding Activity:

1. Step 1 and 2 reviewed.
2. No OPI on GR00 or UCR
3. Offender Williams 499077 was moved to 7 building on 3/17/20, offender is G2 and records do not note mental health.

Suggested Response to Offender:

An investigation was conducted into your allegations. Your Step 1 response was appropriate. Be advised, if at any time you feel you are being subjected to a clear and present danger from another offender, it is imperative that you contact a TDCJ ranking officer for immediate assistance. No further action warranted.

| OUTCOME CODE: D | RESOLUTION CODE:  2.01 | |
|---|---|---|

Investigating official completes the section below:

Printed Name:   J. Warren                     Signature: *Julie Warren*

Title:   CGO Investigator                     Date:  6/26/20

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP-03.77 and AD-0382. It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures.

**Exhibit 1**                                        **065**



**Texas Department of Criminal Justice**

**STEP 2**     **OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
| --- |
| Grievance #: 2020086915 |
| UGI Recd Date: 8-24-2020 |
| HQ Recd Date: AUG 2 6 2020 |
| Date Due: 10-3 |
| Grievance Code: 523 |
| Investigator ID#: 12704 |
| Extension Date: 11\12 |

Offender Name: Roger Fain               TDCJ # 00700474

Unit: Mark W. Stiles ____ Housing Assignment: 4F 22 - 40B

Unit where incident occurred: Mark W. Stiles

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

The issues presented in my Step-I, Grievance #2020086915 were not addressed, the gist of the grievance was the fact that when something happened on another section of the building, on another pod, that had absolutely nothing to do with any other section or pod, the Administration decided to punish the entire building because of the actions of two other offenders who were subsequently removed from the section/pod/building and put into 11 building, in that, the issue should have been resolved. Instead, approximately 430 offenders were denied hot meals, lay-ins, and other services that were going on that day.

Warden Smith's reply did not answer the grievance as much as it gave lip service to a party line of the Unit and possibly of the Agency, that the safety & integrity of the Staff & Offenders was at the heart of the matter.

Furthermore, Grievance #2020086915 was written on March 4th 2020, dropped into the Grievance box on March 5th 2020. In the upper right hand section of the Grievance, under "Office Use Only" it shows where the Grievance was received on March 6th 2020, Grievance Code 523, Investigator I 2758 first received it, then I 2133 dealt with it,(Assuming that 2758 is S. Thomas, and 2133 is Y. Reynolds, either/or), Extension Date May 25th 2020,(A notice for an extension was issued and sent to me on April 10th 2020, by Ms. Yolanda S. Reynolds, UGI-II, I received the extension on April 13th 2020, this extension was for 40 Days), Date Returned To Offender August 19th 2020.

From the time of the filing, the actual receipt of the grievance in the Grievance Office, to the Date that Warden Kevin Smith signed off on it, August 18th 2020 amounts to 165 days for the Grievance Investigators/Grievance Office to answer this particular Grievance, and the amount of

---

**Exhibit 1**

violates TDCJ-CID Policy, Rules & Procedures that govern the Grievance process. The Grievance office could have asked for a second additional extension, it didn't because their process of dealing with Offender Grievances is contempt, indifference, and a "Don't Care Attitude" and this is apparent throuhout the entire Grievance Office & Processing of Offender Grievances. This matter should be investigated, and the Grievance Process Audited.

Offender Signature: _____   Date: __August 21st 2020__

Grievance Response:

An investigation has been conducted into your complaint. Records indicate that there is no record of an incident in 4 building on said date. No further action warranted.

Officer signature:                                                                    Date:

Grievance Response:

Signature Authority: _____  **V. BARROW**         Date:   **NOV 1 3 2020**

| Returned because:   *Resubmit this form when corrections are made. | OFFICE USE ONLY | |
|---|---|---|
| | **Initial Submission** | **CGO Initials:** _____ |
| ☐ 1. Grievable time period has expired.* | Date UGI Recd: | |
| ☐ 2. Illegible/Incomprehensible.* | Date CGO Recd: | |
| ☐ 3. Originals not submitted. * | (check one) ____Screened ____Improperly Submitted | |
| ☐ 4. Inappropriate/Excessive attachments.* | Comments: | |
| | Date Returned to Offender: | |
| ☐ 5. Malicious use of vulgar, indecent, or physically threatening language. | **2nd Submission** | **CGO Initials:** _____ |
| ☐ 6. Inappropriate.* | Date UGI Recd: | |
| Signature Authority: | Date CGO Recd: | |
| | (check one) ____Screened ____Improperly Submitted | |
| Returned because:   *Resubmit this form when corrections are made. | Comments: | |
| **CGO Staff Signature:** _____ | Date Returned to Offender: | |
| 1. Grievable time period has expired.* | **3rd Submission** | **CGO Initials:** _____ |
| 2. Illegible/Incomprehensible.* | Date UGI Recd: | |
| 3. Originals not submitted. * | Date CGO Recd: | |
| 4. Inappropriate/Excessive attachments.* | (check one) ____Screened ____Improperly Submitted | |
| | Comments: | |
| 5. Malicious use of vulgar, indecent, or physically threatening language. | Date Returned to Offender: | |

**Exhibit 1**

I-128 Back (Revised 11-2010)                                    **067**

                                                       Appendix G



**Texas Department of Criminal Justice**

**STEP 1**

**OFFENDER GRIEVANCE FORM**

4F-40

Offender Name: __Roger Fain__   TDCJ # __00700474__

Unit: __Mark W. Stiles__   Housing Assignment: __4B-0-3 = 60B__

Unit where incident occurred: __4 Building, Stiles Unit__

OFFICE USE ONLY

Grievance #: __2020086915__

Date Received: __MAR 06 2020__

Date Due: __04-15-2020__

Grievance Code: __523__

Investigator ID #: __I2758 I2/33__

Extension Date: __05-25-2020__

Date Retd to Offender __AUG 19 2020__

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Asked for Rank, was told they were unavailable When? 03/04/20

What was their response? There was none, floor rover stated "She didn't have a clue as to why...??"

What action was taken? Racked up in our cells from 12:45PM until 8:00am day room

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On March 4th 2020, at approximately 12:45pm the rover on D Section of 4 Building came in and told us to rack up, when asked what for, she stated that she didn't have a clue, that she was informed to rack up her section. When asked to speak to rank, she informed us that rank was not available so we were racked up. Lays were not honored, and at pm chow we received 2 chicken pattys on dry bread.

I understand that being racked up is for a disciplinary and/or security reason, but yesterday's racking up of the entire 4 Building, and no other buildings or dorms were affected did not constitute a rack up for disciplinary and/or security reasons, in fact no reason was ever given for racking up the entire building.

Rumor had it that on 4 Building F 2 Section someone gone into a fight/stabbing, which in that case, that section alone should have been racked up, yet this Adminstration decide to punish not just the section but the entire building. When in fact at the time of the rack up, neither of the individuals in the fight/stabbing were even present to be locked down with the entire section and building.

It would seem that this Adminstration is promoting violation towards others by punishing every-one for the actions of a few, thus if we're to be punished for the actions of others, then it would make sense to punish those responsible for the upcoming punishment "prior" to their leav-ing the section. By extracting the punishment on those responsible for causing the punishment for the entire section to be locked down, fed johnnies, and treated as if they were the problem this extrating the punishment might, in the future prevent others from acting out in fear of what might befall them from others around them, in other words, offenders that offend and break the rules, peace, and quiet of those around them, those around them then discipline the offender for causing them problems. Prison is not a safe enviroment, never will be, no matter what Safe Prison

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

**Exhibit 1**   **068**

Appendix F

is wrong, but TDCJ-CID's policy is to punish those that do what is correct, and do their time, and reward, and promote those that are the problems. It is easier to blame everyone, instead of taking actions against those that deserve it.

DROPPED IN GRIEVANCE
Box 03/05/20 12:00PM

**Action Requested to resolve your Complaint.**
To have the process of racking up an entire building due to an isolated incident investigated and re-evaluated, and only punish those that deserve it, instead of punishing everyone.

Offender Signature: _____ 70047  Date: March 5th 2020

Grievance Response:

Your grievance has been reviewed and investigated. To preserve the integrity of the investigation and safety of staff and offenders the building was racked up. Based on available facts, no further action warranted.

Kevin Foulk

Signature Authority: _____  Date: 8·18·20

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because: *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

**OFFICE USE ONLY**

Initial Submission        UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2nd Submission            UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender _____

3rd Submission            UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offende:: _____
Date Returned to Offender: _____

# TEXAS
# DEPARTMENT OF CRIMINAL
# JUSTICE

## OFFENDER GRIEVANCE PROGRAM

# NOTICE

All documentation that follows this sheet is restricted and confidential and is not to be released without the authorization of the administrator of offender grievances.

# RESTRICTED
# AND
# CONFIDENTIAL

Exhibit 1                                              070

OG-006 (11/1/02)

## GRIEVANCE INVESTIGATION WORKSHEET

Restricted & Confidential

| | | | | STEP 1 X |
|---|---|---|---|---|
| **GRIEVANCE OFFICE USE ONLY** | | | | STEP 2 |

| Unit: ST | Investigator ID: | 2133 | Date Initiated: 03/06/20 | Date Completed: 08/14/20 | Date Due: 05/25/20 |
|---|---|---|---|---|---|
| Offender Name: Fain, Roger ✓ | | | TDCJ No: | 700474 Grievance Number: | 2020086915 |

| Issue Code: | EMERGENCY | ADA | ( ) Property | ( ) Use of Force (LOF) | ( ) |
|---|---|---|---|---|---|
| 523 | YES ( ) | Disciplinary | ( ) Religion | ( ) Harassment or Retaliation* | ( ) |
| | NO (×) | Medical | ( ) OPI Investigation | ( ) PREA | ( ) |

*Harassment or Retaliation of any of the Grievance Procedure chosen to Line #1 or other Legal Action.*

*Any Offenders are not allowed to review the grievance investigation worksheet at any time. For claims of sexual abuse, sexual assault, criminal acts by staff, excessive or unreported Use of force, allegations must be conducted in the Office of Inspector General (OIG), and the OPI Fact Sheet completed*

### Summary of Issue: (Include date, time and location):

Offender alleges on 03/04/2020 that 4 building was racked up for no reason other than an incident (stabbing) in another pod. Claims no reason to rack up the entire building. Claims everyone is being punished for the actions of a few. Claim they were fed johnnies and treated like they were the problem

### Requested Remedy:

To have the process of racking up an entire building due to an isolated incident investigated and re-evaluated and only punish those that deserve it, instead of punishing everyone

The following is to be completed and signed by the Investigating Official. Attach statements/supporting documentation, if applicable.

### Summary of Fact Finding Activity:

OGOM-M
email requesting statement x2
Major Neal had no knowledge of this incident at the time I was assigned to Restrictive Housing

### Suggested Response to Offender:

Your grievance has been reviewed and investigated. To preserve the integrity of the investigation and safety of staff and offenders the building was racked up. Based on available facts, no further action warranted

**OUTCOME CODE:** D          **RESOLUTION CODE:** 201

Investigating official completes the section below:

| Printed Name: | J Lombrano | Signature: | _Charlette Z Lombrano_ |
|---|---|---|---|
| Title: | AA IV | Date: | 08/14/20 |

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP 03-77 and AD-03.82. It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures.

**Exhibit 1**

**071**

Offender Grievance Operations Manual
Appendix H

## GRIEVANCE INVESTIGATION WORKSHEET

OVERDUE since 05/25/2020

5/25

| Unit: TL | Staff Name: | Major Neal | Grievance #: | 2020086915 | Date: | 08/01/2020 |
|---|---|---|---|---|---|---|
| Offender Name: | Fain, Roger | TDCJ#: | 700474 | Housing Location: | | 4 D 3 |

In accordance with BP 03.77, you are required to participate in this investigation as noted   Address each allegation thoroughly.  Do not respond with indefinite answers such as "I don't know" or "I have no knowledge of".  If you have no knowledge, explain the reason why  (e.g., I was on vacation, I was not assigned there, etc.)  Your answers are to be factual, professional, and complete   Do not include opinions or unrelated comments.  Remember, the Executive Director, Office of the Inspector General (OIG), Attorney General's Office and State and Federal Court Officials may review your response  All grievances are confidential and may not be discussed between you and the offender or with other individuals.  You are expected to return this investigation within 10 working days of receipt  Additional time may be requested by contacting the grievance investigator.  Sign and date the form in the designated locations when completed and return it to the Unit Grievance Office  If you were provided a narrative copy of the grievance, it must also be returned to the Unit Grievance Office.  The grievance may not be duplicated or shared with the accused staff member.

### Please Provide the Following Documents

- ☐ Participant(s) Statement _____
- ☐ Witness (es) Statement (signed) _____
- ☐ Activity Logs (Recreation, Shower, Feeding)
- ☐ Shift Roster
- ☐ Ingress/Egress Log
- ☐ Property Confiscation Form

- ☐ Other _____
- ☐ Staff or Offender Protection Investigation
- ☐ Property Inventory Forms
- ☐ Property Logs

### ALLEGATIONS:

Offender alleges on 03/04/2020 that 4 building was racked up for no reason other than an incident (stabbing) in another pod. Claims no reason to rack up the entire buliding. Claims everyone is being punished for the actions of a few. Claim they were fed johnnies and treated like they were the problem.

### EMPLOYEE STATEMENT: _____

_____

_____

PRINTED NAME _____     SIGNATURE _____     DATE _____

RANK/TITLE _____     SHIFT/DEPARTMENT _____

SUPERVISOR COMMENTS: I have no knowledge of this incident at the time I was assigned to restrictive Housing

K Neal

PRINTED NAME     SIGNATURE     DATE 8 7 20

Major

RANK/TITLE     SHIFT/DEPARTMENT

| Step 1 | ☒ | Grievance # | Offender Name | TDCJ # | Unit |
|--------|---|-------------|---------------|--------|------|
| Step 2 | ☐ | 2020086915 | Fain, Roger | 700474 | ST |



## Texas Department of Criminal Justice

### *NOTICE OF EXTENSION*

### *Offender Grievance Office*

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82, "Management of Offender Grievances,", you are hereby notified that additional time is necessary to complete the investigation of your:

**Step 1 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☒ An additional 40 days is needed for appropriate response to your grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 1 grievance.

**Step 2 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

| Y  Reynolds UGI II | 04/10/2020 |
|---|---|
| Name and Title | Date |

**Original – Send to the Offender**
Copy – Attach to the Grievance

**Exhibit 1**         Offender Grievance Operations Manual
                              Appendix M
**073**

| Step 1 | | Grievance # | Offender Name | TDCJ # | Unit |
|--------|---|-------------|---------------|--------|------|
| Step 2 | X | 2020086915 | Fain, Roger | 700474 | CY |

*(Check which box applies (Step 1 or Step 2)*



Texas Department of Criminal Justice
**NOTICE OF EXTENSION**
Offender Grievance Office

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82, "Management of Offender Grievances,", you are hereby notified that additional time is necessary to complete the investigation of your:

**Step 1 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 1 grievance.

**Step 2 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☒ An additional 35 days is needed for appropriate response to your Step 2 grievance

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

M. Lolley, Adm. Asst. IV.                          September 22, 2020____
Name and Title                                     Date

**Original – Send to the Offender**
Copy – Attach to the Grievance

**Exhibit 1**                                      **074**

Appendix M

## GRIEVANCE INVESTIGATION WORKSHEET

Restricted & Confidential

| GRIEVANCE OFFICE USE ONLY | | | STEP 1 | |
|---|---|---|---|---|
| | | | STEP 2 | X |

| Unit: CGO | Investigator ID: I-2704 | | Date Initiated: 9/22/20 | Date Completed: 11/12/20 | Date Due: 11/12/20 |
|---|---|---|---|---|---|
| Offender Name: Fain, Roger | | | TDCJ No: 700474 | Grievance Number: 2020086915 | |

| Issue Code: 523 | EMERGENCY YES ( ) NO (X) | ADA ( ) Disciplinary ( ) Medical ( ) | Property ( ) Religion ( ) OPI Investigation ( ) | Use of Force (UOF) ( ) Harassment or Retaliation* ( ) PREA ( ) |
|---|---|---|---|---|

*Harassment or Retaliation of Use of the Grievance Procedure, Access to Courts, or other Legal Activity

Note: *Offenders are not allowed to review the grievance investigation worksheet at any time. For claims of sexual abuse, sexual assault, criminal acts by staff, Excessive or Unreported UOF, the investigation must be conducted by the Office of Inspector General (OIG) and the OIG Fact Sheet completed.*

**Summary of Issue:** *(Include date, time and location):*

On 3/4/20, offender claims 4 building was racked up for no reason other than an incident (stabbing) in another pod. Offender claims no reason to rack up the entire building. Offender claims everyone is being punished for the actions of a few. Offender claims they were fed Johnnies and treated like they were the problem.

**Requested Remedy:**

To have the process of racking up an entire building due to an isolated incident investigated and re-evaluated and only punish those that deserve it instead of punishing everyone.

The following is to be completed and signed by the Investigating Official. Attach statements/supporting documentation, if applicable.

**Summary of Fact-Finding Activity:**

1. Step 1
2. 8/7/20, statement from R. Neal, Major, notes that I have no knowledge of this incident at the time. I was assigned to restrictive housing.

**Suggested Response to Offender:**

An investigation has been conducted into your complaint. Records indicate that there is no record of an incident in 4 building on said date. No further action warranted.

| OUTCOME CODE: D | RESOLUTION CODE: 2.01 | |
|---|---|---|
| Investigating official completes the section below: | | |
| Printed Name: M. Lolley | | Signature: |
| Title: Central Grievance Analyst | | Date: 11/12/20 |

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP-03.77 and AD-03.82. It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures.

**Exhibit 1**                                                                075

OG-01 Rev. 07/2016