

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2020070693 |
| UGI Recd Date: | 4-29-2020 |
| HQ Recd Date: | MAY 1 - 2020 |
| Date Due: | 6 - 13 |
| Grievance Code: | 638 |
| Investigator ID#: | |
| Extension Date: | |

Offender Name: Roger Fain            TDCJ # 00700474

Unit: Mark W. Stiles        Housing Assignment: 4F 2 - 40B

Unit where incident occurred: Stiles

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

Practice / Facility Manager, Edward DeLong failed wholly to address any of the issues presented on the Step-1 Grievance, #2020070693, the issues presented where in simple phrases and sentences as well as in English, yet Mr. DeLong failed to answer, address, or acknowledge that any of "his" providers, in this case, Ms. E. Davis, and G. Daniels, acted in any way inappropriately, medicall

Mr. DeLong's response, indicated that it was TDCJ, Classification I guess, that was responsible for the removal of several of my heat related restrictions.  When in fact it was Ms. Emma Davis, not taking into account my need for the renewal of my medications, (The meds were renewed 1/6/20 by Mr. Daniels), she decided that I didn't need my "Doctor Issued" heat restrictions, she failed to address my Labs, and in general just blew my medical issues away.

In a subsequent Grievance, 2020046310, Mr. DeLong references my 1/6/20 clinic visit as one to a blood pressure evaluation, yet on this instant grievance it was to send my PULHES to TDCJ, on my behalf.

I have written a number of Grievances against the Medical Department, Ms. Emma Davis, Mr. Gideon Daniels and Edward DeLong, and to date, not one grievance has been addressed properly, or for that matter properly investigated, which is, per UTMB-CMHC Policy A-12.1, Mr. DeLong's attempt at an informal resolution, which he has to date, never answered and/or address any I-60 sent to him.

Again, I wish to have my heat related restriction reinstated, I have a job assignment, and those restrictions are in place to protect me, my health, my safety, and those of the Unit.

---

I-128 Front (Revised 11-2010)        **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**        (OVER)

**Exhibit 1**

**076**
Appendix G

This matter of Mr. DeLong's failure to address the issues, answer properly and timely submitted I-60's pursuant to UTMB-CMHC Policy A-12.1 to attempt informal resolutions, and then have the Office of Professional Standards reply that I didn't attempt to do a informal resolution, see Step-2 Grievance Response, #2020046310, States: "Further documentation indicates you did not attempt an informal resolution..." What Documentation??

Offender Signature: _____    Date: April 28th 2020

Grievance Response:

A review of the Step 1 medical grievance has been completed regarding your report your medical restrictions were deleted which put your life in danger.

According to the documentation, the appellate review of the medical grievance supports the response provided at the Step 1 level. You were evaluated by the provider and your PUHLES were updated at that time. The provider has assigned the medical restrictions he determined were necessary. The provider did evaluate you and did take into consideration your medications and the evaluation before adjusting or removing any medical restrictions. If you disagree with the medical decisions this does not necessarily constitute inappropriate medical care. There is no documentation to show you are in any danger or denied proper medical care.

Review of the documentation indicates you did not attempt informal resolution of your medical concerns with supervisory staff. The unit facility has a complaint process in place. Should you feel your medical concerns require further evaluation you may submit a Sick Call Request to the medical department.

STEP II MEDICAL GRIEVANCE ?
OFFICE OF PROFESSIONAL
TDCJ HEALTH SERVICES DIVISION

Signature Authority: _____    Date: 5-6-2020

Returned because:    *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

OFFICE USE ONLY

Initial Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ___ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

2nd Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ___ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ___ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**Exhibit 1**

**077**



Texas Department of Criminal Justice

# STEP 1

## OFFENDER
## GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2020070693

Date Received: JAN 3 1 2020

Date Due: 03-16-20

Grievance Code: 638

Investigator ID #: I2534

Extension Date: _____

Date Retd to Offender: APR 2 4 2020

Offender Name: Roger Fain      TDCJ # 00700474

Unit: Mark W. Stiles      Housing Assignment: 4 B-3-60B

Unit where incident occurred: 10 Building/Infirmary Stiles Unit

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? No One, Edward DeLong I attempted to talk to      When? January 18th/28th

What was their response? Boyce, A.A., said to submit a Sick Call Request, failed to address issue

What action was taken? None!!

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

This grievance concerns the Medical Department, Facility Manager Edward DeLong, Emma Davis, R-NP Gideon Daniel, Provider, the issue is about denial of proper medical assessment, treatment and a disregard for the health and welbeing of the Offender, me. My belief is that the medical Department has Retaliated against me for a earlier grievance that I filed against it, Grievance # 2020046310, (which hasn't been answered, yet, given 45 day additional time to reply); Deliberate Indifference to a serious medical need; & Medical Indifference.

I am assigned to the Stiles Unit due to several medical issues that I have restrictions assigned to me because of them. I arrived back from a 4½ month bench warrant to Tarrant County. When I was assigned to the McConnell Unit I was given a number of medicines, High Blood Presure; Hyper= Tension; IBS. These meds were stopped, on March 19th 2019. I saw Ms. Emma Davis, R-NP in Octo- ber to get my meds back, and my chronic medical care re-established, all Ms. Davis did for me was to take two Heat Restrictions from me, this I believe was for the benefit of the Classifi- cation Department so they could house me anywhere convenient instead of in special need housing. Ms. Davis ordered Labs done, yet I have not been seen since for a follow up.

January 6th 2020, I was seen by Provider Gideon Daniel, he reordered my medicine, ordered X-Rays of my neck, this I believe is due to the fact that I have a number of restrictions from 1996 due to injuries to my neck, and he is interested in seeing if he can take those restrictions. All of my restrictions were ordered by licenced Medical Doctors, not P.A.'S, Nurse Practioners, my restrictions have been in place for a number of years, some decades old. To date, I haven't been called back by Provider Daniel for a follow-up concerning the X-Rays.

Per UTMB-CMHC Policy 12.1, I first contacted the Facility Practice Manager, Edward DeLong to attempt to resolve this matter, which is to have my restrictions reinstated, and left alone, I have had no response to my I-60's to Mr. DeLong, but did receive a reply from a Boyce, A.A. who

I don't have the faintest clue to who that is, and who authorized Boyce to reply to a proper submitted I-60 to Facility Practice Manager DeLong per UTMB-CMHC Policy 12.1. The reply was in fact not even close to resolving the issue stated in the I-60 to Mr. DeLong; thus, my attempt to do what is required by an Offender to make a informal attempt at a resolution concerning this matter was ignored by Medical Department, Edward DeLong, and the parties to this matter.

I am submitting this grievance "NOT TO THE MEDICAL DEPARTMENT, BUT TO THE UNIT" I am an Offender in TDCJ-CID, this Agency is responsible for my welfare, and health, UTMB-CMHC is a sub-contractor and if they chose "NOT TO TREAT ME" then it is the responsibility of this Agency to make sure I am treated properly. I have in this Grievance brought forth an issue to the attention of this Administration and the rank of this Unit, it should not be ignored.

Action Requested to resolve your Complaint.
I wish to have my restrictions reinstated, and for the Medical Department to leave me alone instead of working for the benefit of the Classification Department and for convenience of the Unit

Offender Signature: _Tone Tain #700474_         Date: Janaury 30th 2020

Grievance Response:

- Offender Fain, please be advised, you were seen on 1/6/2020 by Provider Daniels. On that day, Mr. Daniels sent PULHES restrictions to TDCJ on your behalf. You were provided care per policy. Continue to submit sick call request as medical issues arise. This grievance is unsubstantiated.

Rec'd 04-27-20

Signature Authority: _Edward D_                                    Date: 4/22/20

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because: _____  *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

**Exhibit 1**

I-127 Back (Revised 11-2010)

OFFICE USE ONLY

Initial submission: _____    I-GI initials: _____
_____
Screening Criteria Used:
Date Recd from Offender:
Date Returned to Offender:
2nd Submission                 UGI Initials: _____
Grievance #:
Screening Criteria Used:
Date Recd from Offender:
Date Returned to Offender:
3rd Submission                 UGI Initials: _____
Grievance #:
Screening Criteria Used
Date Recd from Offender:
Date Returned to Offender:            **079**

Appendix F

# TEXAS
# DEPARTMENT OF CRIMINAL JUSTICE

## OFFENDER GRIEVANCE PROGRAM

# NOTICE

All documentation that follows this sheet is restricted and confidential and is not to be released without the authorization of the administrator of offender grievances.

# RESTRICTED
# AND
# CONFIDENTIAL

## GRIEVANCE INVESTIGATION WORKSHEET

Restricted & Confidential

| GRIEVANCE OFFICE USE ONLY | | | | | | STEP 1 ✗ |
|---|---|---|---|---|---|---|
| | | | | | | STEP 2 |

| Unit: ST | Investigator ID:  2534 | | Date Initiated: 01/31/20 | Date Completed: 4/23/20 | Date Due: 03/16/2 |
|---|---|---|---|---|---|
| Offender Name: Fain, Roger | | | TDCJ No: | 700474   Grievance Number: | 2020070693 |

| Issue Code: | EMERGENCY | ADA | ( ) | Property | ( ) | Use of Force (UOF) | ( ) |
|---|---|---|---|---|---|---|---|
| 600 | YES ( ) | Disciplinary | ( ) | Religion | ( ) | Harassment or Retaliation* | ( ) |
| | NO (✗) | Medical | (✗) | OPI Investigation | ( ) | PREA | ( ) |

*Harassment or Retaliation of 1 or of the Grievance Procedure; Access to courts, or other Legal  known
OPI the investigation must be conducted by the Office of Inspector General (OIG) and the OIG Fact Sheet completed

**Summary of Issue:** *(Include date, time and location):*

Claims that on 01/06/20 Dr Daniel refues to reinstated his medical restrictions and a follow up concerning X rays.

**Requested Remedy:**

To have my restrictions reinstated and medical to leave me alone

The following is to be completed and signed by the Investigating Official. Attach statements/supporting documentation, if applicable.

**Summary of Fact Finding Activity:**

Appendix L

**Suggested Response to Offender:**
- Offender Fain, please be advised, you were seen on 1/6/2020 by Provider Daniels. On that day, Mr. Daniels sent PULHES restrictions to TDCJ on your behalf. You were provided care per policy. Continue to submit sick call request as medical issues arise. This grievance is unsubstantiated

OUTCOME CODE: ___D___   RESOLUTION CODE: _2,01_

Investigating official completes the section below:

Printed Name: _Edward Delong_   Signature: _Edward D_

Title: _Sr. Practice Manager_   Date: _4/28/20_

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP-03.** and AD-03.82. It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures

**Exhibit 1**

**081**

Offender Grievance Operations Man
Appendix

Offender Name: Fain, Roger        TDCJ #: 700474    Unit: ST    Grievance #: 2020070693

**Documents and Forms Required for Investigation of Medical Grievances**
**The following forms and documentation are generally required for grievance investigations.**

| | | Date | | Name & Title |
|---|---|---|---|---|
| 1 | Unit Grievance Investigator forwards the original grievance, or a copy for multiple issue medical grievances, the OG-01 worksheet, and page 1 of this checklist to the Medical Department. | 01/31/20 | | S THOMAS UGI III |
| 2 | Unit Practice Manager/Health Administrator, or Director of Nursing/Nurse Administrator reviews issues, routes to responsible party and compiles the following paperwork: | 4/22/20 | | Edward Delone, SPM |

| | | Y | N | N/A | Comments |
|---|---|---|---|---|---|
| 2(a) | Supporting documentation from the medical record | ✓ | | | |
| • | Provider/Nursing/Clinic Notes | | | | |
| • | Refusal forms | | ✓ | | |
| • | Sick Call Requests/Sick Call logs | | ✓ | | |
| • | Master Problem List | | ✓ | | |
| • | X-ray reports | | ✓ | | |
| • | Specialty clinic notes | | ✓ | | |
| • | Lab reports | | ✓ | | |
| • | PULHES/HSM-18 | | ✓ | | |
| • | Passes-medication/medical issue items (braces, crutches, shoes, etc.) | | ✓ | | |
| • | Dental records | | ✓ | | |
| • | Mental health records | | ✓ | | |
| • | Treatment flow sheets | | ✓ | | |
| • | Lay-in lists | | ✓ | | |
| • | Security Logs | | ✓ | | |
| • | Compliance reports | | ✓ | | |
| • | Discharge summaries | | ✓ | | |
| • | Release of Information-Hospital Galveston only | | ✓ | | |
| | Provide other written records required to offer proof of provision of services. All persons participating in clinical and non-clinical services to offenders are bound by the same rules of confidentiality and shall not be excluded from viewing such records necessary to complete the review appeal process. | | ✓ | | |
| 2(b) | Copies of all signed statements from medical/dental/mental health staff who are specifically named in the Step 1 Grievance. | | ✓ | | |
| 2(c) | Individual medical/dental/mental health discipline manager/designee findings & recommendations. | | ✓ | | |
| 2(d) | Informal resolution attempted by the offender through the Facility Medical Complaints Coordinator before the Step 1 Grievance was filed. | | ✓ | | |
| 3 | Sign and forward all compiled Health Services documentation and statements to the Grievance Investigator. | ✓ | | | Edward |
| 4 | Received by the Unit Grievance Investigator signature. | ✓ | | | |

* The Unit Grievance Staff is responsible for obtaining non-medical statements and forwarding all investigative documents to the Central Grievance Office in Huntsville, if a Step 2 Offender Grievance is filed.

**Exhibit 1**                                    **082**
Offender Grievance Operations Manual
Appendix I

| Step 1 | ☒ | Grievance # | Offender Name | TDCJ # | Unit |
|--------|---|-------------|---------------|--------|------|
| Step 2 | ☐ | 2020070693 | Fain, Rogers | 700474 | ST |



## Texas Department of Criminal Justice

### *NOTICE OF EXTENSION*

### *Offender Grievance Office*

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82, "Management of Offender Grievances,", you are hereby notified that additional time is necessary to complete the investigation of your:

**Step 1 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your grievance.

☒ An additional 45 days is needed for appropriate response to your medical Step 1 grievance.

**Step 2 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

_____                          _____
Thomas S UGI III

Name and Title                                             Date

**Original – Send to the Offender**
Copy   Attach to the Grievance

**Exhibit 1**          Offender Grievance Operations Manual
Appendix M  **083**

## Grievance Investigation Worksheet
*Restricted & Confidential*

| Grievance Office Use Only | | | Step 1 | |
|---|---|---|---|---|
| | | | Step 2 | X |

| Unit: ST - STILES | Investigator ID: YS00001 | Date Initiated: 5/4/20 | Date Completed: 5/6/20 | Due Date: 6/13/20 |
|---|---|---|---|---|
| Offender Name: FAIN,ROGER | | TDCJ No: 00700474 | Grievance No: 2020070693 | |

| Issue Code: 638 | Emergency Yes ( ) No (X) | ADA ( ) Disciplinary ( ) Medical (X) | Property ( ) Religion ( ) OPI Investigation ( ) | PREA ( ) Use of Force (UOF) ( ) Harrasment or Retaliation * ( ) |
|---|---|---|---|---|

* Harassment or Retaliation for use of the Grievance Procedure  Access to Courts  or other legal activity

NOTE: *Offenders are not allowed to review the grievance investigation worksheet at any time. For claims of sexual assault, sexual abuse, criminal acts by staff, Excessive or Unreported UOF, the investigation must be conducted by the Office of the Inspector General (OIG) and the OIG Fact Sheet completed.*

**Summary of Issue: (include date, time and location.)**        See Step 1 OG-01 Grievance Investigation Worksheet

The offender reports his medical restrictions were removed.  He is requesting the restrictions he reinstated.

**Requested Remedy:**        See Step 1 OG-01 Grievance Investigation Worksheet

**The following is to be completed and signed by the Investigating Offical. Attach Statements/Support Documentation, if applicable.**

**Summary of Fact Finding Activity:**

According to the documentation, the appellate review of the medical grievance supports the response provided at the Step 1 level  The offender was evaluated by the provider and his PUHLES were updated at that time  The provider has assigned the medical restrictions he determined were necessary  The provider did evaluate the offender and did take into consideration his medications and the evaluation before adjusting or removing any medical restrictions.  If you disagree with the medical decisions this does not necessarily constitute inappropriate medical care  There is no documentation to show the offender is in any danger or has been denied proper medical care ///Review of the documentation indicates the offender did not attempt informal resolution of his medical concerns with supervisory staff.  The unit facility has a complaint process in place  Should the offender feel his medical concerns require further evaluation he may submit a Sick Call Request to the medical department.

**Suggested Response to Offender:**

A review of the Step 1 medical grievance has been completed regarding your report your medical restrictions were deleted which put your life in danger.

According to the documentation, the appellate review of the medical grievance supports the response provided at the Step 1 level  You were evaluated by the provider and your PUHLES were updated at that time  The provider has assigned the medical restrictions he determined were necessary  The provider did evaluate you and did take into consideration your medications and the evaluation before adjusting or removing any medical restrictions.  If you disagree with the medical decisions this does not necessarily constitute inappropriate medical care  There is no documentation to show you are in any danger or denied proper medical care

Review of the documentation indicates you did not attempt informal resolution of your medical concerns with supervisory staff.  The unit facility has a complaint process in place  Should you feel your medical concerns require further evaluation you may submit a Sick Call Request to the medical department.

**OUTCOME CODE:** DENIED/NO ACTION IS WARRANTED  *(Grievance Office Use Only)*        **RESOLUTION CODE:** 2.01

Investigating Official completes the section below

| Printed Name: | ROBERT, SHANNON | Signature: | S. Robel |
|---|---|---|---|
| Title: | AAIV | Date: | 5/8/20 |

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP-03.77 and AD-03.82  It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures

LAVETHA SCOTT
INVESTIGATOR III
TDCJ HEALTH SERVICES

Grievance #:    2020070693

OG-01 Rev. 07/2016

**Exhibit 1**



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

<table>
<tr><td colspan="2">

**OFFICE USE ONLY**

</td></tr>
<tr><td>Grievance #:</td><td>2020040310</td></tr>
<tr><td>UGI Recd Date:</td><td>3-6-2020</td></tr>
<tr><td>HQ Recd Date:</td><td>MAR 1 0 2020</td></tr>
<tr><td>Date Due:</td><td>4-20</td></tr>
<tr><td>Grievance Code:</td><td>6006</td></tr>
<tr><td>Investigator ID#:</td><td></td></tr>
<tr><td>Extension Date:</td><td></td></tr>
</table>

Offender Name: __Roger Fain__   TDCJ # __00700474__

Unit: __Mark W. Stiles__   Housing Assignment: __4D 3 - 60B__

Unit where incident occurred: __Stiles Unit Infirmary__

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*
The Step-1 was not properly responded to where the issues were plainly stated. Edward DeLong
failed to address the issues of 1) Staging; 2) Be subjected to actions that are not permitted
in TDCJ-CID at any time; and 3) Misstating the Medical Records.
TDCJ-CID has a policy against staging, this is for security and safety reasons. The Medical De-
partment takes it upon itself to "over-load" the holding area of the Infirmary for their conveni-
ence. Throughout each TDCJ-CID Unit, the Max Capacity is posted on the walls, this posting is
to insure that the area is operated properly, safely, and secured. Over-loading an area creates
a safety and security problem. Delong states that it's securities responsibility to supervise
the waiting area, and this is a fact, "BUT" it was the scheduling of the Medical Department that
over filled the capacity of the waiting area on 11/25/19, the day in question.
Furthermore, A & C Pods are protected Pods, these Offenders are not premitted to mingle with the
general population of the Unit, they are not premitted to eat in the chow hall at the same time
as GP is, in fact GP is run out of the chow to allow the protected Pods to eat, yet the Medical
Department schedules GP with the Protected Pods, thus in violation of the reasoning behind the
whole protective Pod process. The Medical Department for the safety and security of the Protecte
individuals should only schedule GP & A & C Pod separately, AM / PM.
As for my 1/6/20 medical appointment, this wasn't for any blood pressure evaluation, this was to
redo my meds that Emma Davis failed to do on 10/07/19. Gideon Daniel, PA, renewed 7 meds that
I was taking prior to going on Bench Warrant, I had been back in the sysyem since 08/07/19, and
my meds were not in their entirity renewed for 5 months. Delong stated that the medical depart-
ment had my medical concerns in consideration, not so, all Davis did was take my heat restitions

which is this Units directive due to lack of proper housing for those who have heat restitutions. On 1/06/20, the Provider 1) Renewed my Medications; 2) Refused to evaluate my October 2020 Labs; 3) Requested X-Rays, which were done on 1/13/20, but have not to date had any follow-up concerning the results and findings of those X-Rays. The medical department on this Unit is Sub-Standar their concern is doing as the Unit wishes, not in the best interest of the Offender.

Offender Signature: _____ #0070047 ____ Date: March 5th 2020

**Grievance Response:**

A review of the medical grievance and documentation has been completed regarding your medical complaint on 11/25/2019 the waiting area in medical was over booked at capacity and homosexual activities were not being supervised. To remedy this, you are requesting medical properly supervise waiting area activities so others do not have to watch.

An appellate review of the medical grievance and clinical record indicates the response from Step 1 is appropriate. Upon further review of your electronic health records, there is no documentation of harassment or retaliation against you. Furthermore, your allegations of homosexual activity and overbooking of appointments has been resolved at the unit level. As per Step 1 response, medical has been made aware of overbooking and to stagger offenders. Should you require further medical assistance, please utilize the sick call process.

Further documentation indicates you did not attempt an informal resolution of your medical concern with supervisory staff. Please refer to Correctional Managed Health Care (CMHC) policy A-12.1, attachment A, regarding getting medical treatment. No further action is warranted at this time through the grievance process.

STEP II MEDICAL GRIEVANCE PROGRAM
OFFICE OF PROFESSIONAL STANDARDS
TDCJ HEALTH SERVICES DIVISION

Signature Authority: _____ Date: 3-19-20

Returned because: *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission — CGO Initials: ___
Date UGI Recd: ___
Date CGO Recd: ___
(check one) ___ Screened ___ Improperly Submitted
Comments: ___
Date Returned to Offender: ___

2nd Submission — CGO Initials: ___
Date UGI Recd: ___
Date CGO Recd: ___
(check one) ___ Screened ___ Improperly Submitted
Comments: ___
Date Returned to Offender: ___

3rd Submission — CGO Initials: ___
Date UGI Recd: ___
Date CGO Recd: ___
(check one) ___ Screened ___ Improperly Submitted
Comments: ___
Date Returned to Offender: ___

**Exhibit 1**

**086**

Appendix G



**Texas Department of Criminal Justice**

# STEP 1   'OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2C2004 6310

Date Received: DEC 0 9 2019

Date Due: 01-23-20

Grievance Code: 406

Investigator ID #: I8534

Extension Date: 03-08-20

Date Retd to Offender MAR 0 4 2020

Offender Name: Roger Fain                TDCJ # 00700474

Unit: Mark W. Stiles    Housing Assignment: 4D 3-60B

Unit where incident occurred: Unit (Stiles) Infirmary

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Practice Facility Manager (I-60)             When? 11/26/19

What was their response? Ignored-failed to answer within a 10 day period

What action was taken? None

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 11/25/19, I had a lay-in to the Medical Department to see provider Emma Davis, R NP, for what reason I'm not sure of. This was during a Unit lockdown, my lay-in was for 5:30am, and I didn't get escorted to the Infirmary until after 7:10am. When I arrived the Infirmary waiting area inside and outside of the caged area was packed. Once I submitted my lay-in to the Officer I was put into the waiting area cage, and I counted the amount of people who were there, inside and outside of the cage. I counted 72 individuals, and 3 security Officers. The Infirmary waiting area has a sitting capacity of 42 people.

My Grievance is twofold, first the Medical Department by laying in so many people "Staged" the waiting area to a capacity that was overflowing and possibly creating a safety issue; Secondly, the Medical Department is "Allowing, Condoning, and Supporting" homosexual activities, to wit, allowing homosexuals off of 3 Building to meet up with their "Lovers" in the waiting area of the Infirmary under the ruse of "Seeking medical attention, or Respite for heat." These "Offenders" either have to have an escort to the Infirmary, or a valid lay-in to be there, but whatever the reasoning, the Medical Department, by failing to supervise the waiting area looks the other direction while the "activities" are going on. While I was there, I witnessed no less than 3 different "couples" enjoying their activities while those around them had to be subjected to what they were doing.

They lack of proper supervision by the Medical Department concerning the "over booking" of Offenders for seeing the providers, or receiving whatever medical treatments raises the issue of the safety of Offenders in an area that is designated for only 42 Offenders to safety sit, this designation is determined by the benches inside the waiting area, and what is deemed adequate for security to maintain the safety of those inside the waiting area.

I believe that my allegations can be supported by the fact that the waiting area does have an

---

I-127 Front (Revised 11-2010)        YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM        Exhibit 1        **087** (OVER)

Rec'D 03-04-20

Appendix F

camera, thus can be reviewed to verify what I am talking about concerning both the issue of the staging of Offenders, and the amount on that day and time; and the activities of several of the participates that I have mentioned within.

| CC  Patient Liaison Program, (PLP) | Mr. James Booker, (TDCJ-CID) |
| P.O. Box 99 | Central Grievance |
| Huntsville, Texas  77342-0099 | 1060 State HWY 190 East |
|  | Huntsville, Texas  77320 |

Action Requested to resolve your Complaint.

Would like to see the Medical Department properly supervise the waiting area so those of us who are there for legitimate reasons aren't subjected to the activities of those who aren't.

Offender Signature: _____  700474  Date: December 6th 2019

Grievance Response:

- Offender Fain, please be advised after reviewing your medical records and grievance, we take your medical concerns into full consideration. You were indeed scheduled a provider appointment on 11/25/19, in which you left prior to being seen. Please keep in mind; it is imperative to keep and attend all scheduled appointments in order to receive the care needed. You were finally seen by the provider on 1/6/20 for blood pressure evaluation. The medical department has been made aware of the capacity of the cage and informed to stagger patient appointments. It is security's responsibility to ensure that inappropriate things aren't occurring in the waiting area. Also, it is security's responsibility to manage the flow of the cage. Please submit sick call request as necessary. You have been provided care per policy. This grievance is unsubstantiated.

Signature & Authority: _____  Date: 3/2/20

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:  *Resubmit this form when the corrections are made.

| | |
|---|---|
| ☐ 1.  Grievable time period has expired. | OFFICE USE ONLY |
| ☐ 2.  Submission in excess of 1 every 7 days.  * | Initial Submission: _____ UGI Initials: _____ |
| ☐ 3.  Originals not submitted.  * | Grievance #: _____ |
| ☐ 4.  Inappropriate/excessive attachments. | Screening Criteria Used: _____ |
| ☐ 5.  No documented attempt at informal resolution.  * | Date Recd from Offender: _____ |
| ☐ 6.  No requested relief is stated.  * | Date Returned to Offender: _____ |
| ☐ 7.  Malicious use of vulgar, indecent, or physically threatening language.  * | 2nd Submission _____ UGI Initials: _____ |
| ☐ 8.  The issue presented is not grievable. | Grievance #: _____ |
| ☐ 9.  Redundant. Refer to grievance # _____ | Screening Criteria Used: _____ |
| ☐ 10.  Illegible/Incomprehensible.  * | Date Recd from Offender: _____ |
| ☐ 11.  Inappropriate.  * | Date Returned to Offender: _____ |
| UGI Printed Name/Signature: _____ | 3rd Submission _____ UGI Initials: _____ |
| | Grievance #: _____ |
| Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health. | Screening Criteria Used: _____ |
| | Date Recd from Offender: _____ |
| Medical Signature Authority: _____  **Exhibit 1** | Date Returned to Offender:  **088** |

I-127 Back (Revised 11-2010)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## OFFENDER GRIEVANCE PROGRAM

# NOTICE

All documentation that follows this sheet is restricted and confidential and is not to be released without the authorization of the administrator of offender grievances.

# RESTRICTED AND CONFIDENTIAL

Exhibit 1

089

## GRIEVANCE INVESTIGATION WORKSHEET

Restricted & Confidential

| GRIEVANCE OFFICE USE ONLY | | | | | | | STEP 1 X |
|---|---|---|---|---|---|---|---|
| | | | | | | | STEP 2 |

| Unit: ST | Investigator ID: I 2534 | | Date Initiated: 12/09/19 | Date Completed: 3-3-20 Date Due: | 01/23/19 |
|---|---|---|---|---|---|
| Offender Name: Fain, Roger | | | TDCJ No: | 700474 Grievance Number: 2020046310 | |

| Issue Code: | EMERGENCY | ADA | ( ) | Property | ( ) | Use of Force (UOF) | ( ) |
|---|---|---|---|---|---|---|---|
| 606 | YES ( ) | Disciplinary | ( ) | Religion | ( ) | Harassment or Retaliation* | ( ) |
| | NO (×) | Medical | (×) | OPI Investigation | ( ) | PREA | ( ) |

*Harassment or Retaliation of Use of the Grievance Procedure, Access to Courts, or other Legal Activity

Note: *Offenders are not allowed to review the grievance investigation worksheet at any time. For claims of sexual abuse, sexual assault, criminal acts by staff, Excessive or Unrepo... UOF, the investigation must be conducted by the Office of Inspector General (OIG) and the OIG Fact Sheet completed.*

**Summary of Issue:** *(Include date, time and location):*

Claims that on 11-25-19 he had a layin for medical department to see provider Davis when he arrived to infirmary at 7:10am for a layin that was for 530am the waiting area was packed over capacity of 42 people namely he counted 72 people. Claims that homosexual activites were taken place witnessed 3 different couples enjoying themselves. Claims that this is lack of supervision on medical department due to overbooking and stagging offenders.

**Requested Remedy:**

To be seen by DR and have this noted

The following is to be completed and signed by the Investigating Official. Attach statements/supporting documentation, if applicable.

**Summary of Fact Finding Activity:**

Appendix L

**Suggested Response to Offender:** Offender Fain, please be advised after reviewing your medical records and grievance, we take your medical concerns into full consideration. You were indeed scheduled a provider appointment on 11/25/19, in which you left prior to being seen. Please keep in mind; it is imperative to keep and attend all scheduled appointments in order to receive the care needed. You were finally seen by the provider on 1/6/20 for blood pressure evaluation. The medical department has been made aware of the capacity of the cage and informed to stagger patient appointments. It is security's responsibility to ensure that inappropriate things aren't occurring

OUTCOME COIN the waiting area. It is security's responsibility to manage the flow of the cage. Please
Investigating official completes the section below: submit sick call request as necessary. You have been provided care per policy. This grievance is
unsubstantiated.

| Printed Name: | Edward Delone | Signature: | [signature] |
|---|---|---|---|
| Title: | Sr. Practice Manager | Date: | 3/2/20 |

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP-03.77 and AD-03.82. It is expressly prohibited to subject the grievant, other offenders, or staff t... form of reprisal for the use of these procedures.

**Exhibit 1**                                                 **090**

OG-01 Rev. 07/2016

Offender Name: ___Fain,Roger___   TDCJ #: __700474__   Unit: _ST_   Grievance #: __2020046310__

**Documents and Forms Required for Investigation of Medical Grievances**
**The following forms and documentation are generally required for grievance investigations.**

| | | Date | | Name & Title |
|---|---|---|---|---|
| 1 | Unit Grievance Investigator forwards the original grievance, or a copy for multiple issue medical grievances, the OG-01 worksheet, and **page 1 of this checklist** to the Medical Department. | 12-09-19 | | S THOMAS UGI III |
| 2 | Unit Practice Manager/Health Administrator, or Director of Nursing/Nurse Administrator reviews issues, routes to responsible party and compiles the following paperwork: | 3/2/20 | | Edward De lone, SPM. |

| 2(a) | Supporting documentation from the medical record | Y | N | N/A | Comments |
|---|---|---|---|---|---|
| • | Provider/Nursing/Clinic Notes | ☑ | | | |
| • | Refusal forms | | ☑ | | |
| • | Sick Call Requests/Sick Call logs | | ☑ | | |
| • | Master Problem List | | ☑ | | |
| • | X-ray reports | | ☑ | | |
| • | Specialty clinic notes | | | | |
| • | Lab reports | | ☑ | | |
| • | PULHES/HSM-18 | | ☑ | | |
| • | Passes-medication/medical issue items (braces, crutches, shoes, etc.) | ☐ | ☑ | ☐ | |
| • | Dental records | | ☑ | | |
| • | Mental health records | | ☑ | | |
| • | Treatment flow sheets | | ☑ | | |
| • | Lay-in lists | | ☑ | | |
| • | Security Logs | | ☑ | | |
| • | Compliance reports | | ☑ | | |
| • | Discharge summaries | | ☑ | | |
| • | Release of Information-Hospital Galveston only | | ☑ | | |
| | Provide other written records required to offer proof of provision of services. All persons participating in clinical and non-clinical services to offenders are bound by the same rules of confidentiality and shall not be excluded from viewing such records necessary to complete the review/appeal process. | ☐ | ☑ | ☐ | |
| 2(b) | Copies of all signed statements from medical/dental/mental health staff who are specifically named in the Step 1 Grievance. | ☐ | ☑ | ☐ | |
| 2(c) | Individual medical/dental/mental health discipline manager/designee findings & recommendations. | ☐ | ☑ | ☐ | |
| 2(d) | Informal resolution attempted by the offender through the Facility Medical Complaints Coordinator before the Step 1 Grievance was filed. | ☐ | ☑ | ☐ | |
| 3 | Sign and forward all compiled Health Services documentation and statements to the Grievance Investigator. | ☑ | ☐ | ☐ | _Edward D_ |
| 4 | Received by the Unit Grievance Investigator signature. | ☐ | ☑ | ☐ | |

\* The Unit Grievance Staff is responsible for obtaining non-medical statements and forwarding all investigative documents to the Central Grievance Office in Huntsville, if a Step 2 Offender Grievance is filed.

**Exhibit 1**                    **091**

Offender Grievance Operations Manual
Appendix I

| Step 1 | ☒ | Grievance # | Offender Name | TDCJ # | Unit |
|--------|---|-------------|---------------|--------|------|
| Step 2 | ☐ | 2020046310 | Fain,Roger | 700474 | ST |



## Texas Department of Criminal Justice

### *NOTICE OF EXTENSION*

### *Offender Grievance Office*

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82, "Management of Offender Grievances,", you are hereby notified that additional time is necessary to complete the investigation of your:

**Step 1 Grievance:** (*check the applicable box*)

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your grievance.

☒ An additional 45 days is needed for appropriate response to your medical Step 1 grievance.

**Step 2 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

S.THOMAS UGI III

<u>01 - 22 - 22</u>

Name and Title                                     Date

**Original – Send to the Offender**
Copy – Attach to the Grievance

**Exhibit 1**                                    **092**

Offender Grievance Operations Manual
Appendix M

## Grievance Investigation Worksheet
*Restricted & Confidential*

| Grievance Office Use Only | | | Step 1 | |
|---|---|---|---|---|
| | | | Step 2 | X |

**Unit:** ST - STILES     **Investigator ID:** HC00101     **Date Initiated:** 3/17/20     **Date Completed:** 3/18/20     **Due Date:** 4/20/20

**Offender Name:** FAIN, ROGER     **TDCJ No:** 00700474     **Grievance No:** 2020046310

| Issue Code: B00, B03, B09, 606, 631 | Emergency Yes ( ) No (X) | ADA ( ) Disciplinary ( ) Medical (X) | Property ( ) Religion ( ) OPI Investigation ( ) | PREA ( ) Use of Fource (UOF) ( ) Harrassment or Retaliation * ( ) |
|---|---|---|---|---|

\* Harassment or Retaliation for use of the Grievance Procedure, Access to Courts, or other legal activity

NOTE: *Offenders are not allowed to review the grievance investigation worksheet at any time. For claims of sexual assault, sexual abuse, criminal acts by staff, Excessive or Unreported UOF, the investigation must be conducted by the Office of the Inspector General (OIG) and the OIG Fact Sheet completed.*

**Summary of Issue: (Include date, time and location.)**     See Step 1 OG-01 Grievance Investigation Worksheet

The offender claims on 11/25/2019 the waiting area in medical was over booked at capacity and homosexual activities were not being supervised. To remedy this, he is requesting medical properly supervise waiting area activities so others do not have to watch.

**Requested Remedy:**     See Step 1 OG-01 Grievance Investigation Worksheet.

---

The following is to be completed and signed by the Investigating Offical. Attach Statements/Support Documentation, if applicable.

**Summary of Fact Finding Activity:**

The appellate review concurs with the response at Step 1. No documentation of retaliation or harassment. Resolved at unit level.

**Suggested Response to Offender:**

A review of the medical grievance and documentation has been completed regarding your medical complaint on 11/25/2019 the waiting area in medical was over booked at capacity and homosexual activities were not being supervised. To remedy this, you are requesting medical properly supervise waiting area activities so others do not have to watch.

An appellate review of the medical grievance and clinical record indicates the response from Step 1 is appropriate. Upon further review of your electronic health records, there is no documentation of harassment or retaliation against you. Furthermore, your allegations of homosexual activity and overbooking of appointments has been resolved at the unit level. As per Step 1 response, medical has been made aware of overbooking and to stagger offenders. Should you require further medical assistance, please utilize the sick call process.

Further documentation indicates you did not attempt an informal resolution of your medical concern with supervisory staff. Please refer to Correctional Managed Health Care (CMHC) policy A-12.1, attachment A, regarding getting medical treatment. No further action is warranted at this time through the grievance process.

**OUTCOME CODE:** DENIED/NO ACTION IS WARRANTED *(Grievance Office Use Only)*     **RESOLUTION CODE:** 2.01

Investigating Official completes the section below.

**Printed Name:**    ESTES, CHERYN       **Signature:**

**Title:**    Administrative Assistant IV       **Date:**    3/20/20

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP-03.77 and AD-03.82. It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures.

Dale Dorman, RN
Manager III
**TDCJ Health Services**

Grievance #:   2020046310

OG-01 Rev. 07/2016

**Exhibit 1**     **093** Appendix H



**Texas Department of Criminal Justice**

# STEP 2

## OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _2020042352_

UGI Recd Date: _01 - 10 - 20_

HQ Recd Date: _JAN 1 4 2020_

Date Due: _02-19_

Grievance Code: _703_

Investigator ID#: _____

Extension Date: _____

Offender Name: _Roger Fain_   TDCJ # _00700474_

Unit: _Mark W. Stiles_   Housing Assignment: _4D 3 - 60B_

Unit where incident occurred: _4 Building D-Pod Stiles Unit_

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

The issue raiesd, "Denial Of Access To Court & Failing to Provide Legal Cases/Citings During A Unit Lockdown."

My Grievance was filed in "Good Faith" hoping that the issue would be properly addressed and resolved, instead, whoever Investigated the issue and/or whoever Answered the issue failed to understand that the issue was about "NOT RECEIVING LEGAL CASES/CITINGS DURING LOCKDOWN NOT ABOUT RECEIVING INDIGENT SUPPLIES."

Furthermore, I do not have a clue as to who signed off on the Step I Grievance, there is no indication if it is a Warden's signature, or someone other than the Warden, but whoever it is very arrogant, and their arrogance is reflected in the signature, or better yet is so embarrassed by the Grievance Response that they didn't wish to have anyone know who exactually reviewed the Step I and responded by signing off on the response.

Here is another example on what a joke the TDCJ-CID Grievance procedure actually is, not only on Stiles, but on other Units. Its a system that is broken, in this sense it doesn't work for the person who actually brings the Grievance, but is very beneficial for the party who is the reason for the Grievance in the first place.

Copy of this Grievance has been sent to James Booker, Central Grievance Coordinator in Huntsvill

---

**Offender Signature:** _Logan Lau  #70074_          **Date:** __January 9th 2020__

**Grievance Response:**

Your step 1 complaint has been noted. The delivery of legal research material to offenders with indirect access to the law library will be conducted, in accordance with ATC-080. No further action is warranted.

K. Ward, Program Administrator
Access to Courts, Counsel and Public Officials

**Signature Authority:** _K. [signature]_          **Date:** _1-30-2020_

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

### OFFICE USE ONLY

| Initial Submission | CGO Initials: _____ |
| --- | --- |

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened   ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

| 2nd Submission | CGO Initials: _____ |
| --- | --- |

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened   ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

| 3rd Submission | CGO Initials: _____ |
| --- | --- |

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened   ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**Exhibit 1**          **095**

I-128 Back (Revised 11-2010)          Appendix G

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _20200043352_

Date Received: _DEC 0 2 2019_

Date Due: _01-11-20_

Grievance Code: _703_

Investigator ID #: _8634_

Extension Date: _____

Date Retd to Offender: _JAN 09 2020_

Offender Name: __Roger Fain__     TDCJ # _00700474_

Unit: _Mark W. Stiles_     Housing Assignment: _4D 3-60B_

Unit where incident occurred: _____ Stiles _____

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Officer Simon, Law Library     When? 11/27/2019

What was their response? I was told that legawork was passed out by buildings, not by when it came in

What action was taken? None, I have been denied legalwork thus denied access to courts.

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

On November 12th 2019, this Unit went down on lockdown for a shakedown.  On that date I sub-
mitted a Request for case citings. On 11.21 I received those case citings.  I resubmitted those
for other case citings when Mr. Simon of the Law Library picked up the cases I received on 11/21,
this was a friday, 11/22. I was told then that I would receive my next requests on the following
monday, 11/25. Monday came and went, no cases, tuesday came, and Mr. Simon passed out legalwork
on 4D sections 1, 2, & 3, yet I didn't receive my requested case citings. When Mr. Simon came to
pick up the legalwork that he passed out on tuesday, I asked him about my submitted request for
case citings, he informed me that they do the legalwork by buildings. This I understand, but my
request for case sitings was submitted and picked up on friday, 11.22, ample time to have received
my case citings on monday or tuesday, when others on 4 Building received theirs.
I have two active cases going in the Courts, Williamson County, Cause No: 95-112-K277; and in
Tarrant County, Cause No: 1023944D / 02-08-00002-CR. The lack of receiving the requested case
citings has put me in a position where I could become time barred from further pursuing my cases
through the Courts. The Law Library on the Stiles Unit by their inaction to my requests for
case citings has "Knowingly, Intentionally, and with Deliberate Indifference" to my case denied
me adequate recourse to properly research, and present my case to the Courts. They are in vio-
lation of TDCJ-CID Policies, Procedures, & Regulations concerning Access To Courts. By failing
to get me my requested case citings, and to deliver those cases to me, has the potential of deny-
ing me legal recourse in the Courts, and the Courts aren't concerned  about the Unit Law Library's
failure to deliver, because it is the responsibility of the appellate to meet any and all Court
deadlines, not the Law Library, and that is why TDCJ-CID Has Policies in place concerning the
Access To Courts Regulations so the appellate/offender isn't denied legal recourse in the Courts.

---

I-127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

**Exhibit 1**

**096**

Appendix F

_____

_____

_____

_____

_____

_____

_____

C.C. Access To Courts, 1036 11TH Street, Huntsville, Texas  77340;

___James Booker, (TDCJ-CID), Central Grievance, 1060 State HWY 190 East, Huntsville, Texas 773___

**Action Requested to resolve your Complaint.**
That the Law Library comply with the TDCJ-CID Policies concerning Access To Courts, and for me

to be free of any Administrative retaliation for grieving this matter.

**Offender Signature:** _Rafin Tai_      700474      **Date:** November 27th 2019

**Grievance Response:**

Your grievance was reviewed and investigated.  It was found that you have not requested any indigent
supplies.  You need to submit an I-302 or I-60 to the Law Library Department if you need indigent
supplies.  No further action warranted.

**Signature Authority:** _K pl_       **Date:** 1. 7. 2020

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**       *Resubmit this form when the corrections are made.

☐ 1.  Grievable time period has expired.
☐ 2.  Submission in excess of 1 every 7 days.  *
☐ 3.  Originals not submitted.  *
☐ 4.  Inappropriate/Excessive attachments.  *
☐ 5.  No documented attempt at informal resolution.  *
☐ 6.  No requested relief is stated.  *
☐ 7.  Malicious use of vulgar, indecent, or physically threatening language.  *
☐ 8.  The issue presented is not grievable.
☐ 9.  Redundant, Refer to grievance #_____
☐ 10.  Illegible/Incomprehensible.  *
☐ 11.  Inappropriate.  *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

**Medical Signature Authority:** _____

**OFFICE USE ONLY**

Initial Submission        UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2ⁿᵈ Submission        UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3ʳᵈ Submission        UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

I-127 Back (Revised 11-2010)        **Exhibit 1**        **097**

Rec'd 01-08-20        Appendix F

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

OFFENDER GRIEVANCE PROGRAM

# NOTICE

All documentation that follows this sheet is restricted and confidential and is not to be released without the authorization of the administrator of offender grievances.

# RESTRICTED AND CONFIDENTIAL

## GRIEVANCE INVESTIGATION WORKSHEET

.d & Confidential

**EVANCE OFFICE USE LY**

STEP 1 ✕

STEP 2

| .it: ST | Investigator ID: I 1122 | | Date Initiated: 12/02/19 | Date Completed: I 3 20 | Date Due: 01/11/20 |
|---|---|---|---|---|---|
| Offender Name: Fain, Roger | | | TDCJ No: | 700474 Grievance Number: | 2020042352 |

| Issue Code: | EMERGENCY | ADA | ( ) Property | ( ) Use of Force (UOF) | |
|---|---|---|---|---|---|
| 703 | YES ( ) | Disciplinary | ( ) Religion | ( ) Harassment or Retaliation* | ( ) |
| | NO (×) | Medical | ( ) OPI Investigation | ( ) | ( ) |
| | | | | ( ) PREA | ( ) |

*Harassment or Retaltion of Use of the Grievance Procedure, Access to Courts, or other Legal Activity*

*Note: Offenders are not allowed to review the grievance investigation worksheet at any time. For claims of sexual abuse, sexual assault, criminal acts by staff, Excessive or Unreported UOF, the investigation must be conducted by the Office of Inspector General (OIG) and the OIG Fact Sheet completed.*

**Summary of Issue:** *(Include date, time and locati):*

Offender says that he was denied access to legal aterial during the Lockdown

**Requested Remedy:**

Wants Law Library to follow TDCJ Policy

he following is to be completed and signed by the Investig Official. Attach statements/supporting documentation, if applicable.

**Summary of Fact Finding Activity:**

Statement- L. Jones/Law Librarian III

**Suggested Response to Offender:**

Your grievance was reviewed antigated. It was found that you have not requested any indigent
supplies. You need to submit aror I-60 to the Law Library Department if you need indigent
supplies. No further action war

**OUTCOME CODE:** D   **RESOII CODE:** 2.02

vestigating official completes the section belo

| inted Name: | A. Rodriguez | |
|---|---|---|
| | | Signature: [signature] |
| tle: | UGI | |
| | | Date: 1/3/20 |

i grievance is being processed in an effort to resolve a problem through procedures identified in BP-03.77 Rt s of reprisal for the use of these procedures.

Exhibit 1 expressly prohibited to subject the grievant, other offenders, or staff to any

099

## GRIEVANCE INVESTIGATION WORKSHEET

Restricted & Confidential

| GRIEVANCE OFFICE USE ONLY | | | | STEP 1 X |
|---|---|---|---|---|
| | | | | STEP 2 |

| Unit: ST | Investigator ID: I 1122 | Date Initiated: 12/02/19 | Date Completed: [signature] | Date Due: 01/11/20 |
|---|---|---|---|---|
| Offender Name: Fain, Roger | | TDCJ No: | 700474 Grievance Number: | 2020042352 |

| Issue Code: 703 | EMERGENCY | ADA | ( ) | Property | ( ) | Use of Force (UOF) | ( ) |
|---|---|---|---|---|---|---|---|
| | YES ( ) | Disciplinary | ( ) | Religion | ( ) | Harassment or Retaliation* | ( ) |
| | NO (×) | Medical | ( ) | OPI Investigation | ( ) | PREA | ( ) |

*Harassment or Retaliation of Use of the Grievance Procedure, Access to Courts, or other Legal Activity

Note: Offenders are not allowed to review the grievance investigation worksheet at any time. For claims of sexual abuse, sexual assault, criminal acts by staff, Excessive or Unreported UOF, the investigation must be conducted by the Office of Inspector General (OIG) and the OIG Fact Sheet completed.

**Summary of Issue:** *(Include date, time and location):*

Offender says that he was denied access to legal material during the Lockdown

**Requested Remedy:**

Wants Law Library to follow TDCJ Policy

The following is to be completed and signed by the Investigating Official. Attach statements/supporting documentation, if applicable.

**Summary of Fact Finding Activity:**

1. Statement- L. Jones/Law Librarian III

**Suggested Response to Offender:**

Your grievance was reviewed and investigated. It was found that you have not requested any indigent supplies. You need to submit an I-302 or I-60 to the Law Library Department if you need indigent supplies. No further action warranted.

OUTCOME CODE: D    RESOLUTION CODE: 2.02

Investigating official completes the section below:

| Printed Name: | A. Rodriguez | Signature: | [signature] |
|---|---|---|---|
| Title: | UGI | Date: | 1/3/20 |

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP-03.77 and AD-0382. It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures.

Exhibit 1

**100**

OG-01 Rev. 07/2016

## GRIEVANCE INVESTIGATION WORKSHEET

| Official Statement | | | | |
|---|---|---|---|---|

Unit: **ST**  Staff Name: **Law Library**  Grievance #: **2020042352**  Date: **12/02/19**

Offender Name: **FAIN, ROGER**  TDCJ#: **00700474**  Housing Location: **4- D-3-69B - 01/11/20**

In accordance with BP 03.77, you are required to participate in this investigation as noted. Address each allegation thoroughly. **Do not respond with indefinite answers such as "I don't know" or "I have no knowledge of".** If you have no knowledge, explain the reason why. (e.g., I was on vacation; I was not assigned there, etc.) Your answers are to be factual, professional, and complete. Do not include opinions or unrelated comments. Remember, the Executive Director, Office of the Inspector General (OIG), Attorney General's Office and State and Federal Court Officials may review your response. **All grievances are confidential and may not be discussed between you and the offender or with other individuals.** You are expected to return this investigation within 10 working days of receipt. Additional time may be requested by contacting the grievance investigator. Sign and date the form in the designated locations when completed and return it to the Unit Grievance Office. If you were provided a narrative copy of the grievance, it must also be returned to the Unit Grievance Office. **The grievance may not be duplicated or shared with the accused staff member.**

### Please Provide the Following Documents

- ☐ Participant(s) Statement _____
- ☐ Witness (es) Statement (signed) _____
- ☐ Activity Logs (Recreation, Shower, Feeding)
- ☐ Shift Roster
- ☐ Ingress/Egress Log
- ☐ Property Confiscation Form
- ☐ Other _____
- ☐ Staff or Offender Protection Investigation
- ☐ Property Inventory Forms
- ☐ Property Logs

**ALLEGATIONS:**

Offender claim he denied his indigent supplies on November 26, 2019, during the institutional lock down. Please explain or confirm if offender was given his indigent supplies in accordance with procedure and policy?

**EMPLOYEE STATEMENT:** _____

_____

_____

**PRINTED NAME** _____ **SIGNATURE** _____ **DATE** _____

**RANK/TITLE** _____ **SHIFT/DEPARTMENT** _____

**SUPERVISOR COMMENTS:** *The Stiles Law Library chas not received a request from Oeoder Fain asking for Indigent supplies. Offender Fain Can submit an. I-302 on I-60 requesting Supplies and if Stiles is still a Lock Down Status Supplies will be Issued.*

**PRINTED NAME** *L. Oee Law Librarian II* **SIGNATURE** *G. Oee 1/Law Library* **DATE** *12/6/2019*

**RANK/TITLE** *See attached* **SHIFT/DEPARTMENT** *Indigent Supply Issue Screens give*

**Exhibit 1**  **101**

OG-01 Rev. 07/2016

Offender Grievance Operations Manual
Appendix H

```
CSPSTP01 ·                  T.D.C.J. -  INSTITUTIONAL DIVISION          DATE: 12/06/19
1JUK                          INDIGENT SUPPLIES ISSUE                   TIME: 13:43:24
TDC NUM: 00700474         NAME: FAIN,ROGER
HOUSING: ST  4D32                  CELL: 60        ID STAT:    A        PERSONAL
                                                   RESTRICTED:           LEGAL
DATE OF ISSUE:                                     INDIGENT: NO          TOTAL
```

| PAPER | | CARBON | | BSN ENV | | WRT ENV | | PENS | | STAMPS | | | | | OTHER STAMPS | | STAMPS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REQ | ISS | REQ | ISS | REQ | ISS | REQ | ISS | RQ | IS | 55 | 15 | 90 | 100 | 05 | $ | QNT | $ | QNT |
| --- | --- | -- | -- | -- | -- | -- | -- | - | - | -- | -- | -- | --- | -- | --- | -- | --- | -- |

PER
LEG

| DATE | A/D | K/C | P/L | AI/XD | PAPER RQ | IS | CARB RQ | IS | BUSN RQ | IS | WRIT RQ | IS | PEN R | I | 55 | 15 | 90 | 100 | 05 | SPEC QNT | $ | QNT | $ | TRANS TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 122309 | A | K | P | U | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.32 |
| 122309 | A | K | L | U | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 |
| 120309 | A | K | P | U | 0 | 0 | 0 | 0 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.10 |
| 120309 | A | K | L | U | 0 | 0 | 0 | 0 | 5 | 0 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 |
| 071709 | A | K | P | A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9.14 |
| 071709 | A | K | L | A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 |
| 110108 | A | K | P | A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8.82 |
| 110108 | A | K | L | A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 |

```
**==>> WARNING <<==** OFFENDER MAY HAVE NEGATIVE MAIL
                                              OR KEY IN NUMBER
```

Exhibit 1                                    102

CSPSTP04                    T.D.C.J.  -  INSTITUTIONAL DIVISION              DATE: 12/06/19
TERM: 1JUK                     INDIGENT SUPPLIES ISSUE                       TIME: 13:37:13

NUMBER: 00700474 NAME: FAIN,ROGER                    UNIT: STILES

| DATE | A/D | K/C | P/L | AI/XD | PAPER RQ | PAPER IS | CARB RQ | CARB IS | BUSN RQ | BUSN IS | WRIT RQ | WRIT IS | PEN R | PEN I | 55 | 15 | 90 | 00 | 05 | SPEC QNT | $ | SPEC QNT | $ | TRANS TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 122309 | A | K | P | U | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.32 |
| 122309 | A | K | L | U | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 |
| 120309 | A | K | P | U | 0 | 0 | 0 | 0 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.10 |
| 120309 | A | K | L | U | 0 | 0 | 0 | 0 | 5 | 0 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 |
| 071709 | A | K | P | A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9.14 |
| 071709 | A | K | L | A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 |
| 110108 | A | K | P | A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8.82 |
| 110108 | A | K | L | A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 |
| 050206 | A | K | P | A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 |
| 050206 | A | K | L | A | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.08 |
| 011206 | A | K | P | A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 |
| 011206 | A | K | L | A | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.12 |
| 011106 | A | K | P | A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 36.63 |
| 011106 | A | K | L | A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 |
| 082305 | A | K | P | A | 0 | 0 | 0 | 0 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.05 |
| 082305 | A | K | L | A | 0 | 0 | 0 | 0 | 15 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.15 |

ENTER NEXT NUMBER 00700474     PF4 - 1ST SCREEN    PF8 - MORE RECORDS     PF9 - PRINT
OR SID _____                                                           PA1 - MENU

**Exhibit 1**                                                                    **103**

## *GRIEVANCE INVESTIGATION WORKSHEET*
*Restricted & Confidential*

| GRIEVANCE OFFICE USE ONLY | | | | STEP 2 |
|---|---|---|---|---|

| Unit: ATC    CGI: Keisha Green | Date Initiated: 01/22/20 | Date Completed: 1/29/2020 |
|---|---|---|
| Offender Name: Fain, Roger | TDCJ No: 700474 | Housing: ST |
| Grievance No: 2020042352 | Code: 703 | Date Due: 02/19/20 |

| EMERGENCY | USE OF FORCE | DISCIPLINARY ISSUE | PROPERTY | ☐ ADA ☐ |
|---|---|---|---|---|
| YES ☐ NO ☒ | MAJOR ☐ MINOR ☐ UR ☐ | MAJOR ☐ MINOR ☐ | RELIGION | ☐ SSI ☐ |
| | UOF # | # | MEDICAL | |

**Summary of Issue:** *(Include date, time location.) NOTE: For claims of Excessive/Unreported UOF, or Harassment/Retaliation for use of the Grievance Procedure or Access to Courts rights, other legal activities, the investigation must be conducted by Internal Affairs. Complete the Fact Sheet for I.A.D. Investigations.*
Offender claims that on 11/12/19 the unit went on lockdown and on this date, he submitted a request for case citings. On 11/21/19 he did receive the cases. Claims he resubmitted those for other cases citings and Mr. Simon picked up the cases that he received on 11/21/19. He was told then that he would receive his next request on the following day of Monday, 11/25/19. States Monday came and he did not get cases. On Tuesday Mr. Simon passed out legal work on 4D sections 1,2 and 3, and he didn't receive his requested cases.

**Requested Remedy:**
Law Library comply with the TDCJ-CID policies concerning Access to Courts, and for me to be free of any Administrative retaliation for grieving this matter.

The following is to be completed by the investigating official. The investigating official must sign the bottom.
(Attached Statement/Supporting Documentation is applicable.)
**Summary of Fact Finding Activity:**
1. Step 1 grievance was noted
2. Statement dated 12/06/19 from L. Jones: The Stiles law library has not received a request from offender Fain asking for Indigent Supplies. Offender Fain can submit an I-302 or I-60 requesting supplies and if Stiles is still on lockdown status supplies will be issued.
3. Telephone conversation on 01/29/2020 with L. Jones, Law Library Supervisor informing her that the offender was not grieving supplies. His complaint was about not receiving legal research material.
4. ATC-080; BP-03.81
5. R- 5.02

**Suggested Response to Offender:**
Your step 1 complaint has been noted. The delivery of legal research material to offenders with indirect access to the law library will be conducted, in accordance with ATC-080. No further action is warranted.

| Completed By: | Signature: *Keisha Green* | Date: | 1/29/2020 |
|---|---|---|---|
| | Printed Name: Keisha Green | Title: | Reg. Supervisor |

**Exhibit 1**                    **104**



**Texas Department of Criminal Justice**

**STEP 2**   **OFFENDER**
**GRIEVANCE FORM**

**Offender Name:** Roger Fain   **TDCJ #** 00700474

**Unit:** Wm.G.McConnell   **Housing Assignment:** 19 Building Y-007

**Unit where incident occurred:** 19 Building Gym Area/ Y Dorm

**OFFICE USE ONLY**

Grievance #: 2018131019

UGI Recd Date: AUG 0 1 2018

HQ Recd Date: AUG 0 8 2018

Date Due: 9/10

Grievance Code: 810

Investigator ID#: 2197

Extension Date: 10/20

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

Once again the grievance procedure which is designed to allow Offenders to bring a claim of
misconduct, or other so called infractions forth to have the Offending Officer looked at, and
possibly taken to account for the infraction.
My grievance was against a ranking Officer who violated numerous TDCJ & TDCJ-CID Policy, Rules
and Procedures.  I cited those infractions, and I have in fact in the past grieved this same
ranking Officer for the same infractions, again to no avail.
The grievance system and process on the McConnell Unit fails the Offender population because
it rarely finds in the Offender's favor.  Case in point, an Offender states a claim against
the Officer, and the grievance investigator goes to that Officer and asks: "Did this happen??
the Officer's reply would naturally be: "Absolutely not, I would never violate TDC Rules."
Grievance is then and there done with, resolved in favor of the Offender, once again.  The
claim I brought forth has been brought forth by other similar situated Offenders and at no
time does the investigator reference that fact in making their determination for the Warden's
Response/Signature.
This grievance is just a formality, necessary to pursue this matter into the Courts.  The rank-
ing Officer is a continuing threat to the security of this Unit and those who are being held
here.

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

**Exhibit 1**   **105**   Appendix G

Offender Signature: _~~~~~~~~ #200474_   Date: _July 31st 2018_

**Grievance Response:**

Your complaint has been noted and was appropriately addressed at step one. You failed to
provide names of witnesses or any evidence to collaborate your allegations. No further action
warranted.

K. Gaitan, Assistant Regional Director

Signature Authority: _____   Date: _10/18/2018_

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

| Initial Submission | CGO Initials: _____ |
|---|---|
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| 2nd Submission | CGO Initials: _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| 3rd Submission | CGO Initials: _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |

**Exhibit 1**                                    **106**

I-128 Back (Revised 11-2010)                              Appendix G



**Texas Department of Criminal Justice**

**STEP 1** **OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: 2018131019

Date Received: 5.10.18

Date Due: 6.19.18

Grievance Code: 810

Investigator ID #: 1950

Extension Date: 07/29/18

Date Retd to Offender: JUL 3 0 2018

Offender Name: Roger Fain                    TDCJ # 00700474

Unit: McConnell            Housing Assignment: 19 Y-007

Unit where incident occurred: 19 Building, Y Dorm/18 Building Gym

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Lt. Garcia was the only ranking officer          When? May 8th 2018

What was their response? There was no response since she was the sole acting ranking officer

What action was taken? Told to live with it, and deal with it

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On May 8th 2018, approxiamtely 11:30 am, Lt. Garcia came into Y-Dorm and told all of us to pack it up, and she stated that we were required to make the move into the gym with all of our property in one move. I told Lt. Garcia that I have medical restrictions that prohibits me from lifting more than 10 pounds. She told me that she didn't give a s--t about my restrictions, that she had contacted the medical department and that they instructed her that any and all restric- were for "Work related only" and did not manner outside of the work place.

I stacked up my property, and she then instructed me to "drag" my property, unbagged, and loose on my sheet. This action not only damaged the sheet beyond repair, some of my property was also damaged. (1 still have the sheet, and I will hold it until this matter is resolved. The wanton destruction of State property by a ranking officer and/or official is in violation of TDC Policies, Procedures and Rules).

During the shakedown procedure, Lt. Garcia violated the following Guidelines of Employees. PD-22 #7, Substandard Duty Performance; PD-22 #14, Use Of Profane & Vulgar/Abusive Language; PD-22 #23, Mistreatment Of Offenders; PD-22 #29, Damage, Destruction Of Property Owned or Leased By TDCJ; PD-22 #37, Misconduct.

I have raised the issue of PD-22 #37, Misconduct - An employee is prohibited from engaging in any activity that would have an adverse impact upon the integrity or productivity of the em- ployee or the Agency. In this case Lt. Garcia's actions were harmful, setting a bad example to the employees, quite a few new within a matter of months, that Profane, Vulgar language and/or treatment was permissible in the way an Offender was treated during a shakedown, or at any other time. Her actions, if not audio, visual was captured on the cameras in 19 gym, rec yard, and 18 gym.

---

I-127 Front (Revised 11-2010)        YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM        (OVER)

Exhibit 1        107

Appendix F

Action Requested to resolve your Complaint.
I would like this matter seriously investigated, and the appropriate action taken.  Furthermore

I do not wish to be threatened, retaliated on or otherwise hassled for bringing forth this matter.

Offender Signature: _____ 700474 _____ Date: May 9th 2018

Grievance Response:

Your complaint has been reviewed.  Investigation revealed no evidence to substantiate your allegation of staff use of profanity or of any staff misconduct.  No further action is warranted by this office.

Warden D. Fernandez

Signature Authority: _____   Date: JUL 2 7 2018

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:      *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant. Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Rec'd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Rec'd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Rec'd from Offender: | |
| Date Returned to Offender: | |

**Exhibit 1**

**108**

Appendix F

# TEXAS
# DEPARTMENT OF CRIMINAL JUSTICE

## OFFENDER GRIEVANCE PROGRAM

# NOTICE

All documentation that follows this sheet is restricted and confidential and is not to be released without the authorization of the administrator of offender grievances.

# RESTRICTED
# AND
# CONFIDENTIAL

**Exhibit 1**                                                    **109**

# GRIEVANCE INVESTIGATION WORKSHEET

Restricted & Confidential

| GRIEVANCE OFFICE USE ONLY | | | | STEP 1 ✕ |
|---|---|---|---|---|
| | | | | STEP 2 |

| Unit: ML | Investigator ID: I 1950 | | Date Initiated: 05/10/18 | Date Completed: 07/27/18 | Date Due: 06/19/18 |
|---|---|---|---|---|---|
| Offender Name: Fain, Roger | | | TDCJ No: | 00700474 Grievance Number: | 2018131019 |

| Issue Code: | EMERGENCY | ADA | ( ) | Property | ( ) | Use of Force (UOF) | ( ) |
|---|---|---|---|---|---|---|---|
| 810 | YES ( ) | Disciplinary | ( ) | Religion | ( ) | Harassment or Retaliation* | ( ) |
| | NO (✕) | Medical | ( ) | OPI Investigation | ( ) | PREA | ( ) |

*Harassment or Retaliation of Use of the Grievance Procedure, Access to Courts, or other Legal Activity

Note: Offenders are not allowed to review the grievance investigation worksheet at any time. For claims of sexual abuse, sexual assault, criminal acts by staff, Excessive or Unreported UOF, the investigation must be conducted by the Office of Inspector General (OIG) and the OIG Fact Sheet completed.

**Summary of Issue:** (Include date, time and location):

See Attached Narrative

**Requested Remedy:**

I would like this matter seriously investigated and the appropriate action taken. Furthermore i do not wish to be threatened, retaliated on or otherwise hassled for bringing forth this matter.

The following is to be completed and signed by the Investigating Official. Attach statements/supporting documentation, if applicable.

## Summary of Fact Finding Activity:

Statement - Lt. Garcia 1B/GP

## Suggested Response to Offender:

Your complaint has been reviewed. Investigation revealed no evidence to substantiate your allegation of staff use of profanity or of any staff misconduct. No further action is warranted by this office.

| OUTCOME CODE: D | RESOLUTION CODE: 2.0 | |
|---|---|---|
| Investigating official completes the section below: | | |
| Printed Name: J. Garcia | Signature: | |
| Title: Investigator III | Date: | 07/27/18 |

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP-03.77 and AD-0382. It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures.

**Exhibit 1**                                                          **110**

parte

# GRIEVANCE INVESTIGATION WORKSHEET

PAST DUE

| Official Statement | | | |
|---|---|---|---|

Unit: **ML**  Staff Name: Lt. Garcia 1B/GP   Grievance #: 2018131019   Date: 05/10/18

Offender Name: Fain, Roger   TDCJ#: 00700474   Housing Location: 19Y-007

In accordance with BP 03.77, you are required to participate in this investigation as noted. Address each allegation thoroughly. **Do not respond with indefinite answers such as "I don't know" or "I have no knowledge of".** If you have no knowledge, explain the reason why. (e.g., I was on vacation; I was not assigned there, etc.) Your answers are to be factual, professional, and complete. Do not include opinions or unrelated comments. Remember, the Executive Director, Office of the Inspector General (OIG), Attorney General's Office and State and Federal Court Officials may review your response. **All grievances are confidential and may not be discussed between you and the offender or with other individuals.** You are expected to return this investigation within 10 working days of receipt. Additional time may be requested by contacting the grievance investigator. Sign and date the form in the designated locations when completed and return it to the Unit Grievance Office. If you were provided a narrative copy of the grievance, it must also be returned to the Unit Grievance Office. **The grievance may not be duplicated or shared with the accused staff member.**

## Please Provide the Following Documents

☐ Participant(s) Statement _____
☐ Witness (es) Statement (signed) _____
☐ Activity Logs (Recreation, Shower, Feeding)   ☐ Other _____
☐ Shift Roster   ☐ Staff or Offender Protection Investigation
☐ Ingress/Egress Log   ☐ Property Inventory Forms
☐ Property Confiscation Form   ☐ Property Logs

ALLEGATIONS:

Please see attached and address all allegations.

EMPLOYEE STATEMENT: *(handwritten)* At no time did I tell the offender that I didn't care about medical restrictions. Any offender with lifting/medical restrictions were provided with a cart. All other offenders were instructed to remove their property in one trip. However I will allow them to make multiple stops/trips within the one trip to avoid offenders from walking back and forth unsupervised.

PRINTED NAME: *(handwritten)* Garcia

SIGNATURE: *(handwritten)* Garcia   1B/GP

DATE: 7-9-18

RANK/TITLE: Lt

SHIFT/DEPARTMENT:

SUPERVISOR COMMENTS: *(handwritten)* Lt Garcia denied using profanity also denied showing indifference to the plight of offenders on medical restriction dump the cell down Lt Garcia actions were consistent with AD 3.31. Lt EK does proper.

PRINTED NAME: *(handwritten)* Luke Chukun  Lee

SIGNATURE: *(handwritten)*   1B/GP

DATE: 07/17/18

RANK/TITLE:

SHIFT/DEPARTMENT:

**Exhibit 1**   **111**

OG-01 Rev. 07/2016

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On May 8th 2018, approxiamtely 11:30 am, Lt. Garcia came into Y-Dorm and told all of us to pack it up, and she stated that we were required to make the move into the gym with all of our property in one move. I told Lt. Garcia that I have medical restrictions that prohibits me from lifting more than 10 pounds. She told me that she didn't give a s--t about my restrictions, that she had contacted the medical department and that they instructed her that any and all restric- were for "Work related only" and did not manner outside of the work place.

I stacked up my property, and she then instructed me to "drag" my property, unbagged, and loose on my sheet. This action not only damaged the sheet beyond repair, some of my property was also damaged. (I still have the sheet, and I will hold it until this matter is resolved. The wanton destruction of State property by a ranking officer and/or official is in violation of TDC Policies, Procedures and Rules).

During the shakedown procedure, Lt. Garcia violated the following Guidelines of Employees. PD-22 #7, Substandard Duty Performance; PD-22 #14, Use Of Profane & Vulgar/Abusive Language; PD-22 #23, Mistreatment Of Offenders; PD-22 #29, Damage, Destruction Of Property Owned or Leased By TDCJ; PD-22 #37, Misconduct.

I have raised the issue of PD-22 #37, Misconduct - An employee is prohibited from engaging in any activity that would have an adverse impact upon the integrity or productivity of the em- ployee or the Agency. In this case Lt. Garcia's actions were harmful, setting a bad example to the employees, quite a few new within a matter of months, that Profane, Vulgar language and/or treatment was permissible in the way an Offender was treated during a shakedown, or at any other time. Her actions, if not audio, visual was captured on the cameras in 19 gym, rec yard, and 18 gym.

I-127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix F

**Exhibit 1**                                    **112**

| Step 1 | ☒ | Grievance # | Offender Name | TDCJ # | Unit |
|--------|---|-------------|---------------|--------|------|
| Step 2 | ☐ | 2018131019 | FAIN, ROGER | 700474 | ML |



## Texas Department of Criminal Justice

### *NOTICE OF EXTENSION*

### *Offender Grievance Office*

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82, "Management of Offender Grievances,", you are hereby notified that additional time is necessary to complete the investigation of your:

**Step 1 Grievance:** (*check the applicable box*)

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☒ An additional 40 days is needed for appropriate response to your grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 1 grievance.

**Step 2 Grievance:** (*check the applicable box*)

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

J. Garcia, Investigator III
_____
Name and Title

06/19/18
_____
Date

**Original – Send to the Offender**
Copy – Attach to the Grievance

**Exhibit 1**

| Step 1 |   | Grievance # | Offender Name | TDCJ # | Unit |
|--------|---|-------------|---------------|--------|------|
| Step 2 | X | 2018131019 | FAIN, ROGER | 700474 | ML |



Texas Department of Criminal Justice
**NOTICE OF EXTENSION**
Offender Grievance Office

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82, "Management of Offender Grievances,", you are hereby notified that additional time is necessary to complete the investigation of your:

**Step 1 Grievance:** (*check the applicable box*)

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 1 grievance.

**Step 2 Grievance:** (*check the applicable box*)

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☒ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

L. PELITIRE, REGION IV INVESTIGATOR
Name/Title

09/04/2018
Date

**Original – Send to the Offender**
Copy – Attach to the Grievance

**Exhibit 1**

**114**

Appendix M

| Step 1 |   | Grievance # | Offender Name | TDCJ # | Unit |
|--------|---|-------------|---------------|--------|------|
| Step 2 | X | 2018131019  | FAIN, ROGER   | 700474 | ML   |



Texas Department of Criminal Justice
**NOTICE OF EXTENSION**
Offender Grievance Office

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82, "Management of Offender Grievances,", you are hereby notified that additional time is necessary to complete the investigation of your:

**Step 1 Grievance:** (*check the applicable box*)

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 1 grievance.

**Step 2 Grievance**: *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☒ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

L. PELITIRE, REGION IV INVESTIGATOR
Name/Title

09/04/2018
Date

**Original – Send to the Offender**
Copy – Attach to the Grievance

**Exhibit 1**

**115**

Appendix M

## GRIEVANCE INVESTIGATION WORKSHEET

\* Restricted & Confidential

| GRIEVANCE OFFICE USE ONLY | | | | | | | | | | | STEP 1 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | STEP 2 | X | |
| Unit | R4 | INV ID: | I2197 | GR # | 2018131019 | Date Initiated: | 10/15/18 | Date Completed: | | 10/15/18 | Due Date | | 10/20/2018 |
| Offender Name: | FAIN, ROGER | | | | | TDCJ No: | 700474 | | Housing: | ML | | | |

| Issue Code: | | EMERGENCY | | ADA | ( ) | Property | | ( ) | Use of Force (UOF) | | ( ) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | | YES | ( ) | Disciplinary | ( ) | Religion | | ( ) | Harassment or Retaliation* | | ( ) |
| | | NO | (X) | Medical | ( ) | OPI Investigation | | ( ) | PREA | | ( ) |

*Harassment or Realiation of Use of the Grievance Procedure, Access to Courts, or other Legal Activity

Note: Offenders are not allowed to review the grievance investigation worksheet at any time. For claims of sexual abuse, sexual assault, criminal acts by staff, Excessive or Unreported UOF, the investigation must be conducted by the Office of Inspector General (OIG) and the OIG Fact Sheet completed.

**Summary of Issue:** *(Include date, time and location):*

Offender is claiming that Lt. Garcia advised them to pack up their belongings and go to the gym. Offender claims that he advised Lt. that he was on restrictions and that Lt. Garcia told him that she didn't give a shit about his restrictions and that it only applied to work. Offender claims that he should not be lifting more than 10 pounds. Offender claims he did what he was instructed and dragged his property in his sheet which was damaged. Offender claims that Lt. Garcia violated PD22.

**Requested Remedy:**

I would like this matter investigated and appropriate action taken. Furthermore, I do not wish to be threatened, retaliated on or otherwise hassled for bringing forth this matter.

The following is to be completed and signed by the Investigating Official. Attach statements/supporting documentation, if applicable.

**Summary of Fact Finding Activity:**

Lt. Garcia statement

**Suggested Response to Offender:**

Your complaint has been noted and was appropriately addressed at step one. You failed to provide names of witnesses or any evidence to collaborate your allegations. No further action warranted.

| OUTCOME CODE: | D | RESOLUTION CODE: | 2.02 | *(Grievance Office Use Only)* |
|---|---|---|---|---|

Investigating official completes the section below:

| Printed Name: | Lisa Pelitire | Signature: | |
|---|---|---|---|
| Title: | AA IV | Date: | October 15, 2018 |

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP-03.77 and AD-0382. It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures.

**Exhibit 1**                    **116**

OG-01 Rev. 07/2016

Offender Grievance Operations Manual
Appendix H

AFFIDAVIT

THE STATE OF **TEXAS** §

COUNTY OF **WALKER** §

BEFORE ME, the undersigned authority, on this day personally appeared Jessica Riley, who, being by me duly sworn, deposed as follows:

My name is Jessica Riley and I am an employee of the Texas Department of Criminal Justice (TDCJ), a governmental agency. I am over 21 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of records for the Inmate Grievance Department, a part of the TDCJ located in Huntsville, Texas. Attached are true and correct copies of *the grievance records for Inmate Fain, Roger E., TDCJ #700474, CN#5.20-CV-001149, for the time period of 1/1/2016 to 12/12/2020*, which are kept by the TDCJ in the regular course of its business activity. The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ, and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

I declare under penalty of perjury that the foregoing is true and correct.

"Further Affiant sayeth not."

_Jessica Riley_
**Jessica Riley**
Manager II
Offender Grievance, ARRM
Texas Department of Criminal Justice

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned notary public, on the 14th day of DECEMBER, 2020.

_signature_
NOTARY PUBLIC, STATE OF TEXAS

> **CATHY MARTINEZ**
> Notary Public-State of Texas
> Notary ID #13259225-6
> Commission Exp. JULY 22, 2024
> **Notary without Bond**

Cathy Martinez
Notary's Printed Name

My Commission Expires:
July 22, 2024

**Exhibit 1**                                                                                                    **117**



**Texas Department of Criminal Justice**

# STEP 2     OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: 201808158 6 |
| UGI Recd Date: APR 27 2018 |
| HQ Recd Date: MAY 0 2 2018 |
| Date Due: 6·4 |
| Grievance Code: 500 |
| Investigator ID#: 2197 |
| Extension Date: 7·16 |

Offender Name: Roger Fain     TDCJ # 00700474

Unit: McConnell Unit     Housing Assignment: 19 Building Y-007

Unit where incident occurred: McConnell Unit - A-Turnout

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

The Assistant Wardens response leaves alot to be desired. It does not address the issue of what the Step-1 stated and that was as a working I was fed exactually the same thing as those who do not work, who do nothing productive on and/or for the Unit.

Warden Furr states that as a worker I am fed what he refers to as a "Modified Hot Meal" he states this is a "Policy" which none exists. What he refers to as a modified hot meal is what ever is prepared, sacked up, is what is fed to those that work just as those who don't work.

Workers are allegedly per TDCJ-CID Policy to be given hot meals, clean clothes, and showers if they work. The issue here isn't concerning the clothes or showers, but the hot meals that are quite the norm on the McConnell Unit doesn't seem to believe that those that work should be treated any differently than those that never work.

The sack meals on the McConnell Unit are not nuurishing, wholesome or healthy. They at the very least allow for calorie count, but leave the Offender wanting in a proper, well balanced diet. The lack of a proper balanced diet allows for Offenders to have down the road serious medical issues such as diabetes, or other health related issues.

---

I-128 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Exhibit 1

118

Appendix G

**Offender Signature:** _[signature] 00474_   **Date:** April 26, 2018

**Grievance Response:**

Your complaint has been noted and appropriately addressed in Step One.  All meals are prepared in accordance with Texas Government Code 501.003.  This policy indicates that inmates housed in facilities operated by TDCJ are fed good and wholesome food, prepared under sanitary conditions, and provided in sufficient quantity and reasonable variety.  Policy does not stipulate that hot meals must be served.  All sack meals provided are in accordance with TDCJ policy and procedures and this also includes the correct caloric count for every meal served.  No further action warranted.

P. Chapa, Assistant Region IV Director

**Signature Authority:** _[signature]_   **Date:** 06/13/2018

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

| Initial Submission | CGO Initials: _____ |
|---|---|

Date UGI Recd:

Date CGO Recd:

(check one) ____ Screened ____ Improperly Submitted

Comments:

Date Returned to Offender:

| 2nd Submission | CGO Initials: _____ |
|---|---|

Date UGI Recd:

Date CGO Recd:

(check one) ____ Screened ____ Improperly Submitted

Comments:

Date Returned to Offender:

| 3rd Submission | CGO Initials: _____ |
|---|---|

Date UGI Recd:

Date CGO Recd:

(check one) ____ Screened ____ Improperly Submitted

Comments:

Date Returned to Offender:

**Exhibit 1**

I-128 Back (Revised 11-2010)

Appendix G

## Texas Department of Criminal Justice

**STEP 1** **OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance #: 2018081586

Date Received: 2|2|2018

Date Due: 03|14|2018

Grievance Code: 500

Investigator ID #: 1254 1950

Extension Date: 04|23|18

Date Retd to Offender: APR 23 2018

Offender Name: __Roger Fain__  TDCJ # __00700474__

Unit: __McConnell__  Housing Assignment: __19 Y-007__

Unit where incident occurred: __McConnell - A-Turnout__

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? __Sgt. Martin was at A-Turnout__  When? __01-29-18__

What was their response? __When asked about why we're getting Johnnies, I was told to "Live with it..."__

What action was taken? __After working a shift, Johnnies were served to the Garment Factory workers__

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Monday, January 29th 2018, when the P.M. Garment Factory came in they were informed that they would be given Johnnies for the last meal, I am general population, I work an assigned job yet I am treated worse than Agg-Seg offenders who are for the most part disruptive, and disciplinary problems and do not produce any type of benefits for the Unit, yet they receive hot meals unless they are being shook-down.

My understanding of TDCJ-CID Rules is that if you work, you receive a hot meal; if you work you receive a shower; and if you work you receive clean clothes. Maintenance workers receive hot meals, inside yard and other work squads receive hot meals, yet on a regular basis the Garment Factory workers receive Johnnies and are expected to fall out for work in the A.M. or after working P.M. they often receive a Johnnie.

What is also a problem is how a ranking officer addresses legitimate questions from an Offender with responses such as "Live with it..." Ranking officers are where Offenders are to turn when they cannot get a reply from a COVI, to have a ranking officer reply to a question concerning a properly submitted question with an answer that is off the wall shows a total lack of professionalism and training. Given the same response by an Offender, that Offender would be locked up, and a disciplinary case written on him.

**Action Requested to resolve your Complaint.**
Would like to understand why Johnnies are necessary to serve when the Unit isn't locked down nor
is the Unit short of staff.

Offender Signature: _____          Date: __02-02-18__

Grievance Response:

An investigation was conducted into your complaint. Investigation reveals that administration makes daily calls to food service whether to feed hot meals or sack meals. If sack meals are called for that day, a modified hot meal is fed at lunch to all workers that are currently out working. Therefore, all working offenders are fed adequately according to policy. No further action is warranted by this office.

**Warden C. Furr**

Signature Authority: _____          Date: _____APR 2 0 2018__

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

Returned because:       *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant. Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**Exhibit 1**

121

Appendix F

# TEXAS
# DEPARTMENT OF CRIMINAL JUSTICE

## OFFENDER GRIEVANCE PROGRAM

# NOTICE

All documentation that follows this sheet is restricted and confidential and is not to be released without the authorization of the administrator of offender grievances.

# RESTRICTED
# AND
# CONFIDENTIAL

**Exhibit 1**                    **122**

## GRIEVANCE INVESTIGATION WORKSHEET

Restricted & Confidential

| GRIEVANCE OFFICE USE ONLY | STEP 1 X |
|---|---|
| | STEP 2 |

| Unit: ML | Investigator ID: J 2547 | Date Initiated: 02/02/18 | Date Completed: 04/20/18 | Date Due: 03/14/18 |
|---|---|---|---|---|
| Offender Name: Fain, Roger | | TDCJ No: | 700474 Grievance Number: 2018081586 | |

| Issue Code: 500 | EMERGENCY<br>YES ( )<br>NO (×) | ADA ( )<br>Disciplinary ( )<br>Medical ( ) | Property ( )<br>Religion ( )<br>OPI Investigation ( ) | Use of Force (UOF) ( )<br>Harassment or Retaliation* ( )<br>PREA ( ) | (×)<br>( )<br>( ) |

*Harassment or Retaliation of Use of the Grievance Procedure, Access to Courts, or other Legal Activity

Note: Offenders are not allowed to review the grievance investigation worksheet at any time. For claims of sexual abuse, sexual assault, criminal acts by staff, Excessive or Unreported UOF, the investigation must be conducted by the Office of Inspector General (OIG) and the OIG Fact Sheet completed.

**Summary of Issue:** *(Include date, time and location):*

See attached narrative.

**Requested Remedy:**

Would like to understand why johnnes are necessary to serve when the nit isn't locked down nor is the unit short of staff.

The following is to be completed and signed by the Investigating Official. Attach statements/supporting documentation, if applicable.

**Summary of Fact Finding Activity:**

Sent to:
Food Service

**Suggested Response to Offender:**

An investigation was conducted into your complaint. Investigation reveals that administration makes daily calls to food service whether to feed hot meals or sack meals. If sack meals are called for that day, a modified hot meal is fed at lunch to all workers that are currently out working. Therefore, all working offenders are fed adequately according to policy. No further action is warranted by this office.

**OUTCOME CODE:** D     **RESOLUTION CODE:** 2.01

Investigating official completes the section below:

**Printed Name:** V. Garcia     **Signature:** V. Garcia

**Title:** Investigator II     **Date:** 04/20/18

This grievance is being processed in an effort to resolve a problem through the established procedure of BP-03.77 and AD-0382. It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures.

**Exhibit 4**     123

| Step 1 | ☒ | Grievance # | Offender Name` | TDCJ# | Unit |
|--------|---|-------------|-----------------|-------|------|
| Step 2 | ☐ | 2018081586 | FAIN, ROGER | 700474 | ML |



## Texas Department of Criminal Justice

### *NOTICE OF EXTENSION*

### *Offender Grievance Office*

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82, "Management of Offender Grievances,", you are hereby notified that additional time is necessary to complete the investigation of your:

<u>Step 1 Grievance:</u> *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☒ An additional 40 days is needed for appropriate response to your grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 1 grievance.

<u>Step 2 Grievance</u>: *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

J. Garcia, Investigator II
_____                    03/14/18
Name and Title                              _____
                                            Date

**Original – Send to the Offender**
Copy – Attach to the Grievance

**Exhibit 1**                                                **124**

Offender Grievance Operations Manual
Appendix M

## GRIEVANCE INVESTIGATION WORKSHEET

# 2nd Notice

| Official Statement |
|---|

| Unit: | ML | Staff Name: | Food Service | Grievance #: | 2018081586 | Date: | 02/02/18 |
|---|---|---|---|---|---|---|---|

| Offender Name: | Fain, Roger | TDCJ#: 700474 | Housing Location: 19Y-007 |
|---|---|---|---|

In accordance with BP 03.77, you are required to participate in this investigation as noted. Address each allegation thoroughly. Do not respond with indefinite answers such as "I don't know" or "I have no knowledge of". If you have no knowledge, explain the reason why. (e.g., I was on vacation; I was not assigned there, etc.) Your answers are to be factual, professional, and complete. Do not include opinions or unrelated comments. Remember, the Executive Director, Office of the Inspector General (OIG), Attorney General's Office and State and Federal Court Officials may review your response. All grievances are confidential and may not be discussed between you and the offender or with other individuals. You are expected to return this investigation within 10 working days of receipt. Additional time may be requested by contacting the grievance investigator. Sign and date the form in the designated locations when completed and return it to the Unit Grievance Office. If you were provided a narrative copy of the grievance, it must also be returned to the Unit Grievance Office. The grievance may not be duplicated or shared with the accused staff member.

### Please Provide the Following Documents

| | |
|---|---|
| ☐ Participant(s) Statement | |
| ☐ Witness (es) Statement (signed) | |
| ☐ Activity Logs (Recreation, Shower, Feeding) | ☐ Other |
| ☐ Shift Roster | ☒ Staff or Offender Protection Investigation |
| ☐ Ingress/Egress Log | ☐ Property Inventory Forms |
| ☐ Property Confiscation Form | ☐ Property Logs |

ALLEGATIONS:

See attached narrative.

EMPLOYEE STATEMENT:

_____

_____

_____

_____

| PRINTED NAME | SIGNATURE | DATE |
|---|---|---|

| RANK/TITLE | SHIFT/DEPARTMENT | |
|---|---|---|

SUPERVISOR COMMENTS: _Administration male calls daily on Hot meals or Sackmeals. Barry said if Sackmeals are called for they do feed a hot lunch to all cooks that a cooking and working Barry they will have a modify meal to prober a Hot Meal for works So they are provided hot meals at lunch_

| PRINTED NAME | SIGNATURE | DATE |
|---|---|---|
| W~d | | 3-13-18 |

| RANK/TITLE | SHIFT/DEPARTMENT | |
|---|---|---|
| Bar | H/FS | |

**Exhibit 1** **125**

OG-01 Rev. 07/2016

Offender Grievance Operations Manual

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt. Martin was at A-Turnout          When? 01-29-18

What was their response? When asked about why we're getting Johnnies, I was told to "Live with it..."

What action was taken? After working a shift, Johnnies were served to the Garment Factory workers

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Monday, January 29th 2018, when the P.M. Garment Factory came in they were informed that they would be given Johnnies for the last meal, I am general population, I work an assigned job yet I am treated worse than Agg-Seg offenders who are for the most part disruptive, and disciplinary problems and do not produce any type of benefits for the Unit, yet they receive hot meals unless they are being shook-down.

My understanding of TDCJ-CID Rules is that if you work, you receive a hot meal; if you work you receive a shower; and if you work you receive clean clothes. Maintenance workers receive hot meals, inside yard and other work squads receive hot meals, yet on a regular basis the Garment Factory workers receive Johnnies and are expected to fall out for work in the A.M. or after wotking P.M. they often receive a Johnnie.

What is also a problem is how a ranking officer addresses legitimate questions from an Offender with responses such as "Live with it..." Ranking officers are where Offenders are to turn when they cannot get a reply from a COVI, to have a ranking officer reply to a question concerning a properly submitted question with an answer that is off the wall shows a total lack of professionalism and training. Given the same response by an Offender, that Offender would be locked up, and a disciplinary case written on him.

I-127 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

Appendix F

**Exhibit 1**                                        **126**

| Step 1 | | Grievance # | Offender Name | TDCJ # | Unit |
|--------|---|-------------|---------------|--------|------|
| Step 2 | X | 2018081586 | FAIN, ROGER | 700474 | ML |



Texas Department of Criminal Justice
**NOTICE OF EXTENSION**
Offender Grievance Office

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82, "Management of Offender Grievances,", you are hereby notified that additional time is necessary to complete the investigation of your:

**Step 1 Grievance:** (*check the applicable box*)

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 1 grievance.

**Step 2 Grievance:** (*check the applicable box*)

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☒ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

L. PELITIRE, REGION IV INVESTIGATOR        06/06/2018
Name/Title                                            Date

**Original – Send to the Offender**
Copy – Attach to the Grievance

**Exhibit 1**                          **127**

Appendix M

| Step 1 |   | Grievance # | Offender Name | TDCJ # | Unit |
|--------|---|-------------|---------------|--------|------|
| Step 2 | X | 2018081586 | **FAIN, ROGER** | 700474 | ML |



Texas Department of Criminal Justice
**NOTICE OF EXTENSION**
Offender Grievance Office

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82, "Management of Offender Grievances,", you are hereby notified that additional time is necessary to complete the investigation of your:

**Step 1 Grievance:** (*check the applicable box*)

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 1 grievance.

**Step 2 Grievance:** (*check the applicable box*)

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☒ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

L. PELITIRE, REGION IV INVESTIGATOR
Name/Title

06/06/2018
Date

**Original – Send to the Offender**
Copy – Attach to the Grievance

**Exhibit 1**

**128**

Appendix M

## GRIEVANCE INVESTIGATION WORKSHEET

Restricted & Confidential

| GRIEVANCE OFFICE USE ONLY | | | | | | | | | | STEP 1 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | STEP 2 | X | |
| Un it | R4 | INV ID: | 12197 | GR# | 2018081586 | Date Initiated: | 07/13/18 | Date Completed: | | 07/13/18 | Due Date | 07/16/18 |
| Offender Name: | | FAIN, ROGER | | | | TDCJ No: | 700474 | | Housing: | ML | | |

| Issue Code: | | EMERGENCY | | ADA | ( ) | Property | | ( ) | Use of Force (UOF) | | ( ) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 500 | | YES | ( ) | Disciplinary | ( ) | Religion | | ( ) | Harassment or Retaliation* | | ( ) |
| | | NO | ( X ) | Medical | ( ) | OPI Investigation | | ( ) | PREA | | ( ) |

*Harassment or Retaliation of Use of the Grievance Procedure, Access to Courts, or other Legal Activity

Note: Offenders are not allowed to review the grievance investigation worksheet at any time. For claims of sexual abuse, sexual assault, criminal acts by staff, Excessive or Unreported UOF, the investigation must be conducted by the Office of Inspector General (OIG) and the OIG Fact Sheet completed.

**Summary of Issue:** *(Include date, time and location):*

Offender claims that they were advised that they would receive johnnies as their last meal and that Ad. Seg. offenders who are disruptive and disciplinary problems receive hot meals unless they are being shook down.

**Requested Remedy:**

Would like to understand why johnnies are necessary to serve when the Unit isn't locked down nor is the Unit short of staff.

The following is to be completed and signed by the Investigating Official. Attach statements/supporting documentation, if applicable.

**Summary of Fact Finding Activity:**

Food Service statement

**Suggested Response to Offender:**

Your complaint has been noted and appropriately addressed in Step One. All meals are prepared in accordance with Texas Government Code 501.003. This policy indicates that inmates housed in facilities operated by TDCJ are fed good and wholesome food, prepared under sanitary conditions, and provided in sufficient quantity and reasonable variety. Policy does not stipulate that hot meals must be served. All sack meals provided are in accordance with TDCJ policy and procedures and this also includes the correct caloric count for every meal served. No further action warranted.

06/18/2018

| OUTCOME CODE: | D | RESOLUTION CODE: | 2.01 | (Grievance Office Use Only) |
|---|---|---|---|---|

Investigating official completes the section below:

| Printed Name: | L. Pelitire | Signature: | |
|---|---|---|---|
| Title: | AA IV | Date: | July 13, 2018 |

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP-03.77 and AD-0382. It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures.

**Exhibit 1**

**129**

OG-01 Rev. 07/2016

Offender Grievance Operations Manual
Appendix H



**Texas Department of Criminal Justice**

# STEP 2    OFFENDER
GRIEVANCE FORM

Offender Name: ___Roger Fain_____ TDCJ # ___00700474___

Unit: __McConnell_____ Housing Assignment ___19 Building Y-Dorm___

Unit where incident occurred: __19 Building Y-Dorm_____

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Grievance #</td><td>2018025778</td></tr>
<tr><td>UGI Rcvd Date:</td><td>DEC 2 0 2017</td></tr>
<tr><td>HQ Rcvd Date:</td><td>DEC 2 8 2017</td></tr>
<tr><td>Date Due:</td><td>1.29</td></tr>
<tr><td>Grievance Code:</td><td>815,999</td></tr>
<tr><td>Investigator ID#:</td><td></td></tr>
<tr><td>Extension Date:</td><td></td></tr>
</table>

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

Give reason for appeal (Be Specific). _I am dissatisfied with the response at Step 1 because..._

It is obvious that the Warden's response is just a blow-off of the issue presented to him as well as many others. When an issue is brought forth with numerous Offender's stating the same thing, not only from the same Dorm, but from others and the Grievance Investigator finds that the "Investigation Failed To Produce Substantial Evidence To Support Your Allegations..." some thing is seriously flawed with the investigation of said claim, and the investigator who fails to properly investigate the issues brought forth.

It is apparent to me that the investigator's investigation was just to ask the Officer involved in the incident grieved if the matter is true or not??? Name one Officer working for TDCJ-CID who would admit wrong doing in any type of investigation. When asked it is appearent Officer Martinez stated he did nothing wrong, that he was only doing his assigned job...

My Step-I states a number of claims that are all from the same incident, and since this Office only recognizes "One Issue Per Grievance" here is my issue I wish to put forth, the Grievance Procedure On THe McConnell Unit Is A Joke, and that is the gist of my issue.

Offender Signature: _____     Date: December 16th 2017

Grievance Response:

Signature Authority: _____     Date: _____

Returned because:   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☒ 3. Originals not submitted. *   Signature

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

OFFICE USE ONLY

Initial Submission          CGO Initials: ___

Date UGI Recd: ___12-20___

Date CGO Recd: ___12-28-17___

(check one) __✓__Screened   ____ Improperly Submitted

Comments ___* 3___

Date Returned to Offender: ___1-23-18___

2ⁿ Submission          CGO Initials: _____

Date UGI Recd _____

Date CGO Recd _____

(check one) ____ Screened   ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3ʳ Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened   ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**Exhibit 1**

**131**

I-128 Back (Revised 11-2010)          Appendix G



**Texas Department of Criminal Justice**

**STEP 1**  **OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
| --- |
| Grievance #: 2018025778 |
| Date Received: 10.18.17 |
| Date Due: 11.27.17 |
| Grievance Code: 815 |
| Investigator ID #: ~~1550~~ 2475 |
| Extension Date: 1-6 |
| Date Retd to Offender: DEC 15 2017 |

Offender Name: ROGER FAIN   TDCJ # 00700474
Unit: MCCONNELL   Housing Assignment: 19 Y 007
Unit where incident occurred: MCCONNELL, DORM 19 Y

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? ASKED FOR RANK,   When? 10-17-17

What was their response? RANK WAS NOT CALLED, IN FACT IT WAS DENIED

What action was taken? NONE

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

AT APPROXIMATELY 11:25 PM, 10-17-17, OFFICER MARTINEZ, COULD
BEGAN TO WAKE ALL OFFENDERS ON Y-DORM, AND STATED THAT
THEY HAD TO STAND AT THE END OF THEIR CUBICLES, AND HAND
HIM THEIR I.D. CARDS, FAILING TO DO SO, OFFICER MARTINEZ
MADE AN ISSUE OUT OF IT BY HAVING ANOTHER OFFICER (NEW
BOOT, NAME UNKNOWN), INDICATE THE BUNK NUMBER ON AN-
OTHER PIECE OF PAPER.
THE CAMERAS WILL SHOW THAT ALL OFFENDERS COMPLIED WITH
WHAT APPEARS TO BE AN UNLAWFUL ORDER, BUT FAILING TO
INSTANTLY COMPLY WITH OFFICER MARTINEZ'S ORDER GOT YOUR
BUNK NUMBER WRITTEN DOWN, WITH THE THREAT OF A DISCIPLINARY
CASE.
OFFICER MARTINEZ IN HIS UNAUTHORIZED ROSTER COUNT BY
WAKING OFFICERS AFTER 11:00 PM VIOLATES PD-22, RULES #7,
#20, (OFFICER MARTINEZ IS THE ONLY OFFICER WHO WAKES OF-
FENDERS TO PRESENT THEIR ID'S) #33 (IN THIS CASE DENYING
OFFENDER'S ADEQUENT SLEEP) #37 (THIS BY EXHIBITING DIS-
RUPTIVE BEHAVIOR IN THE WORKPLACE),
OFFICER MARTINEZ'S BEHAVIOR IS CAUSING A HOSTILE WORK
ENVIRONMENT FOR OTHER OFFICERS BY CAUSING OFFENDERS TO
BE WAKENED BASED ON A RULE, POLICY, PROCEDURE THAT ONLY
OFFICER MARTINEZ KNOWS, APPLIES, OR ENFORCES, OFFICERS ARENT

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM

**Exhibit 1**

132 (OVER)

Appendix F

PERMITTED TO IMPLIMENT A POLICY THAT DOESN'T EXIST. THE
OFFICER HAS THE OPPORTUNITY TO HAVE OFFENDERS STAND UP
PRESENT ID'S AT THE 8:00 PM ROSTER COUNT, WHEN OFFENDERS
ARE STILL AWAKE.
OFFICER MARTINEZ APPEARS TO TAKE PLEASURE IN WAKING UP
SLEEPING OFFENDERS NOT ONLY FOR COUNT/ID PRESENTATION
BUT HIS POLICY OF PASSING OUT MAIL AFTER LIGHTS OUT.
THIS ISN'T THE FIRST TIME OFFICER MARTINEZ HAS BEEN
GRIEVEN FOR THIS SAME PROCEDURE, AND IT IS DOUBTFUL IT
WILL BE RESOLVED BY THIS PROCEDURE OF DOING A GRIEVANCE.

**Action Requested to resolve your Complaint.**
OFFENDEN WORK EARLY AND SLEEP IS NECESSARY, ROSTER COUNT IS
CONDUCTED A 8:00 PM, ID'S CAN BE "PERSONALLY" PRESENTED AT THAT TIME

Offender Signature: _Roger Fan_   (SUBMITTED @ 3:00 AM) Date: _10-17-17_

**Grievance Response:** Your claim has been reviewed. Investigation failed to produce substantiated evidence to support your allegations against Officer Martinez. Count procedures are a very important part of security measures, therefore, it is very important that all offenders are accounted for. Officer Martinez is performing his job duties accordingly. No further action warranted by this office.

Signature Authority: _C. Furr Mr_   **Warden C. Furr**   Date: **DEC 1 3 2017**

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:   *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____   **Exhibit 1**

**OFFICE USE ONLY**
Initial Submission        UGI Initials:
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
2nd Submission        UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission        UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: **133**

I-127 Back (Revised 11-2010)

# TEXAS
# DEPARTMENT OF CRIMINAL JUSTICE

## OFFENDER GRIEVANCE PROGRAM

# NOTICE

All documentation that follows this sheet is restricted and confidential and is not to be released without the authorization of the administrator of offender grievances.

# RESTRICTED
# AND
# CONFIDENTIAL

**Exhibit 1**

**134**

Exhibit 1                                                                    135

## GRIEVANCE INVESTIGATION WORKSHEET

Restricted & Confidential

| GRIEVANCE OFFICE USE ONLY | STEP 1 X |
| | STEP 2 |

| Unit: ML | Investigator ID: I - 2475 | Date Initiated: 10/18/17 | Date Completed: 12/13/17 | Date Due: 11/27/17 |
| Offender Name: Fain, Roger | | TDCJ No: 00700474 | Grievance Number: 2018025778 |

| Issue Code: 815 | EMERGENCY<br>YES ( )<br>NO (×) | ADA ( )<br>Disciplinary ( )<br>Medical ( ) | Property ( )<br>Religion ( )<br>OPI Investigation ( ) | Use of Force (UOF) ( )<br>Harassment or Retaliation* ( )<br>PREA ( ) |

*Harassment or Retaliation of Use of the Grievance Procedure, Access to Courts, or other Legal Activity

Note: Offenders are not allowed to review the grievance investigation worksheet at any time. For claims of sexual abuse, sexual assault, criminal acts by staff, Excessive or Unreported UOF, the investigation must be conducted by the Office of Inspector General (OIG) and the OIG Fact Sheet completed.

**Summary of Issue:** (Include date, time and location):

See Attached Narrative

**Requested Remedy:**

The following is to be completed and signed by the Investigating Official. Attach statements/supporting documentation, if applicable.

**Summary of Fact Finding Activity:**

Sent to: Ofc. V. Martinez 2A/GP

SM - 01.03 Count Procedures

**Suggested Response to Offender:**

Your claim has been reviewed. Investigation failed to produce substantiated evidence to support your allegations against Officer Martinez. Count procedures are a very important part of security measures, therefore, it is very important that all offenders are accounted for. Officer Martinez is performing his job duties accordingly. No further action warranted by this office.

OUTCOME CODE: D     RESOLUTION CODE: 2.01

Investigating official completes the section below:

| Printed Name: M. Lugo | Signature: W. Lugo |
| Title: Investigator III | Date: 12/13/17 |

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP-03.77 and AD-0362. It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures.

**Exhibit 1**                    **136**

OG-01 Rev. 07/2016

Offender Grievance Operations Manual
Appendix H

Exhibit 1                                                         137

## GRIEVANCE INVESTIGATION WORKSHEET

| Official Statement |
| --- |

| Unit: | ML | Staff Name: | Ofc. V. Martinez 2A/GP | Grievance #: | 2018025778 | Date: | 10/18/17 |
| --- | --- | --- | --- | --- | --- | --- | --- |

| Offender Name: | | Fain, Roger | TDCJ#: | 00700474 | | Housing Location: | 19Y-007 |
| --- | --- | --- | --- | --- | --- | --- | --- |

In accordance with BP 03.77, you are required to participate in this investigation as noted. Address each allegation thoroughly. Do not respond with indefinite answers such as "I don't know" or "I have no knowledge of". If you have no knowledge, explain the reason why. (e.g., I was on vacation; I was not assigned there, etc.) Your answers are to be factual, professional, and complete. Do not include opinions or unrelated comments. Remember, the Executive Director, Office of the Inspector General (OIG), Attorney General's Office and State and Federal Court Officials may review your response. All grievances are confidential and may not be discussed between you and the offender or with other individuals. You are expected to return this investigation within 10 working days of receipt. Additional time may be requested by contacting the grievance investigator. Sign and date the form in the designated locations when completed and return it to the Unit Grievance Office. If you were provided a narrative copy of the grievance, it must also be returned to the Unit Grievance Office. The grievance may not be duplicated or shared with the accused staff member.

### Please Provide the Following Documents

☐ Participant(s) Statement _____
☐ Witness (es) Statement (signed) _____
☐ Activity Logs (Recreation, Shower, Feeding)      ☐ Other _____
☐ Shift Roster      ☐ Staff or Offender Protection Investigation
☐ Ingress/Egress Log      ☐ Property Inventory Forms
☐ Property Confiscation Form      ☐ Property Logs

ALLEGATIONS:

Please see attached and address all allegations.

EMPLOYEE STATEMENT: During a proper roster count, I order offenders to come to the end of the bunk to present their id for a proper roster count. If they fail to comply I do write a disciplinary case for disobeying orders. I do not take pleasure in waking up offenders but have to because it's how it's supposed to be done to properly identity offenders.

| Martinez V | V~ | 10/31/17 |
| --- | --- | --- |
| PRINTED NAME | SIGNATURE | DATE |

| CO III | 2A GP / security |
| --- | --- |
| RANK/TITLE | SHIFT/DEPARTMENT |

SUPERVISOR COMMENTS: Officer Martinez did conduct a proper roster count by waking the offenders up to verify their identity.

| [signature] | [signature] | 103-17 |
| --- | --- | --- |
| PRINTED NAME | SIGNATURE | DATE |

| [handwritten] | 2AGP |
| --- | --- |
| RANK/TITLE | SHIFT/DEPARTMENT |

Exhibit 1                                                                 138

OG-01 Rev. 07/2016

Offender Grievance Operations Manual
Appendix H

1127

Exhibit 1                                    139

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? ASKED FOR RANK _____ When? 10-17-17

What was their response? RANK WAS NOT CALLED, IN FACT IT WAS DENIED

What action was taken? NONE

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

AT APPROXIMATELY 11:25 PM, 10-17-17, OFFICER MARTINEZ, COI BEGAN TO WAKE ALL OFFENDERS ON Y-DORM, AND STATED THAT THEY HAD TO STAND AT THE END OF THEIR CUBICLES, AND HAND HIM THEIR ID CARDS, FAILING TO DO SO, OFFICER MARTINEZ MADE AN ISSUE OUT OF IT BY HAVING ANOTHER OFFICER (NEW BOOT, NAME UNKNOWN), INDICATE THE BUNK NUMBER ON AN-OTHER PIECE OF PAPER.

THE CAMERAS WILL SHOW THAT ALL OFFENDERS COMPLIED WITH WHAT APPEARS TO BE AN UNLAWFUL ORDER, BUT FAILING TO INSTANTLY COMPLY WITH OFFICER MARTINEZ'S ORDER GOT YOUR BUNK NUMBER WRITTEN DOWN, WITH THE THREAT OF A DISCIPLINARY CASE.

OFFICER MARTINEZ IN HIS UNAUTHORIZED ROSTER COUNT BY WAKING OFFICERS AFTER 11:00 PM VIOLATES PD-22, RULES #7, #20, (OFFICER MARTINEZ IS THE ONLY OFFICER WHO WAKES OF-FENDERS TO PRESENT THEIR ID'S) #33 (IN THIS CASE DENYING OFFENDER'S ADEQUENT SLEEP) #37 (THIS BY EXHIBITING DIS-RUPTIVE BEHAVIOR IN THE WORK PLACE),

OFFICER MARTINEZ'S BEHAVIOR IS CAUSING A HOSTILE WORK ENVIRONMENT FOR OTHER OFFICERS BY CAUSING OFFENDERS TO BE WAKENED BASED ON A RULE, POLICY, PROCEDURE THAT ONLY OFFICER MARTINEZ KNOWS, APPLIES, OR ENFORCES, OFFICERS AREN'T

I-127 Front (Revised 11-2010)      YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM      (OVER)

Appendix F ___

PERMITTED TO IMPLIMENT A POLICY THAT DOESN'T EXIST. THE OFFICER HAS THE OPPORTUNITY TO HAVE OFFENDERS STAND TO PRESENT ID'S AT THE 8:00 PM ROSTER COUNT, WHEN OFFENDERS ARE STILL AWAKE.

OFFICER MARTINEZ APPEARS TO TAKE PLEASURE IN WAKING UP SLEEPING OFFENDERS NOT ONLY FOR COUNT/ID PRESENTATION BUT HIS POLICY OF PASSING MAIL AFTER LIGHTS OUT. THIS ISN'T THE FIRST TIME OFFICER MARTINEZ HAS BEEN GRIEVED FOR THIS SAME PROCEDURE, AND IT IS DOUBTFUL IT

Exhibit 1

140

**Exhibit 1**                                    **141**

| Step 1 | ☒ | Grievance # | Offender Name | TDCJ # | Unit |
|--------|---|-------------|---------------|--------|------|
| Step 2 | ☐ | 2018025778 | Gain, Roger | 700474 | ML |



## Texas Department of Criminal Justice

### *NOTICE OF EXTENSION*

### *Offender Grievance Office*

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82, "Management of Offender Grievances,", you are hereby notified that additional time is necessary to complete the investigation of your:

**Step 1 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☒ An additional 40 days is needed for appropriate response to your grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 1 grievance.

**Step 2 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

_____          _____
         K. Fuentes, Clerk II                               11/14/17
Name and Title                                           Date

**Original – Send to the Offender**
Copy – Attach to the Grievance

**Exhibit 1**          Offender Grievance Operations Manual**142**
Appendix M

Exhibit 1

RESUBMISSION



**Texas Department of Criminal Justice**

**STEP 2**          **OFFENDER GRIEVANCE FORM**

Offender Name: Roger Fair          TDCJ # 700474

Unit: mL          Housing Assignment: 19 Building - Y Dorm

Unit where incident occurred: mL

OFFICE USE ONLY

Grievance #: 2018025778

UGI Recd Date: 1-29-18

HQ Recd Date: 2-5-18

Date Due: 3-14

Grievance Code: 815

Investigator ID #: 1722

Extension Date:

Exhibit 1          144



JAN 2 9 2018

**Texas Department of Criminal Justice**

**STEP 2**     OFFENDER
GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance # 2018025778 |
| I Grl Recd Date: DEC 2 0 2017 |
| HQ Recd Date: DEC 2 8 2017 |
| Date Due: 1.29 |
| Extension Date: 15,999 |
| Investigator ID: |
| Extension Date: |

Offender Name: __Roger Fain__     TDCJ # __00700474__

Unit: __McConnell__     Housing Assignment: __19 Building Y-Dorm__

Unit where incident occurred: __19 Building Y-Dorm__     __– 007__

*You must attach the completed Step 1 Grievance that has been answered by the Unit Warden to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).   *I am dissatisfied with the response to my Step 1 because....*

It is obvious that the Warden's response is just a blow-off of the issue presented to him
as well as many others.  When an issue is brought forth with numerous Offender's stating the
same thing, not only from the same Dorm, but from others and the Grievance Investigator finds
that the "Investigation Failed To Produce Substantial Evidence To Support Your Allegations..."
some thing is seriously flawed with the investigation of said claim, and the investigator who
fails to properly investigate the issues brought forth.

It is apparent to me that the investigator's investigation was just to ask the Officer in-
volved in the incident grieved if the matter is true or not???  Name one Officer working for
TDCJ-CID who would admit wrong doing in any type of investigation.  When asked it is appearent
Officer Martinez stated he did nothing wrong, that he was only doing his assigned job...

My Step-I states a number of claims that are all from the same incident, and since this
Office only recognizes "One Issue Per Grievance" here is my issue I wish to put forth, the
Grievance Procedure On THe McConnell Unit Is A Joke, and that is the gist of my issue.

I-128 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)
Appendix G

**Exhibit 1**     **145**

Offender Signature: _____     Date: December 16th 2017

Grievance Response:

Your complaint has been noted and was appropriately addressed at step one.  A bed book account is performed during nighttime hours when offenders are confined to their housing areas. It is a physical count of offenders that requires a verbal response and positive identification of the offender using the offender's identification card. There is no evidence to support your allegations of harassment. No further action warranted.

P. Chapa, Assistant Regional Director

Signature Authority: _____     Date: 03/12/2018

Returned because:   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☒ 3. Originals not submitted. *   Dignature

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

OFFICE USE ONLY

| Initial Submission | CGO Initials: |
|---|---|
| Date UGI Recd: | 12-20 |
| Date CGO Recd: | 12-28-17 |

(check one) ☒ Screened   ___ Improperly Submitted

Comments: * 3  Dignature

Date Returned to Offender: 1-23-18

| 2nd Submission | CGO Initials: |
|---|---|
| Date UGI Recd: | |
| Date CGO Recd: | |

(check one) ___ Screened   ___ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

| 3rd Submission | CGO Initials: |
|---|---|
| Date UGI Recd: | |
| Date CGO Recd: | |

(check one) ___ Screened   ___ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**Exhibit 1**

I-128 Back (Revised 11-2010)                                    Appendix G



**Texas Department of Criminal Justice**

## STEP 1

**OFFENDER GRIEVANCE FORM**

<table>
<tr><td colspan="2">**OFFICE USE ONLY**</td></tr>
<tr><td>Grievance #:</td><td>201802577778</td></tr>
<tr><td>Date Received:</td><td>10.18.17</td></tr>
<tr><td>Date Due:</td><td>11.27.17</td></tr>
<tr><td>Grievance Code:</td><td>815</td></tr>
<tr><td>Investigator ID #:</td><td>2475</td></tr>
<tr><td>Extension Date:</td><td>1-6</td></tr>
<tr><td>Date Retd to Offender:</td><td>DEC 15 2017</td></tr>
</table>

Offender Name: ROGER FAIN   TDCJ # 00700474
Unit: MCCONNELL   Housing Assignment: 19 Y 007
Unit where incident occurred: MCCONNELL, Dorm 19 Y

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? ASKED FOR RANK,   When? 10-17-17
What was their response? RANK WAS NOT CALLED, IN FACT IT WAS DENIED
What action was taken? NONE

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

AT APPROXIMATELY 11:25 PM, 10-17-17, OFFICER MARTINEZ, COLL BEGAN TO WAKE ALL OFFENDERS ON Y-DORM, AND STATED THAT THEY HAD TO STAND AT THE END OF THEIR CUBICLES, AND HAND HIM THEIR I.D. CARDS, FAILING TO DO SO, OFFICER MARTINEZ MADE AN ISSUE OUT OF IT BY HAVING ANOTHER OFFICER (NEW BOOT, NAME UNKNOWN), INDICATE THE BUNK NUMBER ON AN-OTHER PIECE OF PAPER.
THE CAMERAS WILL SHOW THAT ALL OFFENDERS COMPLIED WITH WHAT APPEARS TO BE AN UNLAWFUL ORDER, BUT FAILING TO INSTANTLY COMPLY WITH OFFICER MARTINEZ'S ORDER GOT YOUR BUNK NUMBER WRITTEN DOWN, WITH THE THREAT OF A DISCIPLINARY CASE.
OFFICER MARTINEZ IN HIS UNAUTHORIZED ROSTER COUNT BY WAKING OFFICERS AFTER 11:00 PM VIOLATES PD-22, RULES #7, #20, (OFFICER MARTINEZ IS THE ONLY OFFICER WHO WAKES OF-FENDERS TO PRESENT THEIR I.D'S), #33 (IN THIS CASE DENYING OFFENDER'S ADEQUENT SLEEP), #37 (THIS BY EXHIBITING DIS-RUPTIVE BEHAVIOR IN THE WORKPLACE),
OFFICER MARTINEZ'S BEHAVIOR IS CAUSING A HOSTILE WORK ENVIRONMENT FOR OTHER OFFICERS BY CAUSING OFFENDERS TO BE WAKENED BASED ON A RULE, POLICY, PROCEDURE THAT ONLY OFFICER MARTINEZ KNOWS, APPLIES, OR ENFORCES, OFFICERS AREN'T

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM

**Exhibit 1**

PERMITTED TO IMPLIMENT A POLICY THAT DOESN'T EXIST. THE
OFFICER HAS THE OPPORTUNITY TO HAVE OFFENDERS STAND TO
PRESENT ID'S AT THE 8:00 PM ROSTER COUNT, WHEN OFFENDERS
ARE STILL AWAKE.
OFFICER MARTINEZ APPEARS TO TAKE PLEASURE IN WAKING UP
SLEEPING OFFENDERS NOT ONLY FOR COUNT/ID PRESENTATION
BUT HIS POLICY OF PASSING OUT MAIL AFTER LIGHTS OUT.
THIS ISN'T THE FIRST TIME OFFICER MARTINEZ HAS BEEN
GRIEVED FOR THIS SAME PROCEDURE, AND IT IS DOUBTFUL IT
WILL BE RESOLVED BY THIS PROCEDURE OF DOING A GRIEVANCE.

**Action Requested to resolve your Complaint.**
OFFENDERS WORK EARLY AND SLEEP IS NECESSARY, ROSTER COUNT IS
CONDUCTED A 8:00 PM, ID'S CAN BE "PERSONALLY" PRESENTED AT THAT TIME

Offender Signature: _Roger Fair_  (SUBMITTED @ 3:00 AM) Date: _10-17-17_

Grievance Response:
Your claim has been reviewed. Investigation failed to produce substantiated evidence to support your
allegations against Officer Martinez. Count procedures are a very important part of security measures,
therefore, it is very important that all offenders are accounted for. Officer Martinez is performing his job
duties accordingly. No further action warranted by this office.

Signature Authority: _C. Furr_   **Warden C. Furr**                    Date: **DEC 1 3 2017**

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

Returned because:       *Resubmit this form when the corrections are made.

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #_____
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

Medical Signature Authority:_____   **Exhibit 1**

**OFFICE USE ONLY**

| Initial Submission | UGI Initials:_____ |

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**148**

I-127 Back (Revised 11-2010)

# TEXAS
# DEPARTMENT OF CRIMINAL JUSTICE

## OFFENDER GRIEVANCE PROGRAM

# NOTICE

All documentation that follows this sheet is restricted and confidential and is not to be released without the authorization of the administrator of offender grievances.

# RESTRICTED AND CONFIDENTIAL

**Exhibit 1**

**149**

OG-006 (11/1/02)

## GRIEVANCE INVESTIGATION WORKSHEET

Restricted & Confidential

| GRIEVANCE OFFICE USE ONLY | STEP 1 ✕ |
| | STEP 2 |

Unit: ML    Investigator ID: I-2475    Date Initiated: 10/18/17    Date Completed: 12/3/17    Date Due: 11/27/17

Offender Name: Fain, Roger    TDCJ No: 00700474    Grievance Number: 2018025778

| Issue Code: | EMERGENCY | | ADA | ( )  Property | ( )  Use of Force (UOF) | ( ) |
|---|---|---|---|---|---|---|
| 815 | YES | ( ) | Disciplinary | ( )  Religion | ( )  Harassment or Retaliation* | ( ) |
| | NO | (✕) | Medical | ( )  OPI Investigation | ( )  PREA | ( ) |

*Harassment or Retaliation of Use of the Grievance Procedure, Access to Courts, or other Legal Activity

Note: Offenders are not allowed to review the grievance investigation worksheet at any time. For claims of sexual abuse, sexual assault, criminal acts by staff, Excessive or Unreported UOF, the investigation must be conducted by the Office of Inspector General (OIG) and the OIG Fact Sheet completed.

**Summary of Issue:** *(Include date, time and location)*:

See Attached Narrative

**Requested Remedy:**

The following is to be completed and signed by the Investigating Official. Attach statements/supporting documentation, if applicable.

**Summary of Fact Finding Activity:**

Sent to: Ofc. V. Martinez 2A/GP

SM - 01.03 Count Procedures

**Suggested Response to Offender:**

Your claim has been reviewed. Investigation failed to produce substantiated evidence to support your allegations against Officer Martinez. Count procedures are a very important part of security measures, therefore, it is very important that all offenders are accounted for. Officer Martinez is performing his job duties accordingly. No further action warranted by this office.

OUTCOME CODE: D    RESOLUTION CODE: 2.01

Investigating official completes the section below:

Printed Name: M. Lugo    Signature: W. Lugo

Title: Investigator III    Date: 12/3/17

This grievance is being processed in an effort to resolve a problem through the established procedures identified in BP-03.77 and AD-6382. It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures.

OG-01 Rev. 07/2016

Exhibit 1    150

Offender Grievance Operations Manual
Appendix H

# TEXAS
# DEPARTMENT OF CRIMINAL JUSTICE

OFFENDER GRIEVANCE PROGRAM

# NOTICE

All documentation that follows this sheet is <u>restricted and confidential</u> and is not to be released without the authorization of the administrator of offender grievances.

# RESTRICTED
# AND
# CONFIDENTIAL

**Exhibit 1**

**151**
Offender Grievance Operations Manual
Appendix W

## GRIEVANCE INVESTIGATION WORKSHEET

| Official Statement |
|---|

| Unit: ML | Staff Name: Ofc. V. Martinez 2A/GP | Grievance #: 2018025778 | Date: 10/18/17 |
|---|---|---|---|

| Offender Name: | Fain, Roger | TDCJ#: 00700474 | Housing Location: 19Y-007 |
|---|---|---|---|

In accordance with BP 03.77, you are required to participate in this investigation as noted. Address each allegation thoroughly. **Do not respond with indefinite answers such as "I don't know" or "I have no knowledge of".** If you have no knowledge, explain the reason why. (e.g., I was on vacation; I was not assigned there, etc.) Your answers are to be factual, professional, and complete. Do not include opinions or unrelated comments. Remember, the Executive Director, Office of the Inspector General (OIG), Attorney General's Office and State and Federal Court Officials may review your response. **All grievances are confidential and may not be discussed between you and the offender or with other individuals.** You are expected to return this investigation within 10 working days of receipt. Additional time may be requested by contacting the grievance investigator. Sign and date the form in the designated locations when completed and return it to the Unit Grievance Office. If you were provided a narrative copy of the grievance, it must also be returned to the Unit Grievance Office. **The grievance may not be duplicated or shared with the accused staff member.**

### Please Provide the Following Documents

| | |
|---|---|
| ☐ Participant(s) Statement _____ | |
| ☐ Witness (es) Statement (signed) _____ | |
| ☐ Activity Logs (Recreation, Shower, Feeding) | ☐ Other _____ |
| ☐ Shift Roster | ☐ Staff or Offender Protection Investigation |
| ☐ Ingress/Egress Log | ☐ Property Inventory Forms |
| ☐ Property Confiscation Form | ☐ Property Logs |

### ALLEGATIONS:

Please see attached and address all allegations.

EMPLOYEE STATEMENT: During a proper roster count, I order offenders to come to the end of the bunk to present their id for a proper roster count. If they fail to comply I do write a disciplinary case for disobeying orders. I do not take pleasure in waking up offenders but have to because it's how it's supposed to be done to properly identify offenders.

| Martinez V | V | 10/31/17 |
|---|---|---|
| PRINTED NAME | SIGNATURE | DATE |

| Co II | 2AGP / security | |
|---|---|---|
| RANK/TITLE | SHIFT/DEPARTMENT | |

SUPERVISOR COMMENTS: Officer Martinez did conduct a proper roster count by waking the offenders up to verify their identity.

| | | 03-1-17 |
|---|---|---|
| PRINTED NAME | SIGNATURE | DATE |

| | | |
|---|---|---|
| RANK/TITLE | SHIFT/DEPARTMENT | |

**Exhibit 1**                    **152**

OG-01 Rev. 07/2016

Offender Grievance Operations Manual
Appendix H

1127